## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00739-SBP


KARAM AKHRAS, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SSR MINING INC.,
RODNEY P. ANTAL, and
ALISON WHITE,

      Defendants.

---

Civil Action No. 1:24-cv-00808-SBP


ERIC LINDEMANN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SSR MINING INC.,
RODNEY P. ANTAL,
ALISON WHITE,
STEWART J. BECKMAN,
WILLIAM NEVIN, and
F. EDWARD FARID,

      Defendants.

---

**[PROPOSED] ORDER GRANTING HALDUN CETINBAY AND JEFFREY C. WILLIAMS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

---

4890-5429-1135.v1

Having considered Haldun Cetinbay and Jeffrey C. Williams' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Danielle S. Myers in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.       The Motion is **GRANTED**;

2.       Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Akhras v. SSR Mining Inc.*, No. 1:24-cv-00739 (D. Colo.) and *Lindemann v. SSR Mining Inc.*, No. 1:24-cv-00808 (D. Colo.) are consolidated as *In re SSR Mining Inc. Sec. Litig.*, No. 1:24-cv-00739-SBP;

(a)       The file in Case No. 1:24-cv-00739-SBP shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)       All securities class actions arising out of the same facts and claims against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is

- 1 -

consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Haldun Cetinbay and Jeffrey C. Williams are appointed as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class.  As Lead Counsel, Robbins Geller Rudman & Dowd LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the preparation and filing of all pleadings;

(c)      the conduct of any and all discovery proceedings;

(d)      settlement negotiations; and

(e)      the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED:  _____    _____
                                                                      THE HONORABLE SUSAN PROSE
                                                                      UNITED STATES MAGISTRATE JUDGE

- 2 -

4890-5429-1135.v1