## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00739-SP

KARAM AKHRAS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SSR MINING INC., RODNEY P. ANTAL, and ALISON WHITE,

Defendants.

---

Civil Action No. 1:24-cv-00808-SP

ERIC LINDEMANN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SSR MINING, INC., RODNEY P. ANTAL, ALISON WHITE, STEWART J. BECKMAN, WILLIAM NEVIN, and F. EDWARD FARID,

Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION OF MATTHEW CHIPMAN AND SHAWN ARAGHI TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS AND APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**

---

WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") have been filed against SSR Mining, Inc., and certain of its officers and directors alleging violations of the federal securities laws;

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ.

1

P. 42(a). The Securities Class Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation. See Fed. R. Civ. P. 42(a);

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on March 18, 2024, a notice to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice was issued;

WHEREAS, on May 17, 2024, Plaintiff Matthew Chipman and Shawn Araghi ("Movants") moved the Court to consolidate the related actions, appoint Movants as Lead Plaintiffs and approve Movants' selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel;

WHEREAS, the PSLRA provides, among other things, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and prima facie satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

**IT IS HEREBY ORDERED THAT:**

**CONSOLIDATION OF SECURITIES CLASS ACTIONS**

1. The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

2. The docket in Case No. 1:24-cv-00739-SP shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action shall bear the following caption:

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO                          Master File No. 1:24-cv-00739-SP
 --------------------------------------------------------
X                                            CLASS ACTION
In re SSR Mining, Inc. Securities Litigation,
 --------------------------------------------------------
X
This Document Relates To:

3

4.      The file in civil action no. 1:24-cv-00739-SP shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.      All Securities Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

7.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act of 1934, Movants are appointed Lead Plaintiffs for the class as Movants have the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

8.      Movants' choice of counsel is approved, and accordingly, Rosen Law is appointed Lead Counsel.

9.      Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby

vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiffs and Class.

**SO ORDERED:**

Dated: _____, 2024

_____
HON. SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE