## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00739-SBP

KARAM AKHRAS, Individually and on behalf of all others similarly situated,

       Plaintiff,

    v.

SSR MINING INC.,
RODNEY P. ANTAL, and
ALISON WHITE,

       Defendants.

Civil Action No. 1:24-cv-00808-SBP

ERIC LINDEMANN, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

    v.

SSR MINING, INC.,
RODNEY P. ANTAL,
ALISON WHITE,
STEWART J. BECKMAN,
WILLIAM NEVIN, and
F. EDWARD FARID,

       Defendants.

**[PROPOSED] ORDER GRANTING THE MOTION OF RAD INVESTMENT LLC FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD COUNSEL**

Having considered the Motion of RAD Investment LLC for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints RAD Investment LLC as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____        _____
                                   HON. SUSAN PROSE
                                   UNITED STATES DISTRICT JUDGE

1