# EXHIBIT 2

**SWORN CERTIFICATION OF PLAINTIFF
SSR MINING INC. (SSRM) SECURITIES LITIGATION**

I, Robert Danial, as Member/Manager of RAD Investment LLC, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of lead plaintiff motion on behalf of RAD Investment LLC.

2.  I am duly authorized to institute legal action on  RAD Investment LLC's behalf, including legal action against SSR Mining Inc., and other defendants.

3.  RAD Investment LLC did not purchase the SSR Mining Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  RAD Investment LLC is willing to serve as a representative party on behalf of a class, and I am willing to provide testimony at deposition and trial, if necessary.

5.  RAD Investment LLC's transactions in SSR Mining Inc. securities during the period set forth in the Complaint are as follows:

    (See attached transactions)

6.  RAD Investment LLC has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.  RAD Investment LLC will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

| April 17,2024 | |
| --- | --- |
| Date | Robert Danial |
| | Member/Manager |
| | RAD Investment LLC |

**RAD Investment LLC's Transactions in SSR Mining Inc. (SSRM)**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/23/2022 | Sold | -2,000 | $19.7200 |
| 2/23/2022 | Sold | -2,000 | $18.8100 |
| 3/1/2022 | Sold | -3,000 | $20.8800 |
| 3/8/2022 | Sold | -2,000 | $21.6000 |
| 3/17/2022 | Sold | -2,000 | $21.8210 |
| 3/24/2022 | Sold | -1,000 | $22.7200 |
| 4/11/2022 | Sold | -2,000 | $22.9301 |
| 4/11/2022 | Sold | -1,000 | $23.1800 |
| 4/19/2022 | Sold | -3,782 | $23.8200 |
| 4/19/2022 | Sold | -18 | $23.8201 |
| 4/19/2022 | Sold | -100 | $23.8250 |
| 4/19/2022 | Sold | -100 | $23.8401 |
| 4/19/2022 | Sold | -100 | $23.8402 |
| 4/19/2022 | Sold | -100 | $23.8450 |
| 5/2/2022 | Bought | 1,000 | $20.6000 |
| 5/2/2022 | Bought | 1,000 | $20.8800 |
| 5/3/2022 | Sold | -1,000 | $22.8500 |
| 5/9/2022 | Bought | 5,000 | $20.2600 |
| 6/2/2022 | Sold | -1,000 | $21.4501 |
| 6/14/2022 | Bought | 3,000 | $18.2600 |
| 6/27/2022 | Sold | -1,000 | $17.6400 |
| 6/27/2022 | Sold | -1,000 | $17.4311 |
| 6/27/2022 | Sold | -1,000 | $16.8401 |
| 6/27/2022 | Bought | 3,000 | $15.7899 |
| 6/27/2022 | Bought | 2,000 | $16.6299 |
| 7/5/2022 | Bought | 3,000 | $16.0299 |
| 7/11/2022 | Sold | -672 | $16.7601 |
| 7/11/2022 | Sold | -328 | $16.7650 |
| 7/26/2022 | Bought | 2,000 | $15.7094 |
| 8/2/2022 | Bought | 1,000 | $16.5779 |
| 8/2/2022 | Sold | -798 | $17.2600 |
| 8/19/2022 | Bought | 5,000 | $14.4600 |
| 8/31/2022 | Bought | 5,000 | $13.6300 |
| 10/3/2022 | Sold | -1,000 | $14.9800 |
| 10/13/2022 | Bought | 28 | $13.2600 |
| 11/4/2022 | Sold | -900 | $13.7900 |
| 11/4/2022 | Sold | -400 | $13.7901 |
| 11/4/2022 | Sold | -700 | $13.7950 |
| 11/10/2022 | Sold | -2,000 | $15.0301 |
| 11/30/2022 | Bought | 3,000 | $14.8200 |
| 1/4/2023 | Sold | -5,000 | $16.9200 |
| 1/4/2023 | Sold | -5,000 | $16.8300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/5/2023 | Bought | 3,000 | $16.3600 |
| 1/5/2023 | Bought | 3,000 | $16.5000 |
| 2/10/2023 | Bought | 5,000 | $14.2600 |
