# EXHIBIT 3

## Financial Interest Analysis

**Company Name:**     SSR Mining Inc.
**Ticker:**     SSRM
**Class Period:**     February 23, 2022 to February 27, 2024
**Name:**     RAD Investment LLC

**Opening Position:**     19,200

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/2/2022 | 1,000 | $20.6000 | -$20,600.0000 | | $0.0000 | -$20,600.00 |
| 5/2/2022 | 1,000 | $20.8800 | -$20,880.0000 | | $0.0000 | -$20,880.00 |
| 5/3/2022 | -1,000 | | $0.0000 | $22.8500 | $22,850.0000 | $22,850.00 |
| 5/9/2022 | 5,000 | $20.2600 | -$101,300.0000 | | $0.0000 | -$101,300.00 |
| 6/2/2022 | -1,000 | | $0.0000 | $21.4501 | $21,450.1000 | $21,450.10 |
| 6/14/2022 | 3,000 | $18.2600 | -$54,780.0000 | | $0.0000 | -$54,780.00 |
| 6/27/2022 | -1,000 | | $0.0000 | $17.6400 | $17,640.0000 | $17,640.00 |
| 6/27/2022 | -1,000 | | $0.0000 | $17.4311 | $17,431.1000 | $17,431.10 |
| 6/27/2022 | -1,000 | | $0.0000 | $16.8401 | $16,840.1000 | $16,840.10 |
| 6/27/2022 | 3,000 | $15.7899 | -$47,369.7000 | | $0.0000 | -$47,369.70 |
| 6/27/2022 | 2,000 | $16.6299 | -$33,259.8000 | | $0.0000 | -$33,259.80 |
| 7/5/2022 | 3,000 | $16.0299 | -$48,089.7000 | | $0.0000 | -$48,089.70 |
| 7/11/2022 | -672 | | $0.0000 | $16.7601 | $11,262.7872 | $11,262.79 |
| 7/11/2022 | -328 | | $0.0000 | $16.7650 | $5,498.9200 | $5,498.92 |
| 7/26/2022 | 2,000 | $15.7094 | -$31,418.8000 | | $0.0000 | -$31,418.80 |
| 8/2/2022 | 1,000 | $16.5779 | -$16,577.9000 | | $0.0000 | -$16,577.90 |
| 8/2/2022 | -798 | | $0.0000 | $17.2600 | $13,773.4800 | $13,773.48 |
| 8/19/2022 | 5,000 | $14.4600 | -$72,300.0000 | | $0.0000 | -$72,300.00 |
| 8/31/2022 | 5,000 | $13.6300 | -$68,150.0000 | | $0.0000 | -$68,150.00 |
| 10/3/2022 | -1,000 | | $0.0000 | $14.9800 | $14,980.0000 | $14,980.00 |
| 10/13/2022 | 28 | $13.2600 | -$371.2800 | | $0.0000 | -$371.28 |
| 11/4/2022 | -900 | | $0.0000 | $13.7900 | $12,411.0000 | $12,411.00 |
| 11/4/2022 | -400 | | $0.0000 | $13.7901 | $5,516.0400 | $5,516.04 |
| 11/4/2022 | -700 | | $0.0000 | $13.7950 | $9,656.5000 | $9,656.50 |
| 11/10/2022 | -2,000 | | $0.0000 | $15.0301 | $30,060.2000 | $30,060.20 |
| 11/30/2022 | 3,000 | $14.8200 | -$44,460.0000 | | $0.0000 | -$44,460.00 |
| 1/4/2023 | -5,000 | | $0.0000 | $16.9200 | $84,600.0000 | $84,600.00 |
| 1/4/2023 | -5,000 | | $0.0000 | $16.8300 | $84,150.0000 | $84,150.00 |
| 1/5/2023 | 3,000 | $16.3600 | -$49,080.0000 | | $0.0000 | -$49,080.00 |
| 1/5/2023 | 3,000 | $16.5000 | -$49,500.0000 | | $0.0000 | -$49,500.00 |
| 2/10/2023 | 5,000 | $14.2600 | -$71,300.0000 | | $0.0000 | -$71,300.00 |
| 2/10/2023 | 5,000 | $14.4699 | -$72,349.5000 | | $0.0000 | -$72,349.50 |
| 2/10/2023 | 5,000 | $15.3700 | -$76,850.0000 | | $0.0000 | -$76,850.00 |
| 2/13/2023 | 5,000 | $14.2599 | -$71,299.5000 | | $0.0000 | -$71,299.50 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/9/2023 | 8,000 | $13.0600 | -$104,480.0000 | | $0.0000 | -$104,480.00 |
