# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00739-SBP

KARAM AKHRAS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SSR MINING INC., RODNEY P. ANTAL, and ALISON WHITE,

Defendants.

---

Civil Action No. 1:24-cv-00808-SBP

ERIC LINDEMANN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SSR MINING INC., RODNEY P. ANTAL, ALISON WHITE, STEWART J. BECKMAN, WILLIAM NEVIN, and F. EDWARD FARID,

Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT TERRY THOMPSON AND LINDA THOMPSON AS LEAD PLAINTIFF, AND APPROVE THEIR SELECTION OF LEAD COUNSEL**

Having considered Movants' Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Akhras v. SSR Mining Inc., et al.*, No. 1:24-cv-00739-SBP and *Lindemann v. SSR Mining Inc., et al.*, No. 1:24-cv-00808-SBP are hereby consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re SSR MINING INC.<br>SECURITIES LITIGATION | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) | Master File No. 1:24-cv-00739-SBP<br><u>CLASS ACTION</u> |
| This Document Relates To:<br>    ALL ACTIONS | | |

(a)    The file in Case No. 1:24-cv-00739-SBP shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred

- 1 -

011241-11/2579626 V1

- 2 -

to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)     This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause; and

3.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(b), Terry Thompson and Linda Thompson are appointed as Lead Plaintiff;

4.      Lead Plaintiff has selected and retained Hagens Berman as Lead Counsel, and the Court approves their selection;

5.      Lead Counsel shall have the following responsibilities and duties:

(a)     to coordinate the briefing and argument of motions;

(b)     to coordinate the conduct of discovery proceedings;

(c)     to coordinate the examination of witnesses in depositions;

(d)     to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e).    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)     to coordinate all settlement negotiations with counsel for defendants;

(g)     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

011241-11/2579626 V1

- 3 -

(h)    to supervise any other matters concerning the prosecution, resolution or settlement of this action.

6.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel;

7.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices;

8.    Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

**IT IS SO ORDERED.**

DATED: _____, 2024    _____
THE HONORABLE SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE

- 3 -

011241-11/2579626 V1