EXHIBIT 2

**SSR Mining Inc.**

**Employees' Retirement System of the City of Baltimore**

Class Period: 02/23/22 to 02/27/24

Lookback Price: $4.8414 (02/28/24 - 05/17/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 12/14/22 | 10,900 | $15.4821 | $168,754.89 | | | | | |
| Purchase | 12/15/22 | 4,317 | $14.7752 | $63,784.54 | | | | | |
| Purchase | 12/16/22 | 2,926 | $14.9500 | $43,743.70 | | | | | |
| Purchase | 12/16/22 | 374 | $14.7797 | $5,527.61 | | | | | |
| Purchase | 12/15/22 | 6,183 | $14.9379 | $92,361.04 | | | | | |
| Purchase | 12/19/22 | 6 | $14.8516 | $89.11 | | | | | |
| Purchase | 12/19/22 | 5 | $14.8200 | $74.10 | | | | | |
| Purchase | 02/09/23 | 3,700 | $15.7747 | $58,366.39 | | | | | |
| Purchase | 02/10/23 | 624 | $14.5800 | $9,097.92 | | | | | |
| Purchase | 02/13/23 | 2,849 | $14.3879 | $40,991.13 | | | | | |
| Purchase | 02/13/23 | 451 | $14.3000 | $6,449.30 | | | | | |
| Purchase | 02/10/23 | 4,576 | $14.7760 | $67,614.98 | | | | | |
| Purchase | 02/14/23 | 1,259 | $14.3591 | $18,078.11 | Sale | 11/16/23 | 5,400 | $11.7100 | $63,234.00 |
| Purchase | 02/14/23 | 641 | $14.3029 | $9,168.16 | Sale | 11/17/23 | 3,900 | $11.6458 | $45,418.62 |
| Purchase | 02/15/23 | 1,000 | $14.0746 | $14,074.60 | Sale | 11/20/23 | 437 | $11.1042 | $4,852.54 |
| Purchase | 02/16/23 | 415 | $14.0860 | $5,845.69 | Sale | 11/20/23 | 3,605 | $11.2025 | $40,385.01 |
| Purchase | 02/16/23 | 713 | $14.0333 | $10,005.74 | Sale* | 05/09/24 | 19,000 | $5.4105 | $102,799.50 |
| Purchase | 02/14/24 | 8,700 | $4.4700 | $38,889.00 | Sale* | 05/10/24 | 23 | $5.4400 | $125.12 |
| Purchase | 02/15/24 | 2,687 | $4.4489 | $11,954.19 | Sale* | 05/10/24 | 20,077 | $5.2345 | $105,093.06 |
| Purchase | 02/15/24 | 8,313 | $4.8300 | $40,151.79 | Sale* | 05/13/24 | 11,300 | $5.1821 | $58,557.73 |
| Purchase | 02/16/24 | 7,100 | $4.9100 | $34,861.00 | Sale* | 05/14/24 | 11,116 | $5.4100 | $60,137.56 |
| Purchase | 02/21/24 | 5,569 | $4.5100 | $25,116.19 | | | | | |
| Purchase | 02/21/24 | 1,550 | $4.4676 | $6,924.78 | Retained | | 0 | $4.8414 | $0.00 |
| | | **74,858** | | **$771,923.95** | | | **74,858** | | **$480,603.13** |

**LIFO Gain/(Loss) for Employees' Retirement System of the City of Baltimore  ($291,320.81)**

*\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*