**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-00739-SBP

KARAM AKHRAS, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SSR MINING INC.,
RODNEY P. ANTAL,
and ALISON WHITE,

      Defendants.

---

Civil Action No.: 1:24-cv-00808-SBP

ERIC LINDEMANN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SSR MINING, INC.,
RODNEY P. ANTAL,
ALISON WHITE,
STEWART J. BECKMAN,
WILLIAM NEVIN, and
F. EDWARD FARID,

      Defendants.

---

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING
THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE AS
LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL**

Upon consideration of: (1) the Motion filed by the Employees' Retirement System of the City of Baltimore ("Baltimore Employees") for consolidation of the above-captioned, related actions, appointment as Lead Plaintiff, and approval of selection of counsel; (2) the Memorandum of Law in support thereof; and (3) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      Baltimore Employees' Motion is **GRANTED**.

2.      In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned, related actions and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

3.      The Consolidated Action will be captioned "*In re SSR Mining Inc. Securities Litigation*," and the file shall be maintained under Master File No. 1:24-cv-00739.

4.      Baltimore Employees is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the consolidated action.

5.      Baltimore Employees' selection of counsel is **APPROVED**, and Saxena White P.A. is **APPOINTED** as Lead Counsel for the Class, and Shuman, Glenn & Stecker is **APPOINTED** as Local Counsel for the Class.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
HON. SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE

1