Case No. 1:24-cv-00739-DDD-TPO    Document 60-1    filed 12/17/24    USDC Colorado
pg 1 of 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<table>
<tr><td>

**KARAM AKHRAS**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**SSR MINING INC., RODNEY P. ANTAL, and ALISON WHITE**,

Defendants.

</td><td>

C.A. No. 1:24-cv-00739-DDD-TPO

</td></tr>
</table>

### DECLARATION OF LYLE ROBERTS IN SUPPORT OF
### DEFENDANTS' MOTION TO DISMISS

---

I, Lyle Roberts, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an active member of the Bars of the States of Virginia, Maryland and Washington, D.C. and am admitted to practice before this Court.  I am a Partner with the law firm of Allen Overy Shearman Sterling US LLP and counsel for Defendants SSR Mining, Inc., Rodney P. Antal, and Alison White.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint.  The facts set forth in this declaration are based upon my personal knowledge, information, and belief, unless otherwise stated.

1

3.      Attached hereto as Exhibit 1 is a true and correct copy of the SSR Mining Inc. Form 10-K Annual Report for the Fiscal Year Ended December 31, 2023, filed with the SEC on February 27, 2024.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the SSR Mining Inc. Schedule 14A Proxy Statement, filed with the SEC on April 12, 2024.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on June 28, 2022.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the SSR Mining Inc. Form 10-K Annual Report for the Fiscal Year Ended December 31, 2022, filed with the SEC on February 22, 2023.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on September 22, 2022.

8.      Attached hereto as Exhibit 6 is a true and correct printout of the Çöpler incident page on SSR Mining Inc.'s website, last updated November 6, 2024, available at https://www.ssrmining.com/2024-copler-incident.

9.      Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on November 6, 2024.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the SSR Mining Inc. Form 10-K Annual Report for the Fiscal Year Ended December 31, 2021, filed with the SEC on February 23, 2022.

11.     Attached hereto as Exhibit 9 is a true and correct, certified translated copy of the Report of Expert Committee to Chief Public Prosecutor's Office, dated May 23, 2024.

The certified translation of the Report is accompanied by the original, non-English version of the Report.

12.    Attached hereto as Exhibit 10 is a true and correct copy of the SSR Mining Inc. 2021 ESG and Sustainability Report, dated April 14, 2022.

13.    Attached hereto as Exhibit 11 is a true and correct copy of the SSR Mining Inc. 2022 ESG and Sustainability Report, dated April 13, 2023.

14.    Attached hereto as Exhibit 12 is a true and correct copy of ECF No. 61, Order on Motion to Dismiss (D. Domenico) *Saee v. Enservco Corp.*, No. 22-cv-01267 (D. Colorado March 4, 2024).

15.    Attached hereto as Exhibit 13 is a true and correct copy of the Statements of Changes in Beneficial Ownership filed with the SEC during the alleged Class Period in connection with stock trades of Rodney Antal ("Form 4s").

16.    Attached hereto as Exhibit 14 is a true and correct copy of the Statements of Changes in Beneficial Ownership filed with the SEC during the alleged Class Period in connection with stock trades of Alison Lynn White ("Form 4s").

17.    Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on February 13, 2024.

18.    Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on February 20, 2024 and dated February 18, 2024.

19.     Attached hereto as Exhibit 17 is a true and correct copy of a Scotiabank Global Equity Research Report, titled *Çöpler Environmental Permit Canceled; Search and Rescue for Missing Workers Still Ongoing*, dated February 19, 2024.

20.     Attached hereto as Exhibit 18 is a true and correct copy of a PBS article titled *Workers at gold mine in Turkey missing, assumed trapped underground after landslide*, dated February 13, 2024.

21.     Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 99.1 to the SSR Mining Inc. Form 8-K, filed with the SEC on February 20, 2024 and dated February 16, 2024.

22.     Attached hereto as Exhibit 20 is a true and correct copy of the RBC Capital Markets Report titled *Outlook worsens at Copler; lower target and downgrade to Underperform, Speculative Risk*, dated February 20, 2024.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 17th day of December 2024.

*/s/ Lyle Roberts*
Lyle Roberts

4