# Exhibit 2

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No. )**

☒    Filed by the Registrant          ☐    Filed by a Party other than the Registrant

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material Pursuant to §240.14a-12

# SSR MINING INC.

(*Name of Registrant as Specified in Its Charter*)

(*Name of Person(s) Filing Proxy Statement, if Other than the Registrant*)

| | |
|---|---|
| ☒ | **No fee required.** |
| ☐ | **Fee paid previously with preliminary materials.** |
| ☐ | **Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.** |

# SSR Mining Inc.

## 2024 Proxy Statement





6900 E. Layton Avenue, Suite 1300, Denver, Colorado 80237

Case No. 1:24-cv-00739-DDD-TPO    Document 60-3    filed 12/17/24    USDC Colorado
pg 4 of 7 ssrm-20240412
12/13/24, 12:03 PM



# A.E. Michael Anglin

Mr. Anglin was appointed to the Board of Directors of SSR Mining in August 2008 and in July 2023 stepped down as Chairman of the Board to become the Lead Independent Director. He is a member of the Corporate Governance and Nominating Committee and the Technical, Safety and Sustainability Committee. Mr. Anglin has also served on the board of Antofagasta PLC, a major Chilean copper producer, since April of 2019. Mr. Anglin spent 22 years with BHP Billiton Ltd., most recently serving as Vice President Operations and Chief Operating Officer of the Base Metals Group based in Santiago, Chile, before retiring in 2008. Mr. Anglin graduated with a Bachelor of Science (Honours) degree in Mining Engineering from the Royal School of Mines, Imperial College, London in 1977 and attained a Master of Science degree from the Imperial College in London in 1985.

**Lead Independent Director**

**Director Since: 2008**

## Director Skills

- ▶ Risk Management
- ▶ Mining Operations
- ▶ Environmental, Health, Safety & Sustainability
- ▶ Mergers & Acquisitions
- ▶ Governance
- ▶ Government Relations

**Independent**

**Age: 68**

**Berkeley, California, USA**

| Board and Committee Membership | Attendance |
|---|---|
| Board of Directors | 8/8 |
| Corporate Governance and Nominating Committee | 5/5 |
| Technical, Safety and Sustainability Committee | 5/5 |
| *Overall Attendance* | 100% |

## Voting Results

## Other Public Company Boards

Antofagasta plc

| Year | For | Withheld |
|---|---|---|
| 2023 | 95.69% | 4.31% |



# Rod Antal

Mr. Antal was appointed Executive Chairman of SSR Mining in June 2023. Previously, Mr. Antal served as President and Chief Executive Officer and a member of the Board of SSR Mining following the merger with Alacer Gold in September 2020. Prior to the merger, Mr. Antal held the position of President and Chief Executive Officer with Alacer Gold since August 2013 and prior to that, he served as Alacer Gold's Chief Financial Officer from May 2012 to August 2013. Mr. Antal has over 30 years of global mining experience in various mineral and metal businesses, including precious metals. This experience spans both corporate roles and at various mine operating sites. Mr. Antal began his mining career working for Placer Dome in Papua New Guinea and then nearly 15 years within the Rio Tinto Group where he held various senior management positions.

**Executive Chairman**

**Director Since: 2020**

## Director Skills

- ▶ Corporate Finance & Capital Allocation
- ▶ Mining Operations
- ▶ Mergers & Acquisitions
- ▶ Government Relations

**Age: 58**

**Denver, Colorado, USA**

| Board and Committee Membership | Attendance |
|---|---|
| Board of Directors | 8/8 |
| *Overall Attendance* | 100% |

## Voting Results

## Other Public Company Boards

None

| Year | For | Withheld |
|---|---|---|
| 2023 | 99.35% | 0.65% |

Case No. 1:24-cv-00739-DDD-TPO    Document 60-3    filed 12/17/24    USDC Colorado
pg 5 of 7ssrm-20240412

14

## Named Executive Officers

The following table lists our named executive officers ("NEOs"), their ages and a description of their business expertise, including positions held within SSR Mining and its predecessors. The NEOs are presented as of December 31, 2023, which is prior to the implementation of the leadership transition described below.

