# Exhibit 6

# ÇÖPLER INCIDENT

On February 13, 2024, at approximately 6:30AM EST, a significant slip occurred on the Çöpler heap leach pad. As of June 10, 2024, all nine of the individuals who were lost as a result of the incident have been recovered. Our thoughts continue to be with their families and the entire Çöpler community during this incredibly difficult time.

## UPDATES

### SSR MINING REPORTS THIRD QUARTER 2024 RESULTS - ÇÖPLER UPDATE

**November 6, 2024**

SSR Mining Inc. (Nasdaq/TSX: SSRM, ASX: SSR) ("SSR Mining" or the "Company") reports consolidated financial results for the third quarter ended September 30, 2024, as well as an update on the February 13, 2024 incident at the Çöpler mine (the "Çöpler Incident" or the "Incident").

Following the Çöpler Incident, the Company focused on four key priorities: (1) the recovery of our missing colleagues; (2) containment of the Incident and remediation of the site; (3) the investigation into the root cause of the Incident; and (4) preparing for the restart of the Çöpler mine.

With respect to our missing colleagues, all nine individuals have been recovered and returned to their families and we continue to support the families and the community members impacted by the Çöpler Incident.

All the planned containment infrastructure, including a grout curtain, coffer dam, and buttress, as well as pumping systems and the Sabırlı creek diversion, has been successfully installed and is proving to be effective. Public statements from Turkish government officials continue to reiterate that there has been no recordable contamination to local soil, water or air in the sampling locations.

In partnership with the Turkish authorities, the Company has continued to progress the remediation at the site. To date, over 16 million tonnes (approximately 86%) of the displaced heap leach material has been moved to temporary storage locations, including substantially all the displaced material from the Sabırlı Valley. As part of the remediation work, the heap leach pad will be permanently closed, and heap leach processing will no longer take place at Çöpler. We are continuing discussions with Turkish government officials around the final remediation plan, including the approval and construction of the east storage facility, which will permanently store the displaced material.

The Çöpler remediation and containment work is estimated to cost between $250.0 to $300.0 million and take a total of 24 to 36 months to complete. In the third quarter of 2024, $48.3 million was spent on remediation activities at Çöpler, bringing total remediation spend since April 1, 2024 to $103.3 million.

The initial design of the heap leach facility prepared prior to commencing production in 2010, and each subsequent expansion thereafter, was engineered, reviewed, and approved by independent, third-party engineering firms. Throughout the various stages of construction across the life of the heap leach facility, third-party reviews were also conducted to ensure conformance with the underlying engineering design parameters.

The investigations into the cause of the Çöpler Incident began shortly after the event. The Company has commissioned independent experts to review the design, construction, and operation of the heap leach facility. To date, this review has not identified any material non-conformance with the construction or operation of the heap leach facility relative to the third-party engineered design parameters.

SSR Mining continues to work closely with the relevant authorities to determine the required path forward at the Çöpler mine. Once all necessary regulatory approvals, including the operating permits, are reinstated, it is anticipated that initial operations at Çöpler could restart within 20 days and would consist of processing a combination of stockpiled ore and ore mined from Çakmaktepe, while the remediation work continues.

As previously disclosed, in November 2023, prior to the Çöpler Incident, a legal challenge was filed in a local court against the Çöpler mine's environmental impact assessment, which was approved in 2021 (the "2021 EIA"). On August 20, 2024, the local court issued a decision cancelling the 2021 EIA due to insufficiencies in the 2021 EIA approval process. The Turkish Ministry of Environment, Urbanization and Climate Change, who had originally approved the 2021 EIA, has filed an appeal of the decision, and the Company has filed a simultaneous intervener appeal as well. As previously disclosed, with the cancellation of the 2021 EIA, the operating guidelines at Çöpler revert to those outlined in the Company's prior Environmental Impact Assessment, which was issued in 2014 (the "2014 EIA"). Among other operating considerations, the 2014 EIA prescribes a lower throughput rate for the sulfide plant operations of 6,000 tonnes per day, as compared to 9,000 tonnes per day under the 2021 EIA.

