# Exhibit 10



# Living our Company Values, Everyday

2021 ESG AND SUSTAINABILITY REPORT

# About Us

SSR Mining Inc. is a leading, free cash flow focused intermediate gold company with four producing assets located in the USA, Turkey, Canada, and Argentina, combined with a global pipeline of high-quality development and exploration assets in the USA, Turkey, Peru, and Canada. In 2021, the Company's four operating assets produced 794,000 gold equivalent ounces.

SSR Mining's diversified asset portfolio is comprised of high margin, long-life assets along several of the world's most prolific precious metal districts including the Çöpler Mine along the Tethyan belt in Turkey; the Marigold Mine along the Battle Mountain-Eureka trend in Nevada, USA; the Seabee Mine along the Trans-Hudson Corridor in Saskatchewan, Canada; and the Puna Mine along the Bolivian silver belt in Jujuy, Argentina. We have an experienced leadership team with a proven track record of value creation. Across the Company we have expertise in project construction, mining (open pit and underground), and processing (pressure oxidation, heap leach, and flotation), with a strong commitment to health, safety, and environmental management.

We are focused on leveraging our strong balance sheet and proven track record of free cash flow generation as foundations to organically fund growth across our district scale land packages and to facilitate superior returns to our shareholders.

SSR Mining Inc. is listed under the ticker symbol SSRM on the NASDAQ Capital Markets and the Toronto Stock Exchange, and SSR on the Australian Stock Exchange.





Çöpler mine, Turkey



TABLE OF CONTENTS

# ESG and Sustainability Report

Marigold Mine, Nevada

# Introduction

About this Report                                      01
CEO Foreword                                           03
SSR At a Glance                                        06
Our Operations and Projects                            07

# Our Sustainability Vision

2021 Performance                                       11
Our Targets and Objectives for 2022                    12
Living Our Values                                      13
Material Topics                                        16

# Maintaining Strong Governance and Transparency

Our Approach                                           19
Our Sustainability Governance Framework                21
External Certifications and Recognition                23
Board Diversity                                        23
Ethics and Anti-corruption                             23
Risk Management                                        24
Whistleblower Policy                                   25
Payments to Government                                 25
Human Rights                                           26

# Building a Safe, Healthy and Competent Workforce

Our Approach                                           30
Safety and Health Management                           30
Performance                                            31
Occupational Health                                    31
Training our Talent                                    33
Valuing our Workforce                                  33
Diversity, Equity and Inclusion                        35

# Building our Positive Impact in Communities

Our Approach                                           41
Developing Strong Community Relations                  41
Community Investment                                   47

# Building our Responsible Environmental Stewardship

Our Approach                                           53
Adapting to Climate Change                             53
Energy and Greenhouse Gas Emissions                    55
Air Emissions                                          58
Responsible Water Management                           59
Tailings and Waste Management                          61
Hazardous Materials Management                         64
Protecting Biodiversity                                64
Integrated Mine Closure                                67

# In Closing

69

# GRI/SASB Index

GRI Content Index                                      73
SASB Content Index                                     79

INTRODUCTION

# About This Report



We are proud to present our fourth annual ESG and Sustainability Report. The report sets out how we manage sustainability across our business, as well as our achievements at our operating mines during 2021 and the commitments we have made for 2022, unless otherwise stated. Each report is a milestone in our sustainability journey demonstrating our achievements and also the opportunities that lie ahead.

The report is produced to be 'In Accordance' with the GRI (Global Reporting Initiative) Core standards and in partial compliance with the standards from the Sustainability Accounting Standards Board (SASB) for the metals and mining industry. The GRI and SASB are both internationally recognized standards organisations that promote transparency, reliability and comparability in the reporting of material sustainability issues. Unless otherwise stated the data contained in this report covers our operating mines: the Çöpler Mine in Erzincan, Turkey, the Marigold Mine in Nevada, USA, the Seabee Gold Operation in Saskatchewan, Canada and the Puna Operations in the Jujuy Province, Argentina.

Sustainability is a key priority to all stakeholders, whether they are local communities, local and national governments, our shareholders, or our employees. We are committed to honest and open disclosure of our performance. The disclosures we make in this report are an important mechanism for monitoring and improving our sustainability performance.

For any questions regarding this report or its contents please contact us at **sustainability@ssrmining.com**



Vicuñas running near Puna Operations

INTRODUCTION

# CEO Foreword



Wildlife near Puna Operations

Across the globe, 2021 was a year of continuous adaptation, with COVID-19 impacting daily life. For SSR Mining, 2021 was also a year of execution, after successfully completing the merger with Alacer Gold to establish a stronger and, more robust business.

I am proud to present SSR Mining's 4th annual Sustainability Report, demonstrating our unwavering commitment to transparency and accountability, and reasserting our vision to deliver sustainable value for all stakeholders, which guides our aspirations and our actions. Every element of our strategy revolves around safe, responsible and profitable mining activities that create enduring value for all our stakeholders. For us, sustainability and stakeholder engagement are top of mind in everything we do – from the day we arrive in a community to the day we leave. We recognize that we are guests in the areas in which we operate. As guests, we have a responsibility to treat the ecosystems and environments under our care with the utmost respect. This includes providing lasting social and economic benefits in the communities in which our employees live and work. We hold ourselves to a high standard of accountability and transparency, and set ambitious performance targets through our Sustainability objectives. Our value-creating activities in 2021 included:

- Investing in people. We know that having the right talent is key to successful execution of our strategic priorities.

- Investing in our sustainable future. In 2021, we advanced our "Towards Zero Carbon" strategy which aims to significantly reduce the carbon footprint of our operations and minimize risk throughout our organization. Not only is this the right approach to ensuring sustainability and protecting surrounding communities, it also has the potential to significantly reduce our mining footprint and operating costs.

- Advancing our Integrated Management System (IMS). Our IMS compliance shows we have made significant headway in our sustainability performance in 2021.

We know that to continue to succeed, we must be mindful of new norms and continue to evolve our approach to sustainability with a particular focus on climate change. That is why we have committed to identifying a plan to take our business to net-zero emissions by 2050. Further to this ambitious but necessary target, we will improve our disclosures on climate and water management by responding to Carbon Disclosure Project (CDP), and by aligning our reporting with the requirements of the Taskforce on Climate-related Financial Disclosures (TCFD).

As the pandemic nears a new phase, we remain committed to the communities and countries we operate in, including our focus on local hiring and procurement.

We look forward to tackling these ambitions and targets as well as any challenges during 2022.



Rodney P. Antal
President and Chief Executive Officer



INTRODUCTION

*Gold Bar at Seabee Gold Operations*

# SSR at a Glance

All values as of December 31, 2021 unless otherwise stated.



## $1,474 M
**Revenue (USD$)**



## 794,456 oz
**Production of
gold equivalent ounces**



## $444 M
**Free Cash Flow (USD$)**



## 503,528
**Tonnes $CO_2$-e**



## 82.8%
**Water reused and recycled**



## 4,011
**Workforce**
Including contractors (as of March 01, 2022)

# High Quality Diversified Portfolio

## Diversified
**Portfolio of high quality,
long-life operating assets
across four jurisdictions**

## 17+ years
**Weighted average mine life**

## 10+Moz AuEq
**Mineral Reserves**

## 700-780 koz AuEq
**2022 production guidance**

INTRODUCTION

# Our Operations and Projects



## Seabee Gold Operations
**Canada**

**Ownership**
100%
**Production**
118,888 oz of gold
**WorkForce**
389
**CO$_2$-e**
19,644

● **Sunrise Lake**
**Canada**

● **Amisk**
**Canada**



## Marigold Mine
**United States**

**Ownership**
100%
**Production**
235,282 of gold
**WorkForce**
456
**CO$_2$-e**
165,410



**San Luis**
**Peru**



## Puna Operations
**Argentina**

**Ownership**
100%
**Production**
8 M oz of silver
**WorkForce**
861
**CO$_2$-e**
58,711

Workforce is as of March 01, 2022.

# Turkey



Copper Hill
**Turkey**

Çöpler Saddle
**Turkey**

Çöpler District
**Turkey**

Mavialtin
Porphyry Belt
**Turkey**

Çakmaktepe
**Turkey**

Çakmaktepe
Extension
**Turkey**

Çöpler Mine
**Turkey**

**Ownership**
80%

**Production**
329,276 oz of gold

**WorkForce**
2,207

**CO$_2$-e**
259,763

- **Operational Sites**
- **Development Sites**
- **Exploration Sites**

## Çöpler Mine Turkey

Çöpler is an open pit mine located along the Tethyan belt in east-central Turkey in the Erzincan Province, approximately 1,100 kilometers southeast of Istanbul and 550 kilometers east of Ankara. Çöpler contains oxide and sulfide ores which are mined concurrently and processed through its two processing plants using heap leach and pressure oxidation processing, respectively, to produce gold bullion. Çöpler and nearby tenements are positioned on a land package of approximately 25,800 hectares.

## Marigold Mine United States

Marigold is an open pit gold mine located along the Battle Mountain-Eureka Trend in Nevada, USA. Marigold is a run-of-mine heap leach operation, moving more than 250,000 tonnes of material per day, and producing gold bullion. Marigold is positioned on a land package of approximately 19,600 hectares.

## Puna Operations Argentina

Puna is an open pit silver-lead-zinc mine located along the Bolivian silver belt in northern Argentina in the Province of Jujuy. Puna processes ore mined from the Chinchillas mine through its Pirquitas mill, using flotation processing to produce silver-lead and zinc concentrates.

## Seabee Gold Operations Canada

Seabee is an underground gold mine located along the Trans-Hudson Corridor in east-central Saskatchewan, Canada. Seabee processes ore through its processing plant using gravity concentration and cyanide leaching to produce gold bullion. Seabee is positioned on a land package of approximately 60,000 hectares, including the Fisher property option.

# Our Sustainability Vision

At SSR Mining, our vision is to deliver sustainable value for all stakeholders through responsible mining. People and the environment are our most important resources, and we are committed to safeguarding them both now and for the future. We recognize the catalyst role our operations can play in local communities and commit to leaving a positive legacy.

We do this by implementing the highest standards of sustainability, as well as the necessary plans, procedures, metrics, and targets to meet our commitments every single day.





Çöpler mine, Turkey

# 2021 Performance

The following table below aligns the sustainability performance targets in key categories such as Governance, Health and Safety, Economic Performance, People, Environment and Community Relations.

## Our 2021 Sustainability Performance

● Achieved   ◖In Progress

| Focus Areas | 2021 Goals | | Notes |
|---|---|---|---|
| Governance | Continued implementation of Environment, Safety and Health, and Social Standards through compliance with Integrated Management Systems (IMS) | ● | **Achieved:** sites completed their IMS actions plan to achieve the target of implementation of phase 1 |
| | Development and implementation of training for updated policies | ◖ | **In Progress:** Select training for key policies occurred in 2021 |
| Health and Safety | Achieve zero fatalities and 5% improvement in Total Recordable Injury Frequency Rate (TRIFR) | ● | **Achieved:** Improvement of TRIFR maintained (on a 12 month rolling average) |
| Economic Performance | Meet target production for 2021 | ● | **Achieved:** Production guidance was achieved |
| People | Advance Diversity and Inclusion (D&I) Inclusion Strategy | ● | **Achieved:** SSR joined CEO Action for Diversity and Inclusion – an initiative aimed at accelerating the advancement of women in boardrooms and strategic executive roles.<br><br>Diversity and Inclusion remains a targets for 2022. |
| Environment | Achieve zero significant non-compliance incidents | ● | **Achieved:** Zero significant non compliances incidents recorded |
| | Complete Independent third-party reviews of Tailings Storage Facilities (TSFs) | ◖ | **In Progress:** Desktop studies reviews completed. Site visits were postponed due to ongoing travel restrictions related to Covid-19 |
| | Complete Physical Risk Assessment at Çöpler Mine | ● | **Achieved:** Physical Risk Assessment completed at Çöpler Mine |
| | Report to the Carbon Disclosure Project (CDP) on climate and water security, align disclosure with the Taskforce on Climate-Related Financial Disclosures (TCFD) Establish an action plan to achieve net zero emissions by 2050 | ◖ | **In Progress:** Completed the CDP submissions on climate and water security and continued to develop our climate change strategy by establishing the baseline for company emissions.<br><br>Action plan was advanced and 3rd party was selected to support target development and targeted TCFD disclosure |
| Community Relations | Develop metrics to robustly measure economic footprint of sites | ◖ | **In Progress:** Implementation of Community Relations Management system has been modified to account for the additional asset following merger |
| | Update baseline of locals employed by our operations and our contractors | ● | **Achieved:** Puna continued to progress Social Development Fund by receiving and evaluating proposals in 2021 |

# Our Targets and Objectives for 2022

Looking ahead, we aligned key performance sustainability metrics with key material topics to identify the targets against which our site and corporate performance will be evaluated. We set targets and objectives to drive improvement in key areas and to ensure our teams are working towards a common goal. The table below builds on the work completed in 2021 and sets out our ESG and Sustainability linked performance targets for 2022.