| 2/10/2023 | Bought | 5,000 | $14.4699 |
| 2/10/2023 | Bought | 5,000 | $15.3700 |
| 2/13/2023 | Bought | 5,000 | $14.2599 |
| 3/9/2023 | Bought | 8,000 | $13.0600 |
| 3/28/2023 | Sold | -5,000 | $14.9400 |
| 3/30/2023 | Sold | -1,000 | $15.2601 |
| 4/14/2023 | Sold | -6,845 | $15.7301 |
| 4/14/2023 | Sold | -1,155 | $15.7350 |
| 4/27/2023 | Bought | 2 | $14.5498 |
| 4/27/2023 | Bought | 404 | $14.5499 |
| 4/27/2023 | Bought | 4,594 | $14.5500 |
| 5/2/2023 | Bought | 5,000 | $14.1800 |
| 5/4/2023 | Sold | -3,000 | $16.7801 |
| 5/4/2023 | Sold | -2,000 | $15.9300 |
| 5/4/2023 | Sold | -1,000 | $15.7500 |
| 5/4/2023 | Sold | -1,000 | $15.6500 |
| 5/9/2023 | Sold | -5,000 | $17.5500 |
| 6/28/2023 | Bought | 8,000 | $13.8200 |
| 7/12/2023 | Bought | 38 | $14.6550 |
| 7/12/2023 | Bought | 1,966 | $14.6599 |
| 7/12/2023 | Bought | 5,996 | $14.6700 |
| 7/31/2023 | Bought | 3,000 | $14.6599 |
| 8/2/2023 | Bought | 1,200 | $14.2190 |
| 8/2/2023 | Bought | 322 | $14.2199 |
| 8/2/2023 | Bought | 3,478 | $14.2200 |
| 8/2/2023 | Bought | 5 | $14.6150 |
| 8/2/2023 | Bought | 100 | $14.6190 |
| 8/2/2023 | Bought | 4,895 | $14.6199 |
| 9/27/2023 | Bought | 3,000 | $13.1300 |
| 10/24/2023 | Sold | -2,000 | $14.2600 |
| 11/1/2023 | Bought | 2,000 | $11.9694 |
| 11/1/2023 | Bought | 2,000 | $12.5200 |
| 11/1/2023 | Bought | 2,000 | $12.7594 |
| 11/2/2023 | Bought | 4,000 | $11.2600 |
| 11/2/2023 | Bought | 2,000 | $11.4199 |
| 11/3/2023 | Sold | -1,000 | $12.2600 |
| 11/3/2023 | Sold | -1,000 | $12.0600 |
| 11/6/2023 | Sold | -1,000 | $12.6000 |
| 11/17/2023 | Bought | 2,000 | $11.6100 |
| 11/20/2023 | Bought | 3,000 | $11.0800 |
| 11/20/2023 | Bought | 5,000 | $11.2600 |
| 11/20/2023 | Bought | 2,000 | $11.3300 |
| 11/28/2023 | Bought | 550 | $11.9299 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/28/2023 | Bought | 4,450 | $11.9300 |
| 11/29/2023 | Bought | 5,000 | $11.7699 |
| 12/1/2023 | Bought | 5,000 | $11.9599 |
| 12/6/2023 | Bought | 5 | $11.5050 |
| 12/6/2023 | Bought | 408 | $11.5098 |
| 12/6/2023 | Bought | 105 | $11.5099 |
| 12/6/2023 | Bought | 1,482 | $11.5100 |
| 12/6/2023 | Bought | 1,000 | $11.5200 |
| 12/11/2023 | Bought | 5,000 | $10.8000 |
| 12/11/2023 | Bought | 5,000 | $10.8499 |
| 12/13/2023 | Bought | 5,000 | $10.5250 |
| 12/14/2023 | Bought | 5,000 | $10.6000 |
| 12/15/2023 | Bought | 5,000 | $10.5900 |
| 12/19/2023 | Bought | 5,000 | $11.0999 |
| 1/8/2024 | Bought | 10,000 | $10.2600 |
| 1/12/2024 | Bought | 100 | $10.3450 |
| 1/12/2024 | Bought | 4,900 | $10.3499 |
| 1/12/2024 | Bought | 1,277 | $10.4899 |
| 1/12/2024 | Bought | 3,723 | $10.4900 |
| 2/13/2024 | Sold | -10,000 | $4.4500 |
| 2/13/2024 | Sold | -10,000 | $4.3600 |
| 2/13/2024 | Sold | -10,000 | $4.2600 |
| 2/13/2024 | Bought | 41 | $4.1699 |
| 2/13/2024 | Bought | 6,858 | $4.1700 |
| 2/13/2024 | Bought | 200 | $4.1750 |
| 2/13/2024 | Bought | 42,901 | $4.1800 |
| 2/13/2024 | Bought | 100 | $3.8100 |
| 2/13/2024 | Bought | 960 | $3.8150 |
| 2/13/2024 | Bought | 18,940 | $3.8200 |
| 2/13/2024 | Bought | 20,000 | $3.9600 |
| 2/13/2024 | Bought | 50,000 | $4.0500 |
| 2/13/2024 | Bought | 20,000 | $4.1400 |