| 3/28/2023 | -5,000 | | $0.0000 | $14.9400 | $74,700.0000 | $74,700.00 |
| 3/30/2023 | -1,000 | | $0.0000 | $15.2601 | $15,260.1000 | $15,260.10 |
| 4/14/2023 | -6,845 | | $0.0000 | $15.7301 | $107,672.5345 | $107,672.53 |
| 4/14/2023 | -1,155 | | $0.0000 | $15.7350 | $18,173.9250 | $18,173.93 |
| 4/27/2023 | 2 | $14.5498 | -$29.0996 | | $0.0000 | -$29.10 |
| 4/27/2023 | 404 | $14.5499 | -$5,878.1596 | | $0.0000 | -$5,878.16 |
| 4/27/2023 | 4,594 | $14.5500 | -$66,842.7000 | | $0.0000 | -$66,842.70 |
| 5/2/2023 | 5,000 | $14.1800 | -$70,900.0000 | | $0.0000 | -$70,900.00 |
| 5/4/2023 | -3,000 | | $0.0000 | $16.7801 | $50,340.3000 | $50,340.30 |
| 5/4/2023 | -2,000 | | $0.0000 | $15.9300 | $31,860.0000 | $31,860.00 |
| 5/4/2023 | -1,000 | | $0.0000 | $15.7500 | $15,750.0000 | $15,750.00 |
| 5/4/2023 | -1,000 | | $0.0000 | $15.6500 | $15,650.0000 | $15,650.00 |
| 5/9/2023 | -5,000 | | $0.0000 | $17.5500 | $87,750.0000 | $87,750.00 |
| 6/28/2023 | 8,000 | $13.8200 | -$110,560.0000 | | $0.0000 | -$110,560.00 |
| 7/12/2023 | 38 | $14.6550 | -$556.8900 | | $0.0000 | -$556.89 |
| 7/12/2023 | 1,966 | $14.6599 | -$28,821.3634 | | $0.0000 | -$28,821.36 |
| 7/12/2023 | 5,996 | $14.6700 | -$87,961.3200 | | $0.0000 | -$87,961.32 |
| 7/31/2023 | 3,000 | $14.6599 | -$43,979.7000 | | $0.0000 | -$43,979.70 |
| 8/2/2023 | 1,200 | $14.2190 | -$17,062.8000 | | $0.0000 | -$17,062.80 |
| 8/2/2023 | 322 | $14.2199 | -$4,578.8078 | | $0.0000 | -$4,578.81 |
| 8/2/2023 | 3,478 | $14.2200 | -$49,457.1600 | | $0.0000 | -$49,457.16 |
| 8/2/2023 | 5 | $14.6150 | -$73.0750 | | $0.0000 | -$73.08 |
| 8/2/2023 | 100 | $14.6190 | -$1,461.9000 | | $0.0000 | -$1,461.90 |
| 8/2/2023 | 4,895 | $14.6199 | -$71,564.4105 | | $0.0000 | -$71,564.41 |
| 9/27/2023 | 3,000 | $13.1300 | -$39,390.0000 | | $0.0000 | -$39,390.00 |
| 10/24/2023 | -2,000 | | $0.0000 | $14.2600 | $28,520.0000 | $28,520.00 |
| 11/1/2023 | 2,000 | $11.9694 | -$23,938.8000 | | $0.0000 | -$23,938.80 |
| 11/1/2023 | 2,000 | $12.5200 | -$25,040.0000 | | $0.0000 | -$25,040.00 |
| 11/1/2023 | 2,000 | $12.7594 | -$25,518.8000 | | $0.0000 | -$25,518.80 |
| 11/2/2023 | 4,000 | $11.2600 | -$45,040.0000 | | $0.0000 | -$45,040.00 |
| 11/2/2023 | 2,000 | $11.4199 | -$22,839.8000 | | $0.0000 | -$22,839.80 |
| 11/3/2023 | -1,000 | | $0.0000 | $12.2600 | $12,260.0000 | $12,260.00 |
| 11/3/2023 | -1,000 | | $0.0000 | $12.0600 | $12,060.0000 | $12,060.00 |
| 11/6/2023 | -1,000 | | $0.0000 | $12.6000 | $12,600.0000 | $12,600.00 |
| 11/17/2023 | 2,000 | $11.6100 | -$23,220.0000 | | $0.0000 | -$23,220.00 |
| 11/20/2023 | 3,000 | $11.0800 | -$33,240.0000 | | $0.0000 | -$33,240.00 |
| 11/20/2023 | 5,000 | $11.2600 | -$56,300.0000 | | $0.0000 | -$56,300.00 |
| 11/20/2023 | 2,000 | $11.3300 | -$22,660.0000 | | $0.0000 | -$22,660.00 |