On March 8, 2024, the Company announced a reorganization of key roles and responsibilities within its leadership team. As part of this reorganization, the Company appointed Michael J. Sparks, previously Executive Vice President, Chief Legal and Administrative Officer of the Company, as Executive Vice President, Chief Financial Officer, effective March 7, 2024. Mr. Sparks is retaining his responsibilities over legal and compliance. In addition, effective March 7, 2024, F. Edward Farid, previously Executive Vice President, Chief Corporate Development Officer, has been appointed to Executive Vice President, Chief Strategy Officer. Finally, effective March 7, 2024, Alison White, previously Executive Vice President, Chief Financial Officer, left the Company to pursue other opportunities. The terms of Ms. White's departure are detailed in her separation agreement, which will be included as an exhibit to the Company's Quarterly Report on Form 10-Q for the first quarter of 2024.

There are no family relationships between any of our directors and NEOs, by blood, marriage or adoption.



**Rod Antal**
Age: 58

*Executive Chairman*

Mr. Antal was appointed Executive Chairman of SSR Mining in June 2023. Previously, Mr. Antal serviced as President and Chief Executive Officer and a member of the Board of SSR Mining following the merger with Alacer Gold in September 2020. Prior to the merger, Mr. Antal held the position of President and Chief Executive Officer with Alacer Gold since August 2013 and prior to that, he served as Alacer's Chief Financial Officer from May 2012 to August 2013. Mr. Antal has over 30 years of global mining experience in various mineral and metal businesses, including precious metals. This experience spans both corporate roles and at various mine operating sites. Mr. Antal began his mining career working for Placer Dome in Papua New Guinea and then nearly 15 years within the Rio Tinto Group where he held various senior management positions.

**Alison White**
Age: 44

*Executive Vice President – Chief Financial Officer*

Alison White was appointed Executive Vice President, Chief Financial Officer of SSR Mining in March 2021 and her employment with the Company ended in March 2024. She oversaw accounting, finance, treasury, information technology and enterprise risk management. Alison has over 20 years of experience as a versatile finance professional with a track record of success in financial and operational roles. Prior to joining SSR Mining, Alison held various corporate and regional roles at Newmont Mining including serving as the Regional Chief Financial Officer for North America. Prior to joining Newmont, she was the Vice President of Internal Audit for a global water and natural resources engineering firm. Alison has leadership and financial experience across various industries holding roles at MWH Global (now Stantec), KPMG, ConAgra Foods, Sun Microsystems and Ernst and Young. Alison has a B.S. in Finance from the University of Colorado, Boulder, and a Master's degree with an emphasis in accounting and is a licensed Certified Public Accountant.





**F. Edward Farid**
Age: 39

*Executive Vice President – Chief Corporate Development Officer*

F. Edward Farid was appointed Executive Vice President, Chief Corporate Development Officer of SSR Mining in September 2020. Edward is responsible for the company's strategy, M&A activities, commercial negotiations and investor relations functions. Edward previously served as the Senior Vice President, Business Development and Investor Relations for Alacer Gold since May 2017. He has nearly two decades of experience in mergers and acquisitions, business strategy and capital markets. Before joining Alacer Gold, Edward was a senior officer in the Metals and Mining group at Credit Suisse. In his capacity as an investment banker, he advised leaders in the mining sector on a variety of transactions including acquisitions, divestitures, joint ventures, streaming transactions, fairness opinions, defense advisory, and debt and equity financings. Edward holds a Bachelor of Commerce degree in Finance from McGill University in Canada.

Case No. 1:24-cv-00739-DDD-TPO    Document 60-3    filed 12/17/24    USDC Colorado
pg 7 of 7ssrm-20240412

35