At this time, we are not able to estimate or predict when and under what conditions we will resume operations at Çöpler. Additionally, SSR Mining cannot, at this time, assess the entire scope of the impact of operating under the 2014 EIA. SSR Mining held $334.3 million in total cash at the end of the third quarter, with total available liquidity of $834.0 million and expected strong free cash flow generation from Marigold, Seabee and Puna in the fourth quarter of 2024. SSR Mining remains well positioned to continue remediation efforts ahead of a potential restart of operations at Çöpler.

For additional information on the Çöpler Incident, including a discussion of the associated risks, see the Company's Annual Report on Form 10-K for the year ended December 31, 2023 filed on February 27, 2024, as well as the Company's Quarterly Reports on Form 10-Q for the quarter ended March 31, 2024 filed on May 8, 2024, for the quarter ended June 30, 2024 filed on July 31, 2024, and for the quarter ended September 30, 2024 filed on November 6, 2024. Further updates on the Çöpler Incident, as and when available, will continue to be provided through press releases and posts to the Company's website.

## CONTACT INFO

All Inquiries: info@ssrmining.com or 1-888-338-0046

Shareholder & Investor Relations Inquiries: invest@ssrmining.com

# Previous Updates

**AUGUST 20, 2024**

**JULY 31 2024**

**JUNE 10 2024**

**MAY 24 2024**

**MAY 8 2024**

**MAY 4 2024**

**APRIL 19 2024**

**APRIL 5 2024**

**FEBRUARY 27 2024**

**FEBRUARY 20 2024**

**FEBRUARY 18 2024**

**FEBRUARY 16 2024**

**FEBRUARY 14 2024**

**FEBRUARY 13 2024**

*Cautionary Note Regarding Forward-Looking Information and Statements*

*Certain statements contained on this site constitute forward-looking information within the meaning of applicable securities laws. Forward-looking information may be contained on this site and other postings, press releases and public filings we make. Forward-looking information relates to statements concerning our outlook and anticipated events or results and, in some cases, can be identified by terminology such as "may", "will", "could", "should", "expect", "plan", "anticipate", "believe", "intend", "estimate", "projects", "predict", "potential", "continue" or other similar expressions concerning matters that are not historical facts.*

*Forward-looking information and statements on this site are based on certain key expectations and assumptions made by us. Although we believe that the expectations and assumptions on which such forward-looking information and statements are based are reasonable, undue reliance should not be placed on the forward-looking information and statements because we can give no assurance that they will prove to be correct. Forward-looking information and statements are subject to various risks and uncertainties which could cause actual results and experience to differ materially from the anticipated results or expectations expressed on this site. You should not place undue reliance on forward-looking information. Forward-looking information are only predictions based on our current expectations and our projections about future events. Actual results may vary from such forward-looking information for a variety of reasons including, but not limited to, risks and uncertainties resulting from the incident at Çöpler described in our Annual Report on Form 10-K for the year ended December 31, 2023 and in our quarterly reports on Form 10-Q for the quarters ended March 31, 2024, June 30, 2024 and September 30, 2024; and other risks and uncertainties disclosed in our filings on our website at www.ssrmining.com, on SEDAR at www.sedarplus.ca, on EDGAR at www.sec.gov and on the ASX at www.asx.com.au and other unforeseen events or circumstances. Other than as required by law, we do not intend, and undertake no obligation to update any forward-looking information to reflect, among other things, new information or future events*

*Additionally, information and statements included on this site are based on a number of material factors and assumptions, including, but not limited in any manner to, those disclosed in any other of our filings on EDGAR and SEDAR, and are subject to a number of risk and uncertainties that include, among other things, risks and uncertainties related to the Çöpler Incident associated with the overall impact of the Çöpler Incident on the financial position, results of operations and cash flows as a result of the suspension of operations, costs for remediation and potential legal liability; the outcome of any investigations conducted by the Turkish government; the possibility of environmental damage resulting from the Çöpler Incident; the impact on our ability to borrow funds under our credit agreement and access alternative sources of financing; the impact of challenges and changes to the environmental impact assessment; and the impact on the trading price of our common shares. You should review our filings on our website at www.ssrmining.com, on SEDAR at www.sedarplus.ca, on EDGAR at www.sec.gov and on the ASX at www.asx.com.au and for more information and for disclosure of other risks and uncertainties.*