## Sustainability and ESG objectives for 2022

| Focus Areas | 2022 Goals |
| --- | --- |
| Governance | Full implementation of Environment, Safety and Health, and Social Standards through compliance with Integrated Management System |
| | Development and implementation of training for updated policies |
| Health and Safety | Achieve zero fatalities |
| | 5% improvement in Total Recordable Injury Frequency Rate |
| Economic Performance | Meet target production for 2022 |
| People | Continue to advance the diversity, inclusion and development framework across the organization |
| Environment | Total Environmental Incidents (TEI) |
| | Complete third-party closure reviews |
| | Development of water stewardship strategy |
| | Public disclosure of CDP Climate and Water Security Scores |
| | Establish an action plan by 2025 to achieve net zero emissions targets |
| Community Relations | Update site-based grievance mechanisms and grievances tracking to better align reporting and improve resolution |
| | Update site community contributions to align, measure and maximize positive impacts. |

# Living Our Values

In 2020, we started the journey of bringing two companies together. Our continued integration journey in 2021 included compliance with our updated internal guidelines and policies, which will guide our programs into the future. The values highlighted below contribute to the shaping of our culture, and support our strategy and our vision.

**Our Purpose: To create value and leave a legacy through responsible and sustainable operations.**



## People & Culture

*We value our people and invest in their growth and development. We are tenacious, working with a sense of urgency to achieve exceptional outcomes.*

- We attract, retain, and develop the best talent in the industry

- We foster a collaborative working environment that celebrates and supports diversity

- We are committed to developing and empowering our people to help drive the needs of the business

- We are a results-oriented Company, with a focus on the delivery and execution of business objectives



## Sustainability

*We care for the environment and communities we operate in and take personal responsibility for creating and maintaining a sustainable business.*

- We are recognized by our stakeholders as an ethical, reliable, and valued partner

- We build relationships and partnership based on respect with our local communities

- We are committed to honest and open disclosure and continuous improvement of our sustainability practices as we drive to be the developer of choice



## Health, Safety & Risk

*We protect and care for the people, communities, and environments in which we do business. We actively manage risk at all levels of the business.*

- Our workplaces are free of fatality, injury and occupational illness

- We believe strong environmental stewardship is centered in all aspects of our business

- Our risk management processes ensure that we measure, report and mitigate risk in everything we do



Water sampling at Seabee Gold Operations



## Business Excellence

*We are a high-performing organization and are always looking for ways to optimize our assets and business opportunities.*

- We create sustainable value through continuous improvement, reliable asset management, operational effectiveness and efficiency

- We are accountable to deliver the priorities in a balanced scorecard which allows us to achieve sustainable value added growth and maximize free cash flow

- We focus on creating value for our shareholders in everything we do

- We have robust Operational Excellence (OE) process and systems to monitor, measure and support continuous improvement in the business



## Innovation

*We are committed to innovation at all levels of the business and are industry leaders for project delivery and stepchange solutions.*

- We are focused on seeking out innovative opportunities to improve our process, procedures, and business

- We embrace the challenges and risk that come with innovation

- We take personal accountability to drive meaningful change throughout the business

- We are tech savvy keeping abreast of the latest developments, and implement new tech in a careful, pragmatic, and measured, value accretive manner



## Growth

*We take a disciplined approach to achieving meaningful and sustainable growth. We employ a robust framework for evaluating, managing and implementing value-creating growth opportunities.*

- We have first class teams and systems that provides a pipeline of growth opportunities

- We are focused on our growth strategy and take a pragmatic approach to evaluating exploration targets and development project value realization strategies

- We execute projects in a disciplined, pragmatic and efficient manner

OUR SUSTAINABILITY VISION

Laguna de los Pozuelos, approximately 25 km  from Puna Operations

# Material Topics

In 2021, we maintained the methodology for the materiality assessment process to help us identify those sustainability related aspects that are most important to our business.

## Methodology

The methodology included a peer and industry benchmarking review of sustainability aspects that are common to the mining industry.

### This included:

- International standards and guidelines, such as the Global Reporting Initiative (GRI) topic-specific disclosures, the Sustainability Accounting Standard Board's (SASB) materiality map for the metals and mining industry

- Industry association frameworks such as the World Gold Council's Responsible Gold Mining Principles, the International Council on Mining and Metals responsible mining principles, and the Mining Association of Canada's Toward Sustainable Mining

- Risks identified by the World Economic Forum

- Community grievance logs and Environmental Impact Assessment and baseline work

- Sustainability related risks identified in site level risk registers Maintaining Strong Governance & Transparency

The graphic below provides a visual representation of the priority given to the assessed topics.



SSR Materiality Matrix



# Maintaining Strong Governance and Transparency





Seabee Gold Operations employee

MAINTAINING STRONG GOVERNANCE AND TRANSPARENCY

# Our Approach

At SSR, ultimate responsibility for our sustainability programs and performance sits with the Board of Directors. The Board is supported in this regard by a dedicated Environment, Health, Safety and Sustainability Committee.

On behalf of the Board, the Committee oversees, monitors, and reviews our practice and performance in areas of safety, health, environment, community and stakeholder relationships and environmental management (including areas of water management, and climate change). The Committee meets formally at least four times a year, and additional meetings are held as required throughout the year.

Sustainability is a key responsibility for group executives and senior leadership, and we have a dedicated group-level Vice President of Environment, Health, Safety and Sustainability who provides strategic guidance and oversight to our site-level teams. To reflect our commitment to environment, safety, health and sustainability, 20% of the annual short-term incentive plan is linked to the achievement of our Sustainability targets each year.

## Our Governance Structure





## Our Board Structure

| Size | 7* |
| --- | --- |
| Independent directors | All Directors are considered independent except for the CEO |
| Separate Chair and CEO | Yes |
| All committees independent | Yes |
| Gender split | 29% Women 71% Men* |
| Board diversity policy | Yes |
| Annual say on pay | Yes |
| Board, committee and director evaluations annually | Yes |

*Figures include non-executive directors.

## The SSR Board

| | Environment, Health, Safety & Sustainability Committee | Audit Committee | Compensation and Leadership Development Committee | Corporate Governance & Nominating Committee |
| --- | --- | --- | --- | --- |
| A.E. Michael Anglin | ● | | | ● |
| Thomas Bates Jr. | | ● | ● | |
| Brian R. Booth | ● | ● | | |
| Simon A. Fish | | | ● | ● |
| Leigh Ann Fisher* | | ● | ● | |
| Alan P. Krusi | ● | | | ● |
| Kay Priestly | | ● | | ● |

*Ms. Fisher was appointed to the Board of Director of SSR Mining in March 2022.

Further information about the Board and its committees can be found in the governance section of our website and in our Proxy statement. Committee participation is listed for the independent directors.

# Our Sustainability Governance Framework

The bedrock of our sustainability governance is our organizational values and policies. We have a suite of sustainability related policies that meet or exceed the requirements of legislation in the countries we work in, but also align with a range of international standards and guidance. Our new policies received board approval in 2021 and SSR focused on implementation during 2021.

Our policies are supplemented by a series of subject specific management standards which were updated and implemented during 2021. How our policies and management standards are implemented on the ground is set out in site specific management plans which are tailored to the unique operating context and regulations of each site. Implementation of the Integrated Management System (IMS) was included as a key performance metric.

## Reporting

By transparently reporting our sustainability performance, acknowledging areas for improvement, and holding ourselves accountable for the results, we build trust with stakeholders.

## Targets

Setting clear targets drives improvement and challenges us to continually better ourselves. It also helps stakeholders to understand and assess our performance on the issues that matter most to them.

## Metrics and indicators

Enable us to track our performance and manage any issues that arise.

## Systems

High quality effective management ensures the correct processes are followed, enables collaboration, and drives a consistent approach to risk management across the business.

## Plans and procedures

Detailed planning for how policies are implemented on the ground and tailored to the unique characteristics of the site or project ensures a consistent approach.

## Policies

Policies aligned with our vision and values drives commitment to sustainability and good governance across all operations.

## SSR's Integrated Management System

SSR has incorporated best practices from across our business to develop an integrated Environment, Health, Safety and Sustainability (EHSS) management system (IMS). The IMS integrates all policies, standards, plans, procedures and processes across the key areas of safety and health, community relations, and the environment into a single complete framework. This helps us to ensure a shared understanding of objectives and minimum standards from our Corporate offices through to each site across our business.

In 2021, as part of the first phase of implementation of the IMS, each site performed a gap assessment against these standards and developed actions to address any findings in order to ensure compliance. In 2022, the sites will focus on achieving full compliance to these standards.



MAINTAINING STRONG GOVERNANCE AND TRANSPARENCY

# External Certifications and Recognition

Together with our management approaches, our internal standards were developed based on a number of key external industry standards and practices including the expectations of the International Council of Mining & Metals (ICMM), the Mining Association of Canada's Towards Sustainable Mining protocols, guidance from the International Finance Corporation (IFC) Performance Standards, and the World Gold Council. This approach ensures a comprehensive and up to date IMS. To further our commitment to operational excellence, we will continue to monitor the advancement of sustainability initiatives to ensure we remain a responsible Company where we do business.

The table below summarizes our external initiatives and commitments.

| | |
|---|---|
| **External Standards** | Extractive Industries Transparency Initiative (EITI) (Puna); International Cyanide Management Code certification (Marigold) ; ISO Certification (Çöpler) |
| **Industry Associations** | Camara Argentina de Empresarios Mineros (CAEM) |
| **Membership Organizations** | Catalyst Accord |

# Board Diversity

We recognize the benefits that diversity provides to our Board of Directors. A diverse mix of skills, expertise, experience, perspectives, age, and characteristics leads to diversity of thought, a deeper understanding of opportunities, issues, and risks, and to stronger decision-making. We also recognize that the promotion of a diverse Board makes prudent business sense and promotes better oversight and Corporate governance. Two of our seven Non-Executive Directors are women. Our Board Diversity Policy promotes the benefits of – and need for – Board diversity. The policy outlines our commitment to a merit-based system for Board composition within a diverse and inclusive culture that solicits multiple perspectives and views and is free of conscious or unconscious bias and discrimination. Our Corporate Governance and Nominating Committee reviews our Board Diversity Policy annually and assesses its effectiveness in promoting a diverse Board.

In 2021 SSR joined the CEO Action for Diversity and Inclusion – an initiative aimed at accelerating the advancement of women in boardrooms and strategic executive roles.

# Ethics and Anti-corruption

We take a zero-tolerance approach to bribery and corruption. Every SSR employee, and anyone authorized to work on our behalf, is expected to conduct business legally and ethically, and to comply with our Code of Business Conduct and Ethics, and Anti-corruption Policy, and all applicable laws. Principally, these include the Corruption of Foreign Public Officials Act (Canada) and the Foreign Corrupt Practices Act (United States).

In 2021, there were no legal actions taken against SSR or its subsidiaries in relation to anti-competitive or anti-trust behavior.

Annually, all directors, officers, and employees are required to acknowledge that they have read and understand the Code of Business Conduct and Ethics, the Anti-corruption Policy, and other Corporate Governance Policies. All employees and Board members complete periodic training on our Corporate Governance Policies.

# Risk Management

Effective risk management is a source of sustainable business benefit and a fundamental way we deliver value for our stakeholders. It is essential to good decision-making related to negative risk – those that have a negative impact on people, environment, communities etc. Sustainability related processes and policies form part of SSR's wider enterprise risk management (ERM) framework. The goal of risk management at SSR is to prevent and minimize harm/ loss while optimizing opportunities. The goal of ERM is to assess and manage all risks that could have a material impact on the Company and its stakeholders.