| 2/13/2024 | Bought | 50,000 | $4.1800 |
| 2/13/2024 | Bought | 100 | $4.2200 |
| 2/13/2024 | Bought | 1,200 | $4.2250 |
| 2/13/2024 | Bought | 18,700 | $4.2300 |
| 2/13/2024 | Bought | 600 | $4.3550 |
| 2/13/2024 | Bought | 49,400 | $4.3600 |
| 2/13/2024 | Bought | 30,000 | $4.2600 |
| 2/13/2024 | Bought | 30,000 | $4.3600 |
| 2/13/2024 | Bought | 30,000 | $4.4500 |
| 2/13/2024 | Bought | 1,000 | $4.4500 |
| 2/13/2024 | Bought | 10,000 | $4.4800 |
| 2/13/2024 | Bought | 10,000 | $4.4800 |
| 2/13/2024 | Bought | 30,000 | $4.5200 |
| 2/13/2024 | Bought | 10,000 | $4.5400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/13/2024 | Bought | 2,412 | $4.5800 |
| 2/13/2024 | Bought | 3,446 | $4.5900 |
| 2/13/2024 | Bought | 24,142 | $4.6000 |
| 2/13/2024 | Bought | 10,000 | $4.6800 |
| 2/13/2024 | Bought | 436 | $4.7750 |
| 2/13/2024 | Bought | 2,948 | $4.7800 |
| 2/13/2024 | Bought | 2,216 | $4.7900 |
| 2/13/2024 | Bought | 501 | $4.7950 |
| 2/13/2024 | Bought | 3,899 | $4.8000 |
| 2/13/2024 | Sold | -30,000 | $4.4000 |
| 2/13/2024 | Sold | -30,000 | $4.4000 |
| 2/13/2024 | Bought | 20,000 | $4.5400 |
| 2/13/2024 | Bought | 10,000 | $4.6300 |
| 2/13/2024 | Bought | 494 | $4.6850 |
| 2/13/2024 | Bought | 1,068 | $4.6900 |
| 2/13/2024 | Bought | 100 | $4.6950 |
| 2/13/2024 | Bought | 1,558 | $4.7000 |
| 2/13/2024 | Bought | 300 | $4.7050 |
| 2/13/2024 | Bought | 200 | $4.7150 |
| 2/13/2024 | Bought | 3,400 | $4.7190 |
| 2/13/2024 | Bought | 12,880 | $4.7200 |
| 2/13/2024 | Bought | 1,200 | $4.7900 |
| 2/13/2024 | Bought | 18,800 | $4.8000 |
| 2/13/2024 | Bought | 30,000 | $5.0600 |
| 2/13/2024 | Bought | 30,000 | $5.0600 |
| 2/13/2024 | Bought | 50,000 | $6.2100 |
| 2/13/2024 | Bought | 20,000 | $6.2600 |
| 2/13/2024 | Bought | 10,000 | $6.3400 |
| 2/13/2024 | Bought | 10,000 | $6.4300 |
| 2/13/2024 | Bought | 10,000 | $6.5200 |
| 2/13/2024 | Bought | 428 | $6.6500 |
| 2/13/2024 | Bought | 4,572 | $6.6600 |
| 2/13/2024 | Bought | 5,000 | $6.7500 |
| 2/13/2024 | Bought | 5,000 | $6.8400 |
| 2/13/2024 | Bought | 5,000 | $6.9300 |
| 2/13/2024 | Bought | 5,000 | $7.0300 |
| 2/13/2024 | Bought | 10,000 | $7.2600 |
| 2/13/2024 | Bought | 5,000 | $7.1800 |
| 2/13/2024 | Bought | 26,000 | $7.4000 |
| 2/13/2024 | Bought | 5,000 | $8.2300 |
| 2/14/2024 | Bought | 10,000 | $4.1800 |
| 2/14/2024 | Bought | 10,000 | $4.2600 |
| 2/15/2024 | Sold | -10,000 | $4.8100 |
| 2/15/2024 | Sold | -10,000 | $4.7200 |
| 2/15/2024 | Sold | -10,000 | $4.6300 |
| 2/15/2024 | Bought | 10,000 | $4.4100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/15/2024 | Bought | 20,000 | $4.4700 |
| 2/16/2024 | Sold | -10,000 | $4.9500 |
| 2/16/2024 | Sold | -10,000 | $4.9000 |
| 2/20/2024 | Bought | 10,000 | $4.3700 |
| 2/20/2024 | Bought | 10,000 | $4.3700 |
| 2/20/2024 | Bought | 10,000 | $4.3700 |
| 2/20/2024 | Bought | 10,000 | $4.3700 |
| 2/21/2024 | Bought | 10,000 | $4.5000 |
| 2/22/2024 | Bought | 20,000 | $4.3600 |
| 2/22/2024 | Bought | 10,000 | $4.3892 |
| 2/22/2024 | Bought | 20,000 | $4.4000 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/13/2024 | Bought | Call | Mar 15, 2024 / $6 | 20 | $0.2600 |