| 11/28/2023 | 550 | $11.9299 | -$6,561.4450 | | $0.0000 | -$6,561.45 |
| 11/28/2023 | 4,450 | $11.9300 | -$53,088.5000 | | $0.0000 | -$53,088.50 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/29/2023 | 5,000 | $11.7699 | -$58,849.5000 | | $0.0000 | -$58,849.50 |
| 12/1/2023 | 5,000 | $11.9599 | -$59,799.5000 | | $0.0000 | -$59,799.50 |
| 12/6/2023 | 5 | $11.5050 | -$57.5250 | | $0.0000 | -$57.53 |
| 12/6/2023 | 408 | $11.5098 | -$4,695.9984 | | $0.0000 | -$4,696.00 |
| 12/6/2023 | 105 | $11.5099 | -$1,208.5395 | | $0.0000 | -$1,208.54 |
| 12/6/2023 | 1,482 | $11.5100 | -$17,057.8200 | | $0.0000 | -$17,057.82 |
| 12/6/2023 | 1,000 | $11.5200 | -$11,520.0000 | | $0.0000 | -$11,520.00 |
| 12/11/2023 | 5,000 | $10.8000 | -$54,000.0000 | | $0.0000 | -$54,000.00 |
| 12/11/2023 | 5,000 | $10.8499 | -$54,249.5000 | | $0.0000 | -$54,249.50 |
| 12/13/2023 | 5,000 | $10.5250 | -$52,625.0000 | | $0.0000 | -$52,625.00 |
| 12/14/2023 | 5,000 | $10.6000 | -$53,000.0000 | | $0.0000 | -$53,000.00 |
| 12/15/2023 | 5,000 | $10.5900 | -$52,950.0000 | | $0.0000 | -$52,950.00 |
| 12/19/2023 | 5,000 | $11.0999 | -$55,499.5000 | | $0.0000 | -$55,499.50 |
| 1/8/2024 | 10,000 | $10.2600 | -$102,600.0000 | | $0.0000 | -$102,600.00 |
| 1/12/2024 | 100 | $10.3450 | -$1,034.5000 | | $0.0000 | -$1,034.50 |
| 1/12/2024 | 4,900 | $10.3499 | -$50,714.5100 | | $0.0000 | -$50,714.51 |
| 1/12/2024 | 1,277 | $10.4899 | -$13,395.6023 | | $0.0000 | -$13,395.60 |
| 1/12/2024 | 3,723 | $10.4900 | -$39,054.2700 | | $0.0000 | -$39,054.27 |
| 2/13/2024 | -10,000 | | $0.0000 | $4.4500 | $44,500.0000 | $44,500.00 |
| 2/13/2024 | -10,000 | | $0.0000 | $4.3600 | $43,600.0000 | $43,600.00 |
| 2/13/2024 | -10,000 | | $0.0000 | $4.2600 | $42,600.0000 | $42,600.00 |
| 2/13/2024 | 41 | $4.1699 | -$170.9659 | | $0.0000 | -$170.97 |
| 2/13/2024 | 6,858 | $4.1700 | -$28,597.8600 | | $0.0000 | -$28,597.86 |
| 2/13/2024 | 200 | $4.1750 | -$835.0000 | | $0.0000 | -$835.00 |
| 2/13/2024 | 42,901 | $4.1800 | -$179,326.1800 | | $0.0000 | -$179,326.18 |
| 2/13/2024 | 100 | $3.8100 | -$381.0000 | | $0.0000 | -$381.00 |
| 2/13/2024 | 960 | $3.8150 | -$3,662.4000 | | $0.0000 | -$3,662.40 |
| 2/13/2024 | 18,940 | $3.8200 | -$72,350.8000 | | $0.0000 | -$72,350.80 |
| 2/13/2024 | 20,000 | $3.9600 | -$79,200.0000 | | $0.0000 | -$79,200.00 |
| 2/13/2024 | 50,000 | $4.0500 | -$202,500.0000 | | $0.0000 | -$202,500.00 |
| 2/13/2024 | 20,000 | $4.1400 | -$82,800.0000 | | $0.0000 | -$82,800.00 |
| 2/13/2024 | 50,000 | $4.1800 | -$209,000.0000 | | $0.0000 | -$209,000.00 |
| 2/13/2024 | 100 | $4.2200 | -$422.0000 | | $0.0000 | -$422.00 |
| 2/13/2024 | 1,200 | $4.2250 | -$5,070.0000 | | $0.0000 | -$5,070.00 |
| 2/13/2024 | 18,700 | $4.2300 | -$79,101.0000 | | $0.0000 | -$79,101.00 |
| 2/13/2024 | 600 | $4.3550 | -$2,613.0000 | | $0.0000 | -$2,613.00 |