The primary goal of the ERM process is the identification and assessment of significant risks and the implementation of suitable risk responses. The process includes top-down and bottom-up risk identification and assessments from operations, subject matter experts, and management.

The following risk mitigation activities were carried out in 2021.

The risk management process involves five steps



## Examples of Risk Assessment

| Risk Assessment | Purpose of the Assessment | Example of Potential Risk Identified |
|---|---|---|
| Tailings Risk Assessment | Identify and analyze conditions or events associated with tailings facilities that could impact communities, environment and or safety and health of our workforce | Uncontrolled process water discharge |
| Physical Climate Risk Assessment | Identify current and emerging physical risks to our operations from climate change | Increased forest fire events in region |
| Project Risk Management | Identify and control risks to effective project management and execution | Identification of impacts to schedule |
| Quarterly Risk Assessment | Identify and analyze risks associated with projects that could negatively affect site success | Lack of skilled workforce due to pandemic |
| Annual Risk Assessments | Identify and assess risks that could negatively impact business success | Evolving risks such as geopolitical developments or potential pandemic |

MAINTAINING STRONG GOVERNANCE AND TRANSPARENCY

# Whistleblower Policy

We have a specific Whistleblower Policy which sets out the procedure for both formal and informal reporting of concerns. We also maintain anonymous channels for any employee to communicate concerns or complaints without fear of negative consequences. Our complete Whistleblower Policy is available on our website. The policy also includes a clear "no retaliation" provision for all reports made in good faith.

# Payments to Government

We are committed to being a good Corporate citizen and developing strong partnerships with the countries we operate in. This is reflected by our commitment to pay the required taxes and royalties, and reporting these payments in a transparent and accountable manner.

As part of our Canadian legal requirement under the Extractive Sector Transparency Measures Act (ESTMA), we report our payments to all levels of government in Canada and abroad. Our Annual ESTMA reports are available on the SSR Website.



Employee at Puna Operations

# Human Rights

At SSR, we have zero tolerance for Human Rights violations wherever we operate. As a mining company, we understand that our operations and activities may impact a broad range of human rights within the Company and in local communities. We recognize our roles and responsibilities in respecting and protecting the human rights of those affected by our activities.

Our commitment to respect Human Rights is codified in our Human Rights Policy which is aligned with the 'Protect, Respect, Remedy' framework of the United Nations Guiding Principles on Business and Human Rights and reflects the changing social context in which we operate. Our Human Rights Policy compels us to assess and remedy potential human rights issues and seek constructive dialogue with stakeholders and community members impacted by our activities.

## Human Rights Activities

At SSR, we assess potential Human Rights issues, take measures to proactively address them and establish dialogue with stakeholders impacted by our activities. Examples of due diligence include:

 Human Rights training and capacity building

 Identification of salient Human Rights issues

 External reporting

 Site-based complaints and response systems

 Procedures and standards



# Building a Safe, Healthy and Competent Workforce



Santoy underground mine at Seabee Gold Operations

BUILDING A SAFE, HEALTHY AND COMPETENT WORKFORCE

Transforming world-class ore deposits into world-class mines requires the talents and dedication of a highly competent and motivated workforce and the creation of a healthy and safe working environment. Our employees are the foundation of our business success, and our ability to continuously navigate through a global pandemic attests to the commitment and dedication of our employees and business partners.

- TRIFR decreased 50% over last 12 months

- Joined the Flight Safety Foundation Basic Aviation Risk Standard (BARS) program – improving safety at our Fly in Fly Out Operations and in Exploration

- Improved the implementation at sites of our Critical Risk Management system, based on ICMM guidance, to support fatality prevention

Our employees and contractors are the bedrock of our business and we are committed to providing a safe and healthy work environment for them. We resolutely believe in, and are committed to the principle of safe production, and know that occupational illnesses and injuries are preventable.



Case Study
# Wellness at Work

For general health and wellness care, our workers and contractors can access non-occupational health services through the national healthcare system (Canada), Company-supported health insurance coverage (USA), and, Company-sponsored insurance coverage from their respective employer (Argentina and Turkey).

We also run health-related campaigns on site aimed at helping our workforce to improve their overall well-being. Topics such as smoking cessation, healthy eating, weight management, and fatigue management are regularly communicated and discussed in pre-shift meetings.

Volleyball at Puna Operations

# Our Approach

At SSR, health and safety has always been and will always be our utmost priority. One of our first priorities following the merger was to review and update our Health and Safety Policy. The updated policy sets out our commitment to a safety culture that addresses safety and health not only as a company but personal value for us and those we work with. The updated policy includes our commitments to:

Our management approach to Safety and Health is overseen by our Vice President, Environment, Health, Safety and Sustainability with support from our Group-level Director of Health Safety and Risk, and dedicated site-level teams which include subject matter experts at each operation, and each project.

- Protect the health and safety of employees and our business partners at all stages of the mine life cycle
- Provide employees and contractors with a safe working environment free from uncontrolled hazards
- Implement effective safety, health and security systems at all operations
- Evaluate the health and safety implications of business decisions
- Measure and monitor the safety and health performance of our operation against set objectives and targets
- Promote initiatives that foster a safety culture
- Promote wellness and healthy lifestyles for our employees, local communities, and those we work with

# Safety and Health Management

The Health and Safety policy applies to all employees and contractors working across our business. The policy is backed up by robust enterprise and site-specific safety management plans and systems which align with the international best practice standards OHSAS18001 and ISO45001.

## Key elements of our safety and health management systems include:

### Risk Management

We regularly assess safety and health related risks across each part of our mines. These assessments ensure that we are aware of the specific risks in each part of the mine and inform the most appropriate hazard controls are implemented. In 2021, improved the implementation at sites of our Critical Risk Management program, aligned to the ICMM guidance, to be completed in 2022 across all operations. Individual risk assessments (also known as field risk assessments) are also conducted prior to any work or team conducting potentially hazardous or non-routine work.

### Employee Engagement

We encourage our staff to think proactively about safety and health risks and to take responsibility for their own safety and for the safety of their colleagues. We empower our workers to challenge their supervisors if they believe that appropriate safety measures or equipment are not in place, and all workers have the right to refuse work on the grounds of safety or health risk.

### Training

Safety education and training are an important part of induction and ongoing development for all employees and contractors. Additional job-specific safety training is provided and followed by competency reviews to ensure employees have the knowledge, skills and practical experience to conduct their work safely and effectively. Examples include heavy equipment operation, the safe use of chemicals, dealing with spills, working at height, and hot work.

### Occupational Hygiene

We strive to ensure parity between our approach to manage safety risk and those related to occupational health hazards. In 2021, significant progress was made in improved characterization of workplace exposures and associated controls. Our sites have recruited professional occupational hygienists and enhanced coordination with occupational medicine specialists and consultants.

BUILDING A SAFE, HEALTHY AND COMPETENT WORKFORCE

# Performance

Safety and health performance across SSR was stable from a statistical perspective, but while injury severity in 2021 was low, the number of reported high potential incidents increased in 2021.

There were no work related fatalities in 2021. However, subsequently in January 2022 there was an employee fatality at Puna.

The TRIFR decreased in 2021 by approximately 50%, with Seabee contributing approximately 38% of SSR's recordable injuries a trend that has prompted a significant remediation plan for 2022.

## 2021 Total Recordable Injury Frequency Rate (TRIFR)[1]

|  | 2021 |
|---|---|
| Çöpler | 0.97 |
| Marigold | 8.02 |
| Seabee | 10.8 |
| Puna | 0.43 |
| **SSR Mining (per 1 million hours)** | **2.47** |

# Occupational Health

We recognize that there is more to ensuring worker and community health and well being than simply working to prevent injuries.

At SSR, we are taking a proactive approach to health through environmental, biological and medical monitoring and quantifying occupational exposure risk. Assessing theses risks will allow for exposure reduction or elimination.

"Effective safety leadership and engagement occurs in the field and among employees and contractors doing the work. Our senior and line managers expect of themselves to spend quality time on site being present and leading by example."

- Tim Bekhuys, Vice President Environment, Safety, Health and Sustainability

1. Rolling 12 month Average (Jan 1- Dec 31)



Mine rescue drills performed at Çöpler Gold Mine

## Case Study

# Emergency Preparedness

Making sure we are adequately prepared for emergencies is a key part of our commitment to providing a safe environment, both for our people and the communities we work in. While the details of Emergency Plans vary by site, the fundamentals of our approach are consistent: well trained teams, appropriate equipment, effective communication and clear protocols.

For example, at our Çöpler Mine in Turkey there are three dedicated emergency response personnel complemented by a team of 86 trained workers. A minimum of 20 trained emergency response workers are present on site at any one time.

Mock drills are performed periodically throughout the year to ensure all workers know what to do in the event of an emergency, and we have a target of a three-minute emergency response time.

The Mine also has high specialized and sophisticated equipment on site, and reflecting Çöpler's commitment to the community in 2019, the mine signed a protocol with the Sub-governor of Iliç to assist the district in dealing with emergencies such as traffic incidents.

BUILDING A SAFE, HEALTHY AND COMPETENT WORKFORCE

# Training
# our Talent

Our success as a business is underpinned by the skill, commitment and dedication of our workforce. In 2021, we achieved production guidance despite the ongoing challenges wrought by COVID-19, which is a testament to the resilience, dedication and talent of our team.

Our approach to the development of our people is to strategically and continuously invest in training and education to ensure we meet our business and operational needs both now and in the future. We provide a range of technical skill development, leadership and business literacy skills, training on procedures and standards, and career development.

# Valuing
# our Workforce

People are our core strength. More than any other factor, our success depends on their capabilities and commitment. We are focused on attracting and retaining experienced and skilled talent with a culture that puts safety at its core and supports people to reach their potential.

We believe that transparent communication with workers and unions is critical to the effective running of our operations. We do not impose restrictions on union representation, and we respect the rights of freedom of association and collective bargain. At our Çöpler mine we invite union and workforce representatives to attend site level EHSS committee meetings.

In total, 39% of our workforce are union members and have collective bargaining agreements in place. There were no instances of industrial action across operations in 2021, and we enjoy positive labor relations across all sites.

## 2021 Total Workforce by Location, Employment Type and Gender

| 1 Mar 2022 | Full-Time Salaried (Non-Unionized) | | | Full-Time Salaried (Unionized) | | | Hourly (Non-Unionized) | | | Hourly (Unionized) | | | Contractors | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Total | Female | Male | Total | Female | Male | Total | Female | Male | Total | Female | Male | Total |
| Corporate | 31 | 40 | **71** | 0 | 0 | **0** | 0 | 0 | **0** | 0 | 0 | **0** | 0 | 0 | **14** |
| Çöpler | 41 | 196 | **237** | 28 | 382 | **410** | 0 | 0 | **0** | 0 | 0 | **0** | 0 | 0 | **1560** |
| Marigold | 16 | 67 | **83** | 0 | 0 | **0** | 38 | 334 | **372** | 0 | 0 | **0** | 0 | 0 | **1** |
| Peru | 4 | 6 | **10** | 0 | 0 | **0** | 0 | 0 | **0** | 0 | 0 | **0** | 1 | 2 | **3** |
| Seabee | 31 | 96 | **127** | 0 | 0 | **0** | 36 | 224 | **260** | 0 | 0 | **0** | 0 | 0 | **2** |
| Puna | 50 | 267 | **317** | 57 | 470 | **527** | 0 | 0 | **0** | 0 | 0 | **0** | 8 | 9 | **17** |
| Total | 173 | 672 | 845 | 85 | 852 | 937 | 74 | 558 | 632 | 0 | 0 | 0 | 9 | 12 | 1597 |
| **Total SSR employees** | **2,414** | | | | | | | | | | | | | | |
| **Total Workforce (incl. contractors)** | **4,011** | | | | | | | | | | | | | | |

## 2021 Total Workforce by Location and Gender

| Location | |
|---|---|
| Total | |
| Puna | |
| Seabee | |
| Peru | |
| Marigold | |
| Çöpler | |
| Corporate | |

0    500    1000    1500    2000    2500

■ FEMALE   ■ MALE

## 2021 Breakdown of Total Workforce by Employment Type and Gender

| Employment Type | Female | Male |
|---|---|---|
| Total | 14% | 86% |
| Senior Manager | 11% | 89% |
| Manager | 11% | 89% |
| Individual Contributor | 14% | 86% |

0    20    40    60    80    100

■ FEMALE   ■ MALE



Employees a Marigold and Puna Operations

BUILDING A SAFE, HEALTHY AND COMPETENT WORKFORCE

# Diversity and Inclusion

We recognize the value of a diverse and inclusive workforce. Attracting individuals from a broad range of backgrounds helps foster a more innovative and agile organizational culture which ultimately enhances our business performance.