| 2/13/2024 | 49,400 | $4.3600 | -$215,384.0000 | | $0.0000 | -$215,384.00 |
| 2/13/2024 | 30,000 | $4.2600 | -$127,800.0000 | | $0.0000 | -$127,800.00 |
| 2/13/2024 | 30,000 | $4.3600 | -$130,800.0000 | | $0.0000 | -$130,800.00 |
| 2/13/2024 | 30,000 | $4.4500 | -$133,500.0000 | | $0.0000 | -$133,500.00 |
| 2/13/2024 | 1,000 | $4.4500 | -$4,450.0000 | | $0.0000 | -$4,450.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/13/2024 | 10,000 | $4.4800 | -$44,800.0000 | | $0.0000 | -$44,800.00 |
| 2/13/2024 | 10,000 | $4.4800 | -$44,800.0000 | | $0.0000 | -$44,800.00 |
| 2/13/2024 | 30,000 | $4.5200 | -$135,600.0000 | | $0.0000 | -$135,600.00 |
| 2/13/2024 | 10,000 | $4.5400 | -$45,400.0000 | | $0.0000 | -$45,400.00 |
| 2/13/2024 | 2,412 | $4.5800 | -$11,046.9600 | | $0.0000 | -$11,046.96 |
| 2/13/2024 | 3,446 | $4.5900 | -$15,817.1400 | | $0.0000 | -$15,817.14 |
| 2/13/2024 | 24,142 | $4.6000 | -$111,053.2000 | | $0.0000 | -$111,053.20 |
| 2/13/2024 | 10,000 | $4.6800 | -$46,800.0000 | | $0.0000 | -$46,800.00 |
| 2/13/2024 | 436 | $4.7750 | -$2,081.9000 | | $0.0000 | -$2,081.90 |
| 2/13/2024 | 2,948 | $4.7800 | -$14,091.4400 | | $0.0000 | -$14,091.44 |
| 2/13/2024 | 2,216 | $4.7900 | -$10,614.6400 | | $0.0000 | -$10,614.64 |
| 2/13/2024 | 501 | $4.7950 | -$2,402.2950 | | $0.0000 | -$2,402.30 |
| 2/13/2024 | 3,899 | $4.8000 | -$18,715.2000 | | $0.0000 | -$18,715.20 |
| 2/13/2024 | -30,000 | | $0.0000 | $4.4000 | $132,000.0000 | $132,000.00 |
| 2/13/2024 | -30,000 | | $0.0000 | $4.4000 | $132,000.0000 | $132,000.00 |
| 2/13/2024 | 20,000 | $4.5400 | -$90,800.0000 | | $0.0000 | -$90,800.00 |
| 2/13/2024 | 10,000 | $4.6300 | -$46,300.0000 | | $0.0000 | -$46,300.00 |
| 2/13/2024 | 494 | $4.6850 | -$2,314.3900 | | $0.0000 | -$2,314.39 |
| 2/13/2024 | 1,068 | $4.6900 | -$5,008.9200 | | $0.0000 | -$5,008.92 |
| 2/13/2024 | 100 | $4.6950 | -$469.5000 | | $0.0000 | -$469.50 |
| 2/13/2024 | 1,558 | $4.7000 | -$7,322.6000 | | $0.0000 | -$7,322.60 |
| 2/13/2024 | 300 | $4.7050 | -$1,411.5000 | | $0.0000 | -$1,411.50 |
| 2/13/2024 | 200 | $4.7150 | -$943.0000 | | $0.0000 | -$943.00 |
| 2/13/2024 | 3,400 | $4.7190 | -$16,044.6000 | | $0.0000 | -$16,044.60 |
| 2/13/2024 | 12,880 | $4.7200 | -$60,793.6000 | | $0.0000 | -$60,793.60 |
| 2/13/2024 | 1,200 | $4.7900 | -$5,748.0000 | | $0.0000 | -$5,748.00 |
| 2/13/2024 | 18,800 | $4.8000 | -$90,240.0000 | | $0.0000 | -$90,240.00 |
| 2/13/2024 | 30,000 | $5.0600 | -$151,800.0000 | | $0.0000 | -$151,800.00 |
| 2/13/2024 | 30,000 | $5.0600 | -$151,800.0000 | | $0.0000 | -$151,800.00 |
| 2/13/2024 | 50,000 | $6.2100 | -$310,500.0000 | | $0.0000 | -$310,500.00 |
| 2/13/2024 | 20,000 | $6.2600 | -$125,200.0000 | | $0.0000 | -$125,200.00 |
| 2/13/2024 | 10,000 | $6.3400 | -$63,400.0000 | | $0.0000 | -$63,400.00 |
| 2/13/2024 | 10,000 | $6.4300 | -$64,300.0000 | | $0.0000 | -$64,300.00 |