We strive to foster an open and inclusive workplace environment and strongly support the principle that all individuals should have an equal opportunity to participate in our company and achieve their full potential. We are committed to providing and maintaining a work environment built on mutual trust and respect, where diversity and inclusion are valued, and where every member of our workforce feels welcome.

In alignment with our Code of Conduct, the Human Rights Policy and the Diversity Policy, everyone at SSR shall:

1. Treat each other and all members of the outside community with respect and courtesy

2. Maintain a workplace free from all forms of harassment

3. Never permit factors like race, religion, color, gender, sexual orientation, age, nationality or ethnicity to determine decisions about hiring, employment promotions, pay rates, transfers, layoffs or terminations (or condone decisions by others determined by such factors)

4. Never permit physical disabilities to determine work-related decisions, unless the disability prevents a person from safely doing a job and the disability cannot be reasonably accommodated

With operations across four countries and exploration in **one** other, our workforce is comprised of people from a wide range of backgrounds and a broad set of skills, values and experiences. We value this diversity and the organizational strength and innovative thinking it brings to our business.

Mining is traditionally a male dominated industry, and to help redress this, a key focus at SSR is to promote and encourage women to join our workforce on the mine, and once employed on the mine to progress into leadership roles.

## Case Study

# Our Commitment to Our Employees

Our commitment to our employees is embedded in SSR's key policies, including the Code of Business Conduct and Ethics, the Diversity Policy, and the Human Right Policy - where the respect for the rights and dignity of others is an integral part of our commitments to individuals and to promoting a positive work environment. To achieve this, we:

• Do not tolerate discriminatory conduct in the workplace

• Provide a fair and non-discriminatory employee grievance system

• Value diversity and treat all employees and contractors fairly, providing equal opportunity at all levels of the organization without bias

• Employ and promote employees on the basis of merit

• Provide fair and competitive compensation

• Maintain the confidentiality of collected personal and private information about employees

• Recognize the right of employees to freedom of association

• Provide appropriate training and development opportunities

• Consult, communicate, and provide appropriate support to employees



Employee at Seabee Gold Operation

## 2021 Number of Employees by Age and Gender

| 1 Mar 2022 | 18-29 | | | 30-49 | | | 50+ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Total | Female | Male | Total | Female | Male | Total |
| Corporate | 5 | 3 | 8 | 20 | 24 | 44 | 6 | 13 | 19 |
| Çöpler | 23 | 81 | 104 | 45 | 438 | 483 | 1 | 59 | 60 |
| Marigold | 9 | 37 | 46 | 26 | 214 | 240 | 19 | 150 | 169 |
| Peru | 0 | 0 | 0 | 3 | 5 | 8 | 1 | 1 | 2 |
| Seabee | 10 | 39 | 49 | 31 | 174 | 205 | 26 | 107 | 133 |
| Puna | 30 | 139 | 169 | 74 | 505 | 579 | 3 | 93 | 96 |
| Total | 77 | 299 | 376 | 199 | 1360 | 1559 | 56 | 423 | 479 |
| Total Employees | 2,414 | | | | | | | | |

## 2021 Gender Representation at all Levels of the Company

**Board**

 29%

 71%

**Corporate Office**

 44%

 56%

**Entire Business**

 14%

 86%

"We believe in an inclusive and diverse workplace, where everyone has an equal opportunity to participate and to achieve their full potential."

Stewart Beckman, Executive Vice President, Chief Operating Officer

BUILDING A SAFE, HEALTHY AND COMPETENT WORKFORCE

Case Study

# CEO in Action for Diversity and Inclusion

In 2021, SSR's CEO Rodney Antal joined CEO in Action. This initiative is the largest CEO driven business commitment to advance diversity and inclusion within the workplace.

This initiative aims to rally the business community to advance diversity and inclusion within the workplace. The CEO pledge outlines a specific set of actions the signatory CEOs will take to cultivate a trusting environment where all ideas are welcomed, and employees feel comfortable and empowered to have discussions about diversity and inclusion; including the following:

1. Make our workplaces trusting places to have complex, and sometimes difficult, conversations about diversity and inclusion.

2. Implement and expand unconscious bias education. Unconscious bias education enables individuals to begin recognizing, acknowledging, and therefore minimizing any potential blind spots he or she might have, but wasn't aware of previously.

3. Share best—and unsuccessful—practices. Companies have established programs and initiatives around diversity and inclusion. Yet, we know that many companies are still developing their strategies. We will commit to helping other companies evolve and enhance their current diversity strategies and encourage them, in turn, to share their successes and challenges with others.

4. Create and share strategic inclusion and diversity plans with our board of directors to prioritize and drive accountability around diversity and inclusion. Given the shared responsibility for driving strategies that help companies thrive, boards and CEOs play an important role in driving action together to cultivate inclusive cultures and talent.





Employees at Çöpler Gold Mine and Marigold Gold Mine

# Building our Positive Impact in Communities



$3.1 million in Annual Community Investments

Maintained Strong Local Employment at all Operations



Community members near Çöpler Gold Mine



BUILDING OUR POSITIVE IMPACT IN COMMUNITIES

Community members near Çöpler Gold Mine

# Our Approach

Community engagement is key to our approach to community relations. We aim to engage local communities as early as possible in the mine life cycle to create the strong foundation needed for the development and operation of a mine. All our exploration projects and operations have context specific local community engagement processes to deliver robust, transparent and trust-based stakeholder consultation.

# Developing Strong Community Relations

Maintaining strong relationships within the communities we work is both a strategic priority and moral imperative for our business.

By developing positive relationships with our communities, we are better able to understand, manage and mitigate impacts of our business on these communities.

Each operation's Environmental Impact Assessment includes a comprehensive examination of issues and potential impacts, including environmental, social, and economic issues. In each operation, we identify affected stakeholders based on the potential and severity of impacts – both positive and negative – and develop an engagement plan for consultations. We measure, track, and manage our impacts on an ongoing basis.

# Key Community Activities Throughout the Mine Lifecycle



## Exploration

As contact with community members starts, so do discussions and dialogue to gain the trust and support of community members. Activities include discussions to facilitate opportunities for people living in nearby communities, negotiations for land access, assistance to traditional owner groups to build their capacity to negotiate, and support or contributions to local initiatives.



## Construction

- Implementation of programs to help integrate new employees and contractors and their families into the community (if not hired locally).

- Partnering and collaborating with government and other organizations to ensure the delivery of services (such as childcare, education, housing) to communities impacted by construction activity.

- Providing employment, training, and business opportunities for local people in the construction phase and beyond.



## Project Development

Initiation of community needs analyses and social baseline studies, in collaboration with key stakeholders to plan the company's community development and engagement programs.



## Operations

Working in collaboration with the community to allocate and distribute community development funding, in line with community needs analyses. Implementing or supporting initiatives that address identified community needs. Building the capacity of local organizations (such as through the provision of funding and in-kind support to volunteer and not-for-profit organizations). Providing training, employment and business development opportunities for local people. Partnering and collaborating with other organizations to deliver improved services for the community. Supporting or funding a community visioning exercise.

# Planning for Closure

- Working with communities to help them define a post-mining future or providing support for the community to undertake these processes independently.

- Identification of viable alternative uses for mine land and project infrastructure.

- Helping to build the capacity of local people to utilize opportunities presented by mine closure.

- Evaluation of appropriate alternative structures such as trusts and foundations to provide economic benefits beyond the life of the mine.

As part of SSR's Integrated Management System, SSR sites develop a formal community relations strategy and plan based on each community's specific needs, including planning for a time when the mine is no longer operational. During this transition, sites are required to continue their engagement strategies as well as manage grievances.

## Grievances received and resolved in 2021



*One outstanding grievance from 2020 was resolved in 2021

Responsibility for community relations system's policies and activities are monitored and governed by the Safety and Sustainability Committee of the Board of Directors, which helps ensure compliance with applicable laws, legislation, and policies.

BUILDING OUR POSITIVE IMPACT IN COMMUNITIES

## Communities Located
## Near our Operations

Seabee

Seabee is a fly-in/fly-out mine and defines five communities as local based on proximity to the mine. We focus our engagement and outreach efforts on these communities.

Marigold

Puna

Çöpler

The Marigold Mine in Nevada is less remote, with less of a clearly defined "local community", but our community relations management system has identified communities for the focus of our engagement.

There are six communities identified as "direct impact and are closest to our operations and associated infrastructure. We define a further eight communities as 'indirect impact".

Çöpler classifies communities on a four-scale ranking. Impacted, Affected, zone 3 and zone 4. Seven local villages are classified as impacted, and a further three as affected. While the wider province of Erzincan is classified as zone three, and Turkey classified as zone four.



Seabee Gold Operations employee.

## Case Study

# Seabee Celebrates National Indigenous Peoples Day

On June 21st, 2021 operations at the Seabee Gold Operation shutdown early to celebrate National Indigenous Peoples Day and recognize and honor the heritage, cultures and, valuable contributions to society by First Nations, Inuit, and Metis peoples. Celebrations included a traditional meal (including a fish fry, wild rice, bannock, bison stew and berry desserts) and employee prize raffle including artwork from local artists.

BUILDING OUR POSITIVE IMPACT IN COMMUNITIES

Case Study

# Community Engagement at the Çöpler Gold Mine in Turkey

At the Çöpler Mine, we have a wide-ranging stakeholder engagement program (SEP) which sets out the ways in which we engage with our stakeholders and ensures regular communication with stakeholder groups throughout the year. Some of the elements included in the Çöpler Mine SEP are:

- Quarterly results presentations to shareholders, local authorities, and an annual presentation of results and performance to local communities

- Regular meetings with local mayors, Muhktars and other community representatives

- Inviting trade union representatives to visit and attend meetings on site

- Community grievance mechanism

- Attendance at local industry and investor conferences

At the Çöpler Mine during 2021, we held 632 engagements with local community members. These included meetings with shareholders, analysts, local communities, authorities, contractors, government representatives and trade union officials. Some of the key topics discussed included the SDF, exploration activities, cyanide awareness, local procurement and contracting opportunities and job creation.

Village near Çöpler Mine



Community members near Çöpler Mine

## Grievance Mechanism

Çöpler's grievance mechanism is an important part of the mine's local stakeholder engagement program and overall governance of sustainability. It also provides valuable insight into the performance of the of the mine's community development and engagement work.

Çöpler's grievance mechanism was developed to meet the requirements of Turkish regulations and the IFC Performance Standards and is designed to be widely accessible. There are several access points available through out each of the mine's five closest affected communities. There is also a dedicated access point for suppliers.

In 2021, all grievances received had been successfully resolved.

BUILDING OUR POSITIVE IMPACT IN COMMUNITIES

# Community Investment

We recognize the important role our operations can play as catalysts for social and economic development in the communities we operate in and beyond. All our operations support a wide range of community development initiatives, which are based on the local socioeconomic environment and community needs.

Our approach to community investment is set out in our integrated Environment and Sustainability Policy. The policy outlines our approach to social sustainability and community development, and includes commitments to:

- Develop appropriate community engagement and development systems to prioritize support for sustainable development, including; equitable access to jobs, training, and education opportunities.

We support local social and economic development in three keyways: Hiring from the local community, prioritizing local suppliers, and the support we provide for community projects, and initiatives. Our management approach to Community Investment and Development is overseen by our Vice President, Environment, Health, Safety and Sustainability with support from our Group-level Director of Sustainability, and at operational level by dedicated site CSR and Community Relations.

## Hiring Locally

For local communities, employment opportunities are a primary benefit of our presence. Hiring workers from the communities nearest our mines and the countries we operate in is one of the most important contributions we make to social and economic development. We strive to maximize local hiring at all our operations. Our approach varies based on the cultural and geographic context of each site.