| 2/13/2024 | 10,000 | $6.5200 | -$65,200.0000 | | $0.0000 | -$65,200.00 |
| 2/13/2024 | 428 | $6.6500 | -$2,846.2000 | | $0.0000 | -$2,846.20 |
| 2/13/2024 | 4,572 | $6.6600 | -$30,449.5200 | | $0.0000 | -$30,449.52 |
| 2/13/2024 | 5,000 | $6.7500 | -$33,750.0000 | | $0.0000 | -$33,750.00 |
| 2/13/2024 | 5,000 | $6.8400 | -$34,200.0000 | | $0.0000 | -$34,200.00 |
| 2/13/2024 | 5,000 | $6.9300 | -$34,650.0000 | | $0.0000 | -$34,650.00 |
| 2/13/2024 | 5,000 | $7.0300 | -$35,150.0000 | | $0.0000 | -$35,150.00 |
| 2/13/2024 | 10,000 | $7.2600 | -$72,600.0000 | | $0.0000 | -$72,600.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/13/2024 | 5,000 | $7.1800 | -$35,900.0000 | | $0.0000 | -$35,900.00 |
| 2/13/2024 | 26,000 | $7.4000 | -$192,400.0000 | | $0.0000 | -$192,400.00 |
| 2/13/2024 | 5,000 | $8.2300 | -$41,150.0000 | | $0.0000 | -$41,150.00 |
| 2/14/2024 | 10,000 | $4.1800 | -$41,800.0000 | | $0.0000 | -$41,800.00 |
| 2/14/2024 | 10,000 | $4.2600 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 2/15/2024 | -10,000 | | $0.0000 | $4.8100 | $48,100.0000 | $48,100.00 |
| 2/15/2024 | -10,000 | | $0.0000 | $4.7200 | $47,200.0000 | $47,200.00 |
| 2/15/2024 | -10,000 | | $0.0000 | $4.6300 | $46,300.0000 | $46,300.00 |
| 2/15/2024 | 10,000 | $4.4100 | -$44,100.0000 | | $0.0000 | -$44,100.00 |
| 2/15/2024 | 20,000 | $4.4700 | -$89,400.0000 | | $0.0000 | -$89,400.00 |
| 2/16/2024 | -10,000 | | $0.0000 | $4.9500 | $49,500.0000 | $49,500.00 |
| 2/16/2024 | -10,000 | | $0.0000 | $4.9000 | $49,000.0000 | $49,000.00 |
| 2/20/2024 | 10,000 | $4.3700 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 2/20/2024 | 10,000 | $4.3700 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 2/20/2024 | 10,000 | $4.3700 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 2/20/2024 | 10,000 | $4.3700 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 2/21/2024 | 10,000 | $4.5000 | -$45,000.0000 | | $0.0000 | -$45,000.00 |
| 2/22/2024 | 20,000 | $4.3600 | -$87,200.0000 | | $0.0000 | -$87,200.00 |
| 2/22/2024 | 10,000 | $4.3892 | -$43,892.0000 | | $0.0000 | -$43,892.00 |
| 2/22/2024 | 20,000 | $4.4000 | -$88,000.0000 | | $0.0000 | -$88,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **941,230** | | | | **Subtotal:** | **-$5,678,446.40** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | **$4,541,770.90** |
| | | $4.8254 | 941,230 | | **Total:** | **-$1,136,675.50** |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/13/2024 | Bought | Call | Mar 15, 2024 / $6 | 20 | $0.2600 | -$520.00 |
| 3/18/2024 | Expired | Call | Mar 15, 2024 / $6 | -20 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$520.00** |

| | |
|---|---|
| Common Stock Total: | -$1,136,675.50 |
| Options Total: | -$520.00 |
| **Combined Total:** | **-$1,137,195.50** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 28, 2024 and May 16, 2024.