At all our mines we strive to recruit wherever possible from the communities nearest the mine. If we are unable to find the appropriate skills or qualifications within these communities, we look to the wider region and neighboring provinces, before looking to national employees and ultimately expatriates. We also provide skills development programs for our workers, contractors, and local communities to help them develop the skills needed to work on the mine.

"I want Çöpler to be a place where everyone local and non-local wants to work, to gain experience and to see what good looks like."

Burhanettin Sahin, Deputy Country Manager Çöpler Mine

The Çöpler mine in Turkey has set particular specific targets for local and in-country employees; aiming to hire 90% of our unskilled workers from communities; 80% of semi-skilled workers from communities; and; 80% of our skilled workers from Turkey.

At Marigold, a significant majority of the workforce are residents of Nevada.

At Seabee, five local communities (as defined by their proximity to the site) are the focus of hiring efforts. Seabee also hires employees and contractors who identify as Indigenous. In 2021, approximately 23% of Seabee employees self identify as indigenous and 91% of employees **are** considered local (this figure includes indigenous employees).

Puna Operations has defined 14 local communities based on their proximity. 48% of Puna's workforce in considered local.

## Prioritizing Local Suppliers

We recognize our supply chain can act as a massive lever to multiply the economic benefits of our presence. Like our hiring strategy, our procurement processes prioritize local companies. In 2021, 91% of our total procurement spend was with local and national suppliers.



Employee at Puna Operations

BUILDING OUR POSITIVE IMPACT IN COMMUNITIES

## Investing in Local Community Projects

Each year we contribute to the development of our local communities by making direct investments in community infrastructure and social programs.

### 2021 Community Investment

| | Çöpler | Marigold | Puna | Seabee | Total |
|---|---|---|---|---|---|
| Investment Spend – Social Development Fund ($) | 22,227 | – | 251,149 | – | **273,376** |
| Community Investments ($) | – | – | – | – | **–** |
| Health | – | 13,900 | 29,654 | – | **43,554** |
| Education | 619,954 | 50,250 | 1,302 | 500 | **672,006** |
| Arts, Culture and Sports | 312,122 | 51,200 | 2,004 | 41,372 | **406,698** |
| Environment | – | – | 1,103 | – | **1,103** |
| Economic Development | – | – | – | – | **–** |
| Infrastructure | 357,468 | – | 121,300 | – | **478,768** |
| Water Infrastructure | 21,898 | – | – | – | **21,898** |
| Community Engagement | 86,439 | – | – | – | **86,439** |
| Other | – | – | 48,868 | 11,200 | **60,068** |
| Value of Scholarships Provided | 47,156 | 63,775 | 6,944 | 54,000 | **171,875** |
| Compensation Payments | – | – | – | – | **–** |
| Payments to Local Communities as Part of Land Use Agreements | – | – | – | – | **–** |
| **Total Community Investments** | **1,467,264** | **179,125** | **462,325** | **107,072** | **2,215,786** |

### Marigold

The mine provides support to the University of Nevada, Reno and has been contributing to it since 2012 through royalties. In addition to its $10,000 contribution in 2021 to the University of Nevada, Marigold has also provided 29 scholarships including 14 to women. Recipients were dependents of Marigold employees and students from local communities. Through the Colorado School of Mines, we provide an annual Women in Mining Scholarships to support a female mine engineering student advance her career.

### Puna

In rural Jujuy near our Puna operations, we partner with local schools to improve educational outcomes. Since 2012 we have supported the renovation of six local schools. In collaboration with the Argentina Ministry of Education, we helped to create a program to enable community members, including our employees to complete their secondary education. In 2021, ten scholarships were awarded in the Pirquitas jurisdiction, the evaluation of a further 9 is underway in Rinconada, following COVID-19 related delays.

### Seabee

We fund a breakfast program in the Gorden Deny School in the nearby town of La Ronge, in partnership with the Breakfast Club of Canada. This program provides a nutritious breakfast in an inclusive caring environment for more than 200 students. In 2021, we provided a total of 15 scholarships, including eight to women. Two of these scholarships were provided to children of our employees.

### Çöpler

In 2021 we provided 150 scholarships to local community members. These ranged from providing scholarships to vocational high school students to scholarships that would provide support towards a Master's degree. Scholarships were awarded equally between men and women.

Case Study

# Funds for Development

Alongside the direct investments we make, we have dedicated social development funds at our Puna Operations and Çöpler Mine. These funds aim to support sustainable projects in the local communities to help diversify economic activity in the local area and reduce reliance on the mine.

## Argentina Community Development Fund

Puna Operations partnered with the local regional government to invest in local communities through a Social Development Fund. This innovative partnership between the mine and host communities aims to promote financial inclusion and create opportunities for local entrepreneurs and support a wide-range of social and community developments projects.

Management of the fund will be participatory in nature, and the board of directors will consist of representatives of local communities to evaluate, approve and deliver financing for the projects. Rinconada: In 2021, an initial contribution of USD 100,000 was made to get the fund up and running, this represents 10% of the annual contribution.

## Çöpler's Social Development Fund (SDF)

Çöpler's SDF aims to provide financial support to local entrepreneurs so they can set up or grow their own businesses. Projects are selected based on a set of development priorities agreed in consultation with the community and aligned with local government development plans and priorities. The SDF is funded from contributions by the Company of $2 for every ounce of gold produced annually by the Çöpler Mine, thereby linking the benefits we share with the community to our success as a company.

Because the application process involves a number of in person meetings, in 2020 COVID-19 restrictions meant that the program had to be paused. Funding continued to accumulate through the pause ready to be allocated once the hiatus is over. We continued to support the projects funded in 2019, and the programme resumed in 2021 following a hiatus during 2020. To date the Çöpler Sustainable development fund has distributed more than $500,000 to encourage entrepreneurship around the mine.



Hand etching on a copper plate near Çöpler Gold Mine



# Building our Responsible Environmental Stewardship

Zero incidents

Physical Climate Risk Assessment at Çöpler completed in 2021

82.8% water reused or recycled

Being responsible environmental stewards is a critical part of our business. By using natural resources and energy efficiently, recycling waste, and working to protect biodiversity, we deliver long term value to all stakeholders and leave a positive legacy.



Community member near Çöpler Mine

BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP

# Our Approach

Our approach to environmental management is set out in our Environment and Sustainability Policy. The policy outlines our commitment to minimize our impact on the natural environment and to proactively manage those impacts which cannot be minimized.

We manage our operations in strict compliance with all relevant environmental standards. We take precautionary measures to avoid negative impact to ecosystems wherever possible. When adverse impacts do occur, integrated programs are implemented to aid recovery of the affected area. We include environmental considerations into every stage of the mine lifecycle to ensure we are reducing as far as possible the impact of our operations. We strive for continuous improvement in our environmental performance.

Our management approach to Responsible Environmental Stewardship is overseen by our Vice President, Environment, Health, Safety and Sustainability with support from our Group-level Directors of Environment; Health Safety and Risk; and Sustainability, and dedicated site-level teams which include subject matter experts at each operation, and each project.

One way we monitor our environmental performance is by tracking the number of environmental incidents that occur because of our activities, even when they are minor and contained within the mine site. In 2021, we implemented a new classification system across the Company. No significant environmental incidents were recorded in 2021.

# Adapting to Climate Change

At SSR, we acknowledge that climate change and extreme weather are material issues across the mining industry and for the broader society. We also recognize the link between our energy use and climate change. We are committed to being part of the global solution to the climate change challenge.

In 2020, we made a commitment to immediate climate action, releasing a commitment on climate change that sets a net zero operational greenhouse emissions goal by 2050. With increasing concerns about the industry's impact on climate change and a growing ESG focus from stakeholders, we started a process to move to net zero. To date, each operation has completed a climate change physical risk assessment. As a result of this physical risks analysis finalized in 2021, several examples of risks and opportunities are outlined below:

| Risk | Description | Potential Opportunities |
|---|---|---|
| Increased temperatures | Climate models show exposure to this risk impacting ice roads in northern locations | Alternative site access ways and transportation options |
| Potential flooding events and overall water availability | Projected trends in maximum rainfall suggest potential increase in this hazard | Innovations that result in reduced water consumption |
| Extreme weather events | Projected trends in drivers of wildfires causing potential impacts to infrastructure and diminishing air quality | Robust dust and air quality monitoring programs and collaboration with communities |

Our journey to net zero emissions won't be linear. It will vary depending on production cycles, national infrastructure constraints and company growth opportunities.

Our strategic approach to climate change and climate risk is informed by three key principles; understanding the risks, measuring and reducing to the extent practicable our impacts on climate change, and disclosing our performance.

In 2022, we will finalize and launch short-term (2030) emissions targets and develop an internal reporting and visualization tool (dashboard) that will allow us better track our emissions in close to real time, support operational decision-making and maintain a focus on the performance of each operation. In addition to setting these milestone short term targets during 2022, SSR's broader road map of strategic actions to help reduce the company's carbon footprint and improve energy management, include the following:

- Establishing a Climate Change Technical Coordinating Committee to identify opportunities to reduce GHG emission intensity, and identify risks, opportunities, priorities and associated costs

- Undertaking climate change management and reporting to meet the requirements of the TCFD.

## In 2021, we advanced the following:



### Setting the Baseline

Worked to understand the baseline emission for our expanded company.



### Understanding the Risks

A physical risk assessment was conducted at the Çöpler mine to align understanding of the formal approach to assessing climate risk that was started prior to the merger with Alacer Gold.



### Disclosing our Progress

We responded to the 2020 CDP Carbon questionnaire, and worked to align our climate change disclosures with the requirements of the Taskforce on Climate Related Financial Disclosures (TCFD). Moving forward in 2022, we will disclose publicly our CDP results.

BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP

# Energy and Greenhouse Gas Emissions

## Performance

The energy we use is our most significant source of greenhouse gas emissions, and a significant operational cost for our business. By striving to use energy as efficiently and as practically as possible, we can reduce our emissions and deliver cost savings to the business.

At each site we track our energy data to understand our total consumption. Across the group 84% of the electricity we use flows from the national grids of the countries we operate in. The Çöpler Mine accounts for over a third of our energy use in 2021. Our energy intensity was 7.5 GJ per ounce of gold produced in 2021.

Alongside energy data we also track our greenhouse gas emissions. In 2021, our scope 1 (direct) emissions were 363,293 tonnes of $CO_2$-e, and our scope 2 (indirect) emissions were 140,236 tonnes of $CO_2$-e. Our total scope 1 & 2 emissions for 2021 were 503,528 tonnes of $CO_2$-e.

## 2021 Energy Consumption (GJ)

|  | Electricity Purchased | Diesel | Natural Gas | Propane | Other | Total By Site |
|---|---|---|---|---|---|---|
| Çöpler | 1,043,150 | 617,827 | - | - | 10,841 | **1,671,818** |
| Marigold | 132,600 | 1,826,343 | - | 32,441 | 127,065 | **2,118,449** |
| Puna | - | 436,404 | 515,415 | - | 8,625 | **960,444** |
| Seabee | 192,954 | 145,128 | - | 47,171 | 7,915 | **393,168** |
| **SRR** | **1,368,704** | **3,025,702** | **515,415** | **79,613** | **154,445** | **5,143,879** |

## 2021 Direct (scope 1) and Indirect (scope 2) Greenhouse Gas Emissions (Tonnes of $CO_2$-e)

|  | Direct GHG Emissions (Scope 1) | Indirect GHG Emissions (Scope 2) | Total by site |
|---|---|---|---|
| Çöpler | 138,554 | 121,208 | 259,763 |
| Marigold | 152,504 | 12,906 | 165,410 |
| Puna | 58,711 | - | 58,711 |
| Seabee | 13,524 | 6,121 | 19,644 |
| **SSR** | **363,293** | **140,236** | **503,528** |

## 2021 Energy Consumption (GJ)



* other energy sources include ANFO, emulsion, gasoline and aviation fuel

## Site Emissions as % of SSR Total



## 2021 Tonnes of $CO_2$-e Emissions by Site



## SSR Scope 1 and 2 Emissions



**BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP**

## 2021 Energy Intensity

|  | GJ/oz Gold Produced | GJ/kt Material Mined |
|---|---|---|
| Çöpler | 5.1 | 62.8 |
| Marigold | 9.0 | 21.1 |
| Puna[3] | 0.04 | 87.0 |
| Seabee | 3.3 | 598.7 |
| **Total[3]** | **7.5** | **37.1** |

## 2021 GHG Emissions Intensity

|  | $CO_2$-e /oz gold produced | $CO_2$-e/kt Material Mined |
|---|---|---|
| Çöpler | 0.8 | 9.8 |
| Marigold | 0.7 | 1.6 |
| Puna[3] | 0.003 | 5.3 |
| Seabee | 0.2 | 29.9 |
| **Total[4]** | **0.7** | **3.6** |

## 2021 Renewable and Non-Renewable Energy Consumption (as % of Overall Consumption)



## 2021 Electricity Consumption by Source



3. Puna Operations produces primarily silver; as such, this metric is reported in thousands of ounces of silver produced
4. Total production greenhouse gas intensity and production energy intensity do not include the Puna Operations.

## 2021 Electricity Consumption (KWh) by Source Grid vs Non-Grid

| | Electricity Purchased (Grid) | Electricity Self-Generated | Electricity Self-Generated by Renewable Sources | Electricity Self-Generated (non-grid) | Total Electricity Consumption |
|---|---|---|---|---|---|
| Çöpler | 289,764,027 | 17,161,842 | 0 | 17,161,842 | 306,925,869 |
| Marigold | 36,833,243 | 1,355,089 | 61,232 | 1,416,321 | 38,249,565 |
| Puna | 0 | 52,817,000 | 0 | 52,817,000 | 52,817,000 |
| Seabee | 53,598,258 | 373,032 | 0 | 373,032 | 53,971,290 |
| Total SSR 2021 | 380,195,528 | 71,706,963 | 61,232 | 71,768,196 | 451,963,724 |

# Air Emissions

Mining activities have the potential to release different types of airborne pollutants which can impact air quality. These emissions are often regulated by national and local legislation and SSR sites often have to follow specific standards as part of their permits.

During 2021, we worked to adjust our reporting of PM10 from ug/m3 to metrics tonnes; thus, year on year values are not comparable. During 2022 we will work to continue to improve our monitoring and disclosure of this metric.

## 2021 Air Emissions

| | | Çöpler | Marigold | Seabee | Puna | Total |
|---|---|---|---|---|---|---|
| NOx – Stationary Sources | Metric Tonnes | 36.36 | 1.60 | NA | 44.18 | 82.14 |
| SOx – Stationary Sources | Metric Tonnes | 3.77 | 0.17 | NA | 0.84 | 4.78 |
| Particulate Matter _PM 10 | Metric Tonnes | 1,657 | 0.38 | NA | NA | 1657.38 |

# Responsible Water Management

Our mines rely on ready access to a steady supply of freshwater to operate. Access to water is also a fundamental human right. With populations growing and climate change impacting the predictability of water supplies, ensuring we use water efficiently is crucial to our social license to operate and a key business consideration.

Our aim is to use water as efficiently as possible, and our commitment to responsible water use is codified in our Environmental and Sustainability Policy.

From the high-alpine regions of Turkey, to the Nevada desert our operations span a range of climates, which means the actions we take on the ground to fulfill this commitment vary by site. Our environmental impact studies and assessment include comprehensive water management plans that are tailored for each operation. We maintain comprehensive water quality monitoring programs to help ensure that we meet all applicable regulatory requirements. The plans include establishing baseline water conditions and provisions for ongoing water samplings and test. All operations use water for processing, and we strive to reuse and recycle as much water as we can.

In 2021 we refined our active water balance models across all sites and conducted further watershed-level assessments. In addition, we began disclosing to the CDP Water Security questionnaire. Moving forward in 2022, we will establish a cross-functional water strategy.

## Our primary water sources

### Çöpler

Çöpler is near the culturally significant Euphrates River. All water used by the Çöpler Mines is governed by strict permitting rules regarding abstraction and discharge under Turkish regulations. Çöpler's main water source is ground water.

### Marigold

Marigold is in an area with exposure to water scarcity. The site's primary source of water is from ground water.

### Puna

At our Puna Operations, water must be removed from the pit, and teams must manage water runoff from surface waste rock facilities. Most of the water used by Puna operations are drawn from local pumping wells. Some of it is used for dust suppression around pits and haul roads.

### Seabee

Most of the water used by Seabee is drawn from a nearby lake. Water must be removed from the underground workings.

## Performance

During 2021, our water withdrawal was 7.6 million m$^3$ of water, predominantly groundwater. Fresh water withdrawn at Marigold, our only mine in an area with high baseline water stress, accounts for 23% of our total abstraction volume.

### Our main consumptive uses of water are:

- Dust suppression, which is carried out at our Marigold and Çöpler mines to reduce dust pick on haul roads, and across operations

- Entrainment, that is water locked in tailings

- Evaporation

At all sites, we strive to maximize the amount of water we reuse and recycle, and in 2021 our water reused and recycled rate was approximately 82.8%.

All water we discharge to the environment is treated to ensure it meets all applicable discharge requirements.

Performance for 2021 set the initial water use baseline for our expanded business. Our reporting is aligned with the guidelines of the ICMM Water Accounting Framework. We will continue to refine our water disclosures in 2022, including responding publicly to the CDP Water questionnaire.

### Defining Water Use Terms

- Water used is all water used through mining activities

- Water reused and recycled: water that is reused or recycled within the site for operational use

- Withdrawal is water received and used for operation or stored

- Water diverted is water which enters site and is released into the environment without being used

- Discharge is water removed from the facility and discharged to the water environment or third party

- Consumption is water used by the facility and not returned to the water environment or third party e.g., dust suppression or human consumption

## 2021 Water Performance (m$^3$)

|  | Çöpler | Marigold | Puna | Seabee | Total |
|---|---|---|---|---|---|
| Surface water withdrawal - fresh | 7,560 | 1,710 | 786,979 | 42,640 | 838,889 |
| Surface water withdrawal - other | - | - | 843,209 | - | 843,209 |
| Ground water withdrawal – fresh | 3,991,804 | 1,692,120 | 300,000 | - | 6,156,108 |
| Ground water withdrawal - other | - | - | 70,116 | 172,185 | 242,301 |
| Water diverted | - | 805,058 | - | 350,931 | 1,155,989 |
| Water discharged | - | 1,332,345 | 40,286 | 110,670 | 1,483,301 |
| Water consumed | - | 1,730,312 | 1,897,740 | 172,406 | 3,800,458 |
| Water reused and recycled | 3,092,579 | 25,139,885 | 843,209 | 562,400 | 29,638,072 |
| Water recycled as % of water used | 43.7% | 93.7% | 73.8% | 76.6% | 82.8% |

BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP

# Tailings and Waste Management

Tailings are a common waste product generated by the mining process. They typically consist of remnant crushed ore which has been mixed with water and reagents which are neutralized before storage. Tailings are our most significant source of process waste and are a critical area of environmental management for the mining industry.

All our tailings are sent to carefully engineered Tailings Storage Facilities (TSFs). We manage our tailings facilities responsibly and in line with international standards, and local regulations to meet site specific conditions. In February 2019, the International Council on Mining and Metals (ICMM) the Principles for Responsible Investment (PRI) and the UN Environment Programme began developing the Global Industry Standard on Tailings Management (GISTM). The standard, launched on 5 August 2020, was developed through an independent expert panel that reviewed current mining industry global best practices for designing, managing, and operating tailings storage facilities. Tailings management is a key component of our Environmental Impact Assessments and our corresponding management plans. We currently have clear procedures in place to ensure alignment with international best practice standards from construction to closure.

In 2021, we advanced a compliance audit to evaluate existing TSF designs and operating plans against the GISTM. As we assess our compliance with the GISTM, we will continue to use this report to disclose information.

## Our Approach to Tailings Management

We use a combination of technology, regular inspections, external oversight, and audits to monitor our TSFs:



### Technology

Our technology, including vibrating piezometers, embankment crest prisms, and accelerographs monitor embankment settlement, movement, and stability



### Inspection

Our TSFs are inspected daily for signs of stress of damage by members of the construction team and mine geology departments. Details of each inspection are recorded in daily tailings logs, which are reviewed by the process manager. Members of our Health, Safety and Environment departments also conduct inspections monthly. The groundwater and surface water qualities around each TSF are also monitored at both upstream and downstream locations



### Annual Inspections

We also have annual site inspections of our TSFs (including of all internal monitoring reports) by external, internationally recognized tailings dam specialists who provide a further level or monitoring and compliance governance



### External Oversight

At the Çöpler mine, an authorized hydraulic structures inspection company is always on site on behalf of the Ministry of Environment and Urbanization of the Turkish Republic. The TSF design and engineering consultants are also on site during construction to ensure quality and conformance to design



### Audit

External audits are regularly conducted



### Independent Tailings Review Board (ITRB)

This review is conducted by one or more qualified and internationally recognized experts outside of SSR and not involved with preparation of the TSF design. The ITRB provides an expert, independent opinion as to whether or not the TSF design and current and/or anticipated performance demonstrate an acceptable level of care, from geotechnical, hydrotechnical and environmental perspectives and with reference to acceptable international practice

# Our Tailings Storage Facilities

## Seabee

The Seabee Gold Operation has two tailings management facilities; The East Lake and Triangle Lake facilities. Tailings depositions alternate between the two facilities with summer deposition occurring at the East Lake Facility, and winter deposition occurring at the Triangle Lake facility.

The Triangle Lake TMF expansion was completed in 2021.

All of the dam structures on both facilities are lined with HDPE liner.

## Marigold

In 1994, the Marigold Mine became a heap leach operation and its tailing facility was decommissioned and reclaimed. The closed tailings facility has been rehabilitated and is regularly monitored.

## Puna

At Puna Operations, ore from the Chinchillas mine is processed at the Pirquitas facility. Tailings are disposed of into the mined-out Pirquitas pits. By backfilling the Pirquitas pit we were able to eliminate the need to expand the Pirquitas TSF, reducing costs and helping to minimize the footprint of our mine. The Pirquitas TSF is a HDPE-lined facility and is used as an emergency alternative to the pit disposal and water storage.

## Çöpler

Çöpler has one TSF, a downstream mass filled dam, which became operational during the final quarter of 2018 with the start up of the sulfide plant. The TSF was designed to meet best in class requirements for Class-I (hazardous) waste, even though all tailings are classified Class-II (non-hazardous). Çöpler's TSF has also been designed to withstand significant earthquakes up to a magnitude of 7.5 on the Richter scale. Modelling shows that even in the most severe seismic event the wall of the TSF will heave with minimal risk of altering facility location or strength.

## 2021 Waste Generated and Tailings Deposited (tonnes)

| | Çöpler | Marigold | Puna | Seabee | Total |
|---|---|---|---|---|---|
| Tailings deposited (tonne) | 2,775,804 | - | 1,603,454 | 273,198 | 4,652,456 |
| Waste Rock mined | 15,015,277 | 80,507,810 | 9,593,952 | 272,548 | 105,389,587 |
| Waste Rock backfilled | - | 40,149,339 | - | 142,412 | 40,291,751 |
| Hazardous Waste | 1,075 | 18 | 236 | 0 | 1,329 |
| Non-Hazardous Waste | 1,878 | 1,175 | 135 | 759 | 3,947 |
| Total Waste recycled | 1,128 | 1,162 | 101 | 759 | 3,150 |
| Waste recycled (as % of hazardous and non-hazardous waste) | 38.2% | 97.5% | 27.3% | - | 59.7% |



BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP

Marigold Mine

Case Study

# Leading the Way for Best Practice in Cyanide Management

In 2007, our Marigold Mine in Nevada became the world's first gold mine to be certified under the International Cyanide Management Code (the Cyanide Code), and the mine continues to maintain its certification. In 2021, Marigold was re-certified under the Code for the fifth time. Also in 2021, our Çöpler Mine in Turkey continued working toward Cyanide Code Certification.

The Cyanide Code is a voluntary initiative focused on the safe management of cyanide in gold and silver mining, and the production, transportation and use in the recovery of gold and silver.

The Code's comprehensive requirements include financial assurance, accident prevention, emergency response, training, public reporting, stakeholder involvement and verification procedures.

# Hazardous Materials Management

## Cyanide

Cyanide is a critical input to the gold mining process. However, if not handled carefully and correctly, cyanide can cause damage to the environment and human health. The use of cyanide at our operations is governed both by the relevant national legal requirements, but also informed by the best industry practices and the International Cyanide Management Code (ICMC). In 2021, SSR announced that its sites were all sites certified under the ICMC. To achieve this, gap analysis and plans have already been developed at both Çöpler Mine and Seabee. Marigold is already certified.

## Mercury

Mercury is naturally present in the ore at our Marigold Mine in Nevada and can be mobilized during processing. Similarly to cyanide, if spilled or not handled carefully, mercury can cause significant environmental harm, and exposure can seriously or even fatally damage human health. We use a wide range of controls during processing and disposal to help us safely manage risks. These include:

- **Retorts:** We have one mercury retort with a condenser to remove large particulate mercury in the exhaust stream before it goes to the scrubber

- **Activated Carbon:** We use activated carbon in the gold recovery process

- **Scrubbers:** We have two sulphur impregnated carbon scrubbers

In line with Nevada State law we dispose of elemental mercury and mercury-contaminated waste at licensed waste facilities. We have strict handling and packaging procedures in place for transportation to safeguard people and the environment. We dispose of about one tonne of elemental mercury every two years, and in 2021, we safely disposed of approximately 15.7 tonnes of mercury contaminated waste.

# Protecting Biodiversity

The size, scale and location of mining operations means they can have a negative impact on local biodiversity. Carefully managing and maintaining the range of biodiversity on and near our sites is vital for the ongoing health of our local environment and community livelihoods.

We seek to minimize our biodiversity impacts through a variety of mechanisms throughout a mine's life starting at the project design and evaluation phases. Including;

- **Baseline Assessments:** We undertake comprehensive baseline assessments of flora and fauna, including information on the International Union for Conservation of Nature (IUCN) Red List of Threatened Species, before any operation or expansion takes place

- **Environmental Impact Assessments:** We conduct EIAs and develop corresponding management plans for every major project. These include site-specific mitigation measures for impacts on land, flora, and fauna, within the applicable environmental requirements

- **Biodiversity Action Plans and Monitoring Studies:** At our Çöpler mine, we developed Biodiversity Actions Plans (BAPs) for the Mine and its associated TSF. We also work with experts from Gazi and Hacettepe Universities to conduct biodiversity monitoring on a quarterly basis. We will consider developing BAPs for our other mines

- **Enterprise Level Biodiversity Standard:** SSR has a biodiversity standard aligned with the MAC Biodiversity Conservation Management Protocol



Image of Allium Shahinii

## Our Biodiversity Footprint

The Seabee Gold Operation and Marigold Mine are not located within or adjacent to protected areas, or areas of high biodiversity value (as defined by national biodiversity strategies). Similarly, the Çöpler Gold Mine is not located within or adjacent to protected areas, however the region is home to some protected species including Dag Kecisi a type of wild goat. Other examples of fauna found near Çöpler includes, wolves, foxes, and lynx. Çöpler also identified a native plant 'Allium Shahinii'. Regional surveys conducted found that the plant had a wide distribution outside the mine lease areas.

Marigold Mine has various management plans in place for protecting biodiversity. They include Bird and Bat Conservation, Eagle Management Plan, and Noxious Weeds Management.

At our Puna Operations we have participatory monitoring programs with members of the local community to help us understand the full range of flora and fauna near our operations.

The International Union for Conservations of Nature (IUCN) is the world's most comprehensive inventory of the global conservation status of plant and animal species. Below are the number of species in each site that are listed by the IUCN.

### IUCN Species

|  | Çöpler | Marigold | Puna | Seabee |
|---|---|---|---|---|
| **National Conservation Species** | 55 | 0 | 0 | 0 |
| **IUCN i. Critically endangered** | 0 | 0 | 0 | 0 |
| **IUCN ii. Endangered** | 2 | 1 | 1 | 2 |
| **IUCN iii. Vulnerable** | 5 | 2 | 3 | 6 |
| **IUCN iv. Near threatened** | 4 | 2 | 6 | 9 |
| **IUCN v. Least concern** | 118 | 104 | 18 | 327 |

Case Study

# Managing Biodiversity in a Protected Area of Argentina

The Chinchillas Mine, which is part of our Puna Operations is approximately 25 kilometers from the Laguna de Los Pozuelos a UNESCO-designated protected biosphere reserve, and international important wetland under the Ramsar Convention. It is home to a wide range of aquatic birds including three species of Flamingo, Corn, Barcino and Pueno ducks and herds of Vicuña.

Puna Operations undertake and maintain comprehensive monitoring of flora, fauna and limnology biannually and monitor water, soil, noise, dust and vibrations on a monthly basis to make sure we do not affect the reserve. Our monitoring data indicate that Puna Operations have no impact on the reserve, or impacts on the reserve's water quality or quantity. On site, a hunting ban and felling ban are enforced, which benefits biodiversity.



Local fauna grazing near Puna Operations

BUILDING OUR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP

# Integrated Mine Closure

Mining operations have a finite life, and their social, economic and environmental impacts—positive and negative—continue long after the mine closes. As a company, we are dedicated to leaving a positive and lasting legacy for the local communities around our mines, and to restore and rehabilitate the local environment, leaving behind minimal environmental impact. Planning for mine closure is an integral part of this.

Each of our mines have closure plans in place aligned local regulatory requirements and encompass a wide range of environmental, social and economic concerns, including;

- Reclamation and remediation

- Decommissioning

- Public safety

- Social management

- Post-closure monitoring

- Transfer of assets

These plans are regularly reviewed and continually updated throughout the mine life.

We also began developing social closure plans for all operating sites to further deliver on our commitments to our host communities. These were reviewed and updated to include the Çöpler Mine in 2021.

## Performance Our Closure Plans

### Seabee

At Seabee, the Company also has an approved closure plan and financial assurance held by the Province of Saskatchewan. The closure plan addresses all final reclamation requirements as well as the longer-term post-reclamation monitoring and maintenance phase. As required by the Company's environmental permits, the closure plan is periodically updated. As of December 31, 2021, Seabee had reclamation requirements totalling approximately $5.2 million.

### Marigold

At Marigold, the Company engages in concurrent reclamation practices and provides bonds for all permitted features, as part of the State of Nevada permitting process. As of December 31, 2021, Marigold, including the Trenton Canyon and Buffalo Valley properties, had reclamation requirements totalling approximately $42.7 million.

## 2021 Total Footprint

### 3,722.4 ha

**All Operations**
Land disturbed and not rehabilitated at the beginning of 2021.

### 42.2 ha

**All Operations**
Total land newly disturbed in 2021.

### 4 ha

**All Operations**
Total land rehabilitated in 2021.

### 3,760.6 ha

**All Operations**
Total land disturbed and not rehabilitated in at the end of 2021.

### Puna

At Puna Operations, including the Chinchillas operation, the present value of the current closure and reclamation cost estimate, to be spent over a number of years, is approximately $45.4 million

### Çöpler

At Çöpler, the present value of the current closure and reclamation cost estimate as of December 31, 2021, to be spent over a number of years, is approximately $27.4 million.



# In Closing

2021 was a year of focus for SSR, following a merger and continuous adaptation to a global pandemic. These events have not distracted us from our commitments to responsible mining. Instead, 2021 was a defining year for our ESG commitments where we focused on embedding sustainability at the core of SSR Mining. We are also proud of having kept our people safe and exited the year with strong operational momentum at all four operating sites – we carry forward lessons to be learned from early 2022. These achievements would have been unimaginable without the strength and dedication of our people.

As evidenced in this report, the changes and challenges experienced this year have only reinforced our commitment to transparency and to delivering value to all stakeholders.

For more information about our approach to sustainability please contact: **sustainability@ssrmining.com**

We welcome all comments and feedback.



Enviormental image Puna Operations



# GRI/SASB Index

Tailings Storage Facility at Seabee Gold Operations



GRI/SASB INDEX

# GRI Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Governance** | | |
| **General (GRI 102)** | | |
| 102-1 | Name of the organization | SSR Mining Inc |
| 102-2 | Activities, brands, products, and services | Gold |
| 102-3 | Location of headquarters | Denver, Colorado |
| 102-4 | Location of operations | Argentina, Canada, Turkey, United States of America |
| 102-5 | Ownership and legal form | 2021 Annual Report (10-K) |
| 102-6 | Markets served | 2021 Annual Report (10-K) |
| 102-7 | Scale of the organization | Pages 7-8 |
| 102-8 | Workforce by Composition | Page 33 |
| 102-10 | Significant changes to the organization and its supply chain | 2021 Annual Report (10-K) |
| 102-11 | Precautionary Principle or approach | At all times, we manage our operations in compliance with, or in excess of, all relevant environmental standards. Precautionary measures are taken to avoid impact to ecosystems wherever possible. When adverse impacts occur, integrated programs are implemented to promote the recovery of the affected ecosystems. |
| 102-14 | Statement from senior decision-maker | Page 4 |
| 102-16 | Values, principles, standards, and norms of behaviour | Page 13-14, 21-22 |
| 102-17 | Mechanisms for advice and concerns about ethics | Page 23 |
| 102-18 | Governance structure of the organization, including committees under the highest governance body. Identify any committees responsible for decision making on economic, environmental and social impacts | Page 19-20<br>2021 Annual Report (10-K) |
| 102-20 | Executive-level responsibility for economic, environmental, and social topics | Page 19-20 |
| 102-22 | Composition of the highest governance body and its committees | Page 20 |
| 102-23 | Is the chair of the highest governance body also an executive officer? If so, why, and what is their function? | No |
| 102-26 | Role of highest governance body in setting the organization's purpose, values, and strategy related to economic, environmental and social impacts | Page 20 |
| 102-32 | Highest governance body's role in reviewing/ approving sustainability reporting | Page 20<br>Board of Directors – Environment, Safety, Health and Sustainability Committee |
| **Reporting (GRI 102)** | | |
| 102-40 | List of stakeholder groups | Investors, shareholders, employees, local communities, local governments, regional governments, national governments, regulatory agencies, unions, suppliers and contractors, local businesses, NGOs, royalty holders, mining and professional associations, standards organizations, universities and colleges, media. |
| 102-41 | Percentage of total employees covered by collective bargaining agreements | Page 33 |

# GRI Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Reporting (GRI 102)** | | |
| **102-46** | Defining report content and topic boundaries | Page 1,16 |
| **102-47** | List of material topics | Page 16 |
| **102-48** | Restatements of information | No restatements were made in the 2020 Sustainability Report |
| **102-49** | Changes in reporting | None |
| **102-50** | Reporting period | Jan 01- Dec 31 2021 (HR data is as of Mar 01 2022) |
| **102-51** | Date of most recent report | March 2021 |
| **102-52** | Reporting cycle | Annual |
| **102-53** | Contact point for questions regarding the report | sustainability@ssrmining.com |
| **102-54** | Claims of reporting in accordance with the GRI Standards | This report has been prepared in accordance with the GRI Standards: Core option |
| **102-55** | GRI content index | Included in the standalone Sustainability Report. |
| **102-56** | External assurance | This report has not been externally assured. External assurance may be considered for future reports. |
| **Management Approach (GRI 103)** | | |
| **103-1** | Explanation of material topics and their boundaries | Page 16 |
| **103-2** | Labour grievances filed, addressed, and resolved | Zero |
| **103-2** | Human Rights Grievances filed, addressed, and resolved | No human rights grievances were received. |
| **Economics** | | |
| **Economic Value (GRI 201)** | | |
| **201-1** | Direct economic value generated and distributed - <br>• Revenues<br>• Operating costs,<br>• Employee wages and benefits<br>• Donations and other community investments<br>• Retained earnings,<br>• Payments to capital providers<br>• Payments to governments | 2021 ESTMA Report |
| **201-2** | Financial implications and other risks and opportunities due to climate change | Page 53-54 |
| **Indirect Economic Impacts (GRI 203)** | | |
| **203-1** | Infrastructure investments and services supported | 2021 ESTMA Report |
| **Procurement Practices (GRI 204)** | | |
| **204-1** | Proportion of spending on local suppliers | Page 47 |
| **Anti-Corruption (GRI 205)** | | |
| **205-1** | Operations assessed for risks related to corruption | Page 23 |
| **205-2** | Communication and training about anti-corruption policies and procedures | Page 23 |
| **205-3** | Confirmed incidents of corruption and actions taken | Zero |

GRI/SASB INDEX

# GRI Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Anti-Competitive Behaviour (GRI 206)** | | |
| 206-1 | Number of legal actions for anti-competitive behaviour, anti-trust, and monopoly practices | Zero |
| **Environment** | | |
| **Energy (GRI 302)** | | |
| 302-1 | Energy consumption within the organization | Page 55 |
| 302-2 | Energy consumption outside of the organization | Page 55 |
| 302-3 | Energy intensity | Page 57 |
| 302-4 | Initiatives to reduce energy consumption (through energy-efficiency or renewable energy) and resultant reductions | Page 57 |
| **Water and Effluents (GRI 303)** | | |
| 303-1 | Interactions with water as a shared resource | Page 59 |
| 303-2 | Management of water discharge-related impacts | Page 59 |
| 303-3 | Water withdrawal | Page 60 |
| 303-4 | Water discharge | Page 60 |
| 303-5 | Water consumption | Page 60 |
| **Waste (GRI 306)** | | |
| 306-2 | Management of significant waste-related impacts | Page 61 |
| 306-4 | Waste diverted from disposal | Page 62-64 |
| 306-5 | Waste directed to disposal | Page 62-64 |
| **Biodiversity (GRI 304)** | | |
| 304-1 | Operational sites owned, leased, managed in, or adjacent to, protected areas and areas of high biodiversity value outside protected areas | Page 65-66 |
| 304-2 | Significant impacts on protected areas and areas of high biodiversity value | Page 65-66 |
| 304-3 | Habitats protected or restored | Page 65-66 |
| 304-4 | IUCN Red List species and national conservation list species with habitats in areas affected by operations<br>**i.** Critically endangered<br>**ii.** Endangered<br>**iii.** Vulnerable<br>**iv.** Near threatened<br>**v.** Least concern | Page 65 |
| **Emissions (GRI 305)** | | |
| 305-1 | Direct (Scope 1) GHG emissions | Page 55 |
| 305-2 | Indirect (Scope 2) GHG emissions | Page 55 |
| 305-4 | GHG emissions intensity | Page 57 |
| 305-7 | Nitrogen oxides (NOX), sulphur oxides (SOX), and other significant air emissions | Page 58 |
| **Environmental Compliance (GRI 307)** | | |
| 307-1 | Fines or non-monetary sanctions for non-compliance with environmental laws and regulations | None |

# GRI Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Occupational Health and Safety (GRI 403)** | | |
| 403-1 | Occupational safety and health management system | Page 30 |
| 403-2 | Hazard identification, risk assessment and incident investigation | Page 30 |
| 403-3 | Occupational health services | Page 31 |
| 403-4 | Worker participation, consultation and communication on occupational safety and health | Page 30 |
| 403-5 | Worker training on occupational safety and health | Page 33 |
| 403-8 | Workers covered by an occupational safety and health management system | Page 31 |
| 403-9 | Work-related injuries: numbers and rates of injuries and fatalities and total hours worked | Page 31 |
| **Training and Education (GRI 404)** | | |
| 404-3 | Percentage of employees receiving regular performance and career development reviews | 100% |
| **Diversity and Equal Opportunity (GRI 405)** | | |
| 405-1 | Diversity of governance Bodies and employees | Page 36 |
| **Non-discrimination (GRI 406)** | | |
| 406-1 | Incidents of discrimination and corrective actions taken | Zero |
| **Child Labour (GRI 408)** | | |
| 408-1 | Operations and suppliers at significant risk for incidents of child labour | Zero |
| **Forced or Compulsory Labour (GRI 409)** | | |
| 409-1 | Operations and suppliers at significant risk for incidents of forced or compulsory labour | Zero |
| **Rights of Indigenous Peoples (GRI 411)** | | |
| 411-1 | Incidents of violations involving rights of indigenous peoples and actions taken | Zero |
| **Human Rights (GRI 412)** | | |
| 412-1 | Operations that have been subject to human rights reviews or impact assessments | All SSR Mining operations were reviewed. |
| 412-3 | Significant investment agreements and contracts that include human rights clauses or that underwent human rights screening | Zero |

GRI/SASB INDEX

# GRI Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Communities** | | |
| **Local Communities (GRI 413)** | | |
| **413-1** | Operations with local community engagement, impact assessments, and development programs | 100% |
| **413-2** | Operations with significant actual and potential negative impacts on local communities | All mining operations have the potential of negative impacts on communities. |
| **Public Policy (GRI 415)** | | |
| **415-1** | Value of political contributions by country and recipient/ beneficiary | Zero |
| **419-1** | Fines and non-monetary sanctions for non-compliance with laws and regulations in the social and economic area | Zero |
| **GRI Mining and Metals Supplement** | | |
| **MM-1** | Amount of land (owned or leased, and managed for production activities or extractive use) disturbed or rehabilitated | Zero |
| **MM-3** | Total amounts of overburden, rock, tailings, and sludges and their associated risks | Page 61-62 |
| **MM-4** | Number of strikes and lockouts exceeding one week's duration by country | Zero |
| **MM-5** | Total number of operations taking place in or adjacent to Indigenous Peoples' territories, and number and percentage of operations or sites where there are formal agreements with Indigenous Peoples' communities | The Seabee Gold Operations is located adjacent to the Lac La Ronge Indian Band and the Peter Ballantyne Cree First Nation territories<br><br>No formal agreements are in place with Indigenous Peoples' communities |
| **MM-6** | Number and description of significant disputes relating to land use, customary rights of local communities and Indigenous Peoples | Zero |
| **MM-7** | The extent to which grievance mechanisms were used to resolve disputes relating to land use, customary rights of local communities and Indigenous Peoples, and the outcomes | Page 42 |
| **MM-8** | Number (and percentage) of Company operating sites where artisanal and small-scale mining (ASM) takes place on, or adjacent to, the site and the associated risks and the actions taken to manage and mitigate these risks | Zero |
| **MM-9** | Sites where resettlement took place, the number of households resettled in each, and how their livelihoods were affected in the process | Zero |
| **MM-10** | Number and percentage of operations with closure plans | All operations have closure plans. |



Near Puna Operations.

GRI/SASB INDEX

# SASB Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Activity Metric (SASB 000)** | | |
| EM-MM-000.B | Total number of employees, percentage contractors | Page 33 |
| **Environment** | | |
| **GHG Emissions (SASB 110)** | | |
| EM-MM-110a.1 | Gross global Scope 1 emissions, percentage covered under emissions-limiting regulations | Page 55-57 |
| EM-MM-110a.2 | Discussion of long-term and short-term strategy or plan to manage Scope 1 emissions, emissions reduction targets, and an analysis of performance against those targets | Page 53-54 |
| **Air Quality (SASB 120)** | | |
| EM-MM-120a.1 | Air emissions of the following pollutants:<br>**1.** CO,<br>**2.** NOX (excluding $N_2O$),<br>**3.** SOX,<br>**4.** Particulate matter (PM10),<br>**5.** Mercury (Hg),<br>**6.** Lead (Pb), and<br>**7.** Volatile organic compounds (VOCs) | Page 58 (partial) |
| **Energy Management (SASB 130)** | | |
| EM-MM-130a.1 | **1.** Total energy consumed<br>**2.** Percentage grid electricity<br>**3.** Percentage renewable | Page 55-58 |
| **Water Management (SASB 140)** | | |
| EM-MM-140a.1. | **1.** Total fresh water withdrawn<br>**2.** Total fresh water consumed, percentage of each in regions with High or Extremely High Baseline Water Stress | Marigold is our only mine located in an area with high baseline water stress according to the World Resources Institute's (WRI) Water Risk Atlas tool, Aqueduct. Water we abstract in areas with high baseline water stress accounts for 23% of our total water withdrawal. Page 59-60 |
| EM-MM-140a.2. | Number of incidents of non-compliance associated with water quality permits, standards, and regulations | Zero |
| **Waste & Hazardous Materials Management (SASB 150)** | | |
| EM-MM-150a.1. | Total weight of tailings waste, percentage recycled | Page 62 |
| EM-150a.2 | Total weight of mineral processing waste, percentage recycled | N/A |
| EM-150a.3. | Number of tailings impoundments, broken down by MSHA hazard potential | SSR mining owns three active and one inactive tailings storage facility.<br>Based on the Canadian Dam Association Consequence Classification Ratings for Dams, all three active tailings storage facility are categorized as High Hazard potential, and the inactive facility is categorized as low. |

# SASB Content Index

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Biodiversity** | | |
| **Biodiversity Impacts (SASB 160)** | | |
| EM-MM-160a.1 | Description of environmental management policies and practices for active sites | Page 65 |
| EM-MM-160a.2 | Percentage of mine sites where acid rock drainage is:<br>**1.** Predicted to occur,<br>**2.** Actively mitigated, and<br>**3.** Under treatment or remediation | At Çöpler, potentially acid-forming materials are managed in line with local Turkish regulations, industrial best practices and the IFC Performance Standards.<br><br>At Puna, the waste rock is expected to be largely non-acid generating, with a small portion that may be weakly acid generating under certain oxidizing conditions. The waste rock with potential for acid production will be placed so as to have any drainage report to the pit and avoid introduction to the environment.<br><br>Acid Rock drainage is not expected to occur at our other sites. |
| **People** | | |
| **Labour Relations (SASB 310)** | | |
| EM-MM-310a.1. | Percentage of active workforce covered under collective bargaining agreements, broken down by U.S. and foreign employees | 38% of our direct employees are union members and are covered by collective bargaining agreements in place. |
| EM-MM-310a.2 | Number and duration of strikes and lockouts | Zero |
| **Workforce Health and Safety (SASB 320)** | | |
| EM-MM-320a.1. | **1.** MSHA all-incidence rate<br>**1.** Fatality rate<br>**2.** Near miss frequency rate (NMFR)<br>**3.** Average hours of health, safety, and emergency response training for<br>     **a.** Full-time employees<br>     **b.** Contract employees | Zero fatalities<br>**1.** MSHA is a US-focused metric, SSR uses the equivalent mining industry metric TRIFR (Total Recorded Injuries Frequency Rate).<br>**2.** Zero fatalities<br>**3.** Not disclosed<br>**4.** a) 22<br>    b) 5 |
| **Security, Human Rights & Rights of Indigenous Peoples (SASB 210)** | | |
| EM-MM-210a.1. | Percentage of (1) proved and (2) probable reserves in or near areas of conflict | Our Çöpler Mine is located in an area classified as "Level 3 - Violent crisis" on the index from the Heidelberg Institute for International Conflict Research. We use the Heidelberg index as it provides regional-level information and is recommended by the World Gold Council Conflict-Free Gold Standard®. |
| EM-MM-210a.2 | Percentage of (1) proved and (2) probable reserves in or near indigenous land | The Seabee Gold Operations is located adjacent to the Lac La Ronge Indian Band and the Peter Ballantyne Cree First Nation territories. No formal agreements are in place with Indigenous Peoples' communities. |
| EM-MM-210a.3. | Discussion of engagement processes and due diligence practices with respect to human rights, indigenous rights, and operation in areas of conflict | Page 26,35 |
| **Communities and Indigenous Peoples** | | |
| **Community Relations (SASB 210)** | | |
| EM-MM-210b.1. | Discussion of process to manage risks and opportunities associated with community rights and interests | Page 41-47 |
| EM-MM-210b.2. | Number and duration of non-technical delays | Zero |





# Contact us

## SSR Mining Inc.

6900 E. Layton Avenue
Suite 1300
Denver, Colorado 80237 USA

### Telephone

+1-303-292-1299

### U.S. & Canada toll-free

1-888-338-0046

### Fax

1-604-689-3847

### Email

sustainability@ssrmining.com

ssrmining.com



SSR Mining Inc.

6900 E. Layton Avenue
Suite 1300
Denver, Colorado 80237
USA

Telephone

+1-303-292-1299

U.S. and Canada toll-free

1-888-338-0046

Fax

1-604-689-3847

ssrmining.com