# Exhibit 11



# ESG and
# Sustainability
# Report

## 2022

# ESG and Sustainability Report

## Introduction

| | |
|---|---|
| About This Report | 1 |
| CEO Forward | 3 |
| SSR Mining at a Glance | 5 |
| Our Operations and Projects | 7 |

## Our Sustainability Vision

| | |
|---|---|
| Sustainability Values | 9 |
| Living Our Sustainability Values | 11 |
| 2022 Sustainability Performance | 13 |
| Material Topics | 16 |

## Maintaining Strong Governance and Transparency

| | |
|---|---|
| Our Approach | 19 |
| Our Sustainability Governance Framework | 21 |
| External Certifications and Recognitions | 23 |
| Board Diversity | 24 |
| Ethics and Anti-Corruption | 24 |
| Risk Management | 25 |
| Whistleblower Policy | 27 |
| Payments to the Government | 27 |
| Human Rights | 28 |

## Building a Safe, Healthy and Competent Work Force

| | |
|---|---|
| Our Approach | 31 |
| Health and Safety Management | 32 |
| Performance | 33 |
| Occupational Health | 36 |
| Training Our Talent | 37 |
| Valuing Our Workforce | 37 |
| Diversity and Inclusion | 39 |

## Building a Positive Impact on Communities

| | |
|---|---|
| Developing Strong Community Relations | 45 |
| Grievance Management | 47 |
| Community Engagement | 49 |
| Development Funds | 54 |

## Building our Environmental Stewardship

| | |
|---|---|
| Our Approach | 57 |
| Adapting to Climate Change | 57 |
| Energy Greenhouse Gas Emissions | 60 |
| Responsible Water Management | 63 |
| Tailings and Waste Management | 69 |
| Hazardous Materials Management | 73 |
| Protecting Biodiversity | 74 |
| Integrated Mine Closure | 77 |

| | |
|---|---|
| GRI/SASB Content Index | 81 |
| Contact Us | 91 |



SSR Mining | 2022 | ESG and Sustainability Report

# About Us

SSR Mining is a leading, free cash flow focused intermediate gold company with four producing assets located in the USA, Türkiye, Canada and Argentina, combined with a global pipeline of high-quality development and exploration assets. Over the last three years, the four operating assets combined have produced on average more than 700,000 gold-equivalent ounces annually.

SSR Mining's diversified asset portfolio is comprised of high margin, long-life assets within several of the world's most prolific precious metal districts including the Çöpler Mine on the Tethyan belt in Türkiye; the Marigold Mine along the Battle Mountain-Eureka trend in Nevada, USA; the Seabee Mine on the Trans-Hudson Corridor in Saskatchewan, Canada; and the Puna Mine on the Bolivian silver belt in Jujuy, Argentina. We have an experienced leadership team with a proven track record of value creation. Across the Company we have expertise in project construction, mining (open pit and underground) and processing (pressure oxidation, heap leach, and flotation), with a strong commitment to health, safety and environmental management.

At SSR Mining, our vision is to deliver sustainable value for all stakeholders through responsible mining. We are focused on leveraging our strong balance sheet and proven track record of free cash flow generation as foundations to organically fund growth across our district-scale land packages and to facilitate superior returns to our shareholders.

SSR Mining Inc. is listed under the ticker symbol SSRM on the NASDAQ Capital Markets and the Toronto Stock Exchange, and SSRM on the Australian Stock Exchange.



# Introduction



## About This Report

We are pleased to present our fifth annual ESG and Sustainability Report. This report provides a comprehensive overview of how we manage sustainability across our business. It also details specific achievements at our operating mines during 2022 and the commitments we have made for 2023.

Sustainability is a top priority for SSR Mining and our stakeholders. We remain committed to honest and open disclosure of our performance and the disclosures we make in this report are an important mechanism for monitoring and improving our sustainability performance. Each report represents another milestone in our sustainability journey, demonstrating our achievements and the opportunities that lie ahead.

At SSR Mining, we take a long-term view of our responsibility towards environment, social and governance (ESG) principles. This is reflected in the policies that guide our business decisions and our efforts to foster a corporate culture that prioritizes safe and ethical behavior across all levels of the company.

That responsibility also includes maintaining transparent and mutually beneficial engagement with our many stakeholders – including our industry partners, our valued employees and the communities in which we operate. SSR Mining's sustainability programs are driven by a strong focus on meeting the needs of the present without compromising the ability of future generations to meet theirs. We believe in implementing sustainable practices or finding alternative resources with fewer environmental consequences.

This report is produced to be in accordance with the GRI (Global Reporting Initiative) Core standards and partial compliance with the standards from the Sustainability Accounting Standards Board (SASB) for the metals and mining industry. The GRI and SASB are both internationally recognized standards organizations that promote transparency, reliability and comparability in the reporting of material sustainability issues. Unless otherwise stated, data contained in this report covers our operating mines: the Çöpler Mine in Erzincan, Türkiye; the Marigold Mine in Nevada, U.S.; the Seabee Gold Operation in Saskatchewan, Canada; and the Puna Operations in the Jujuy Province, Argentina.

For any questions regarding this report or its contents, please contact us at **sustainability@ssrmining.com**.





# CEO Foreword

Dear Valued Stakeholders,

I am pleased to present SSR Mining's fifth annual ESG and Sustainability Report, outlining our continued efforts to operate responsibly and sustainably while maximizing the benefits to our stakeholders. As mine operators in four unique and diverse jurisdictions, we recognize that sustainable and responsible mining is a moral obligation and a business imperative. This report demonstrates our unwavering commitment to transparency and accountability and the efforts we take to generate value for our people and investors while staying true to ESG principles.

The past year saw several highlights as well as challenges:

- Health and safety is, and always will be, our utmost priority. Our job is to protect the health and safety of our employees and to ensure every employee returns home safely.  Unfortunately, in early 2022, one of our colleagues was fatally injured in a traffic accident while returning home from our Puna Operations in Argentina. This incident led to a comprehensive review of the routes and modes of transportation to and from site as well as an overall assessment of our safety programs at all our operating sites.

- The diversity of cultures, backgrounds, and identities of our workforce is a key component of our culture and enhances our business performance. We are committed to providing an environment in which all employees are treated with fairness and respect and have equal access to opportunities to work. We also recognize and celebrate women's contributions to the mining industry and actively encourage women to join our workforce and support their progression into leadership roles. In 2022, we advanced our diversity and inclusion program, including joining the CEO in Action initiative with a commitment to advance diversity and inclusion within the workplace. We also work collaboratively with our local communities in which we operate as we seek to protect local heritage, cultural traditions and historical artifacts we may find.

- Being responsible environmental stewards is a critical part of our business. By working to protect the ecosystems and environments under our care, we expect to be able to add value to all stakeholders and leave a positive legacy. We strive to manage our operations in strict compliance with all relevant environmental standards, including tracking and reporting any environmental incidents related to our activities. In June, operations at our Çöpler Mine were temporarily suspended as a result of a leak of leach solution containing diluted cyanide. We conducted a full investigation into the cause of the leak with the support of local stakeholders, institutions and government officials. A number of improvement initiatives were completed at the site as a result of this investigation, and Çöpler received the required regulatory approvals for the restart of all operations in September.

- Ensuring we use water efficiently, sustainably and responsibly across our business is crucial to our social license to operate and a key business consideration. In 2022, we designed and formalized a global, cross-functional water strategy to ensure water is treated as a vital resource that is critical to our operations and communities. We also aligned our water reporting to the International Council on Mining and Metals' (ICMM) Water Accounting Framework. One of our key focuses is on maximizing the amount of water we reuse and recycle. In 2022, our company-wide water reuse and recycling rate was 89%.

- We remain committed to innovation and to exploring how new technologies can help us operate more efficiently. We are especially motivated to explore incorporating renewable energy and decarbonization technologies as we aim to achieve net-zero carbon emissions by 2050.

For SSR Mining, sustainable mining means creating enduring value for all our stakeholders, maintaining a safe and healthy work environment, having respect for human rights and behaving as responsible stewards of the environment. While we advanced a number of initiatives on these fronts, a couple of significant safety and environmental incidents had a palpable impact on our business and mindset and we are determined to learn from them.

Priorities for 2023:

As we look to 2023, we enter the year with hope and optimism for what's ahead. While as an organization our approach to sustainability continues to mature and evolve, we recognize there is still much to do.  This report provides insights into how we are progressing our goals and key initiatives in our constantly evolving ESG journey.

Rodney P. Antal

*President and Chief Executive Officer*

Case No. 1:24-cv-00739-DDD-TPO    Document 60-12    filed 12/17/24    USDC Colorado
pg 7 of 50

# SSR Mining at a Glance



**$1,148M**

Revenue (US$)



**623,819**

Production of gold
equivalent ounces



**$159M**

Capital returned to
shareholders in 2022 (US$)



**401,280**

Tonnes $CO_2$-e



**89%**

Water used and recycled



**4,550**

Workforce
(including contractors)




# High-Quality Diversified Portfolio

Portfolio of high-quality, long-life operating assets across four jurisdictions.

**4**
core operating jurisdictions

**16+**
years weighted average mine life

**+8Moz AuEq**
Mineral Reserves

**700 - 780 koz AuEq**
2023 production guidance



# Our Operations and Projects



**Operational Sites**

**Development Sites**

**Exploration Sites**

**Seabee Gold**
Canada

**Ownership**
100%

**Production**
136,125 oz gold

**Women in Workforce**
16%

**Tonnes $CO_2$-e**
19,899

**Sunrise Lake**
Canada

**Amisk**
Canada

**Marigold**
United States

**Ownership**
100%

**Production**
194,688 oz gold

**Women Workforce**
13%

**Tonnes $CO_2$-e**
166,686

**Puna**
Argentina

**Ownership**
100%

**Production**
8.4 million oz silver

**Women in Workforce**
14%

**Tonnes $CO_2$-e**
56,521

**San Luis**
Peru

**Mavialtin Porphyry Belt**
Türkiye

**Çakmaktepe**
Türkiye

**Çakmaktepe Extension**
Türkiye

**Çöpler Saddle**
Türkiye

**Çöpler**
Türkiye

**Ownership**
80%

**Production**
191,366 oz gold

**Women in Workforce**
12%

**Tonnes $CO_2$-e**
158,174

## Çöpler, Türkiye

Çöpler is an open pit mine located within the Tethyan belt in east-central Türkiye in the Erzincan Province, approximately 1,100 kilometers southeast of Istanbul and 550 kilometers east of Ankara. Çöpler contains oxide and sulfide ores which are mined concurrently and processed through its two processing plants using heap leach and pressure oxidation processing, respectively, to produce gold bullion. Çöpler and nearby tenements are positioned on a land package of approximately 25,800 hectares.

## Marigold, United States

Marigold is an open pit gold mine located along the Battle Mountain-Eureka Trend in Nevada, U.S. Marigold is a run-of-mine heap leach operation, moving more than 250,000 tonnes of material per day and producing gold bullion. Marigold is positioned on a land package of approximately 19,600 hectares.

## Puna, Argentina

Puna is an open pit silver-lead-zinc mine located along the Bolivian silver belt in northern Argentina in the Province of Jujuy. Puna processes ore mined from the Chinchillas mine through its Pirquitas mill, using flotation processing to produce silver-lead and zinc concentrates.

## Seabee Gold, Canada

Seabee is an underground gold mine located along the Trans-Hudson Corridor in east-central Saskatchewan, Canada. Seabee processes ore through its processing plant using gravity concentration and cyanide leaching to produce gold bullion. Seabee is positioned on a land package of approximately 60,000 hectares.

Case No. 1:24-cv-00739-DDD-TPO     Document 60-12     filed 12/17/24     USDC Colorado
pg 9 of 50

# Our Sustainability Vision

At SSR Mining, our vision is to deliver sustainable value for all stakeholders through responsible mining. People and the environment are our most essential resources and we are committed to safeguarding them both now and in the future. We recognize the catalyst role our operations play in local communities and commit to leaving a positive legacy.

It is our responsibility to build a better future by not only reducing carbon emissions but also supporting our partners and customers in their pursuit of innovative technologies and new approaches designed to help them reduce their emissions.

We also believe in creating value and improving the lives of the people living in the communities in which we operate so that we generate long-term value for our stakeholders well beyond the life of a mine.

ESG performance and reporting have been incorporated into our sustainability approach. We continuously strive to improve our performance by implementing the highest sustainability standards and the necessary plans, procedures, metrics and targets to meet our commitments.



SSR Mining | 2022 | ESG and Sustainability Report

# Living Our Sustainability Values

The values highlighted below contribute to the shaping of our culture and support our strategy and our vision.

Our Purpose: To create value and leave a positive legacy through responsible and sustainable operations.



## People & Culture

We value our people and invest in their growth and development. We are tenacious, working with a sense of urgency to achieve exceptional outcomes.

- We attract, retain, and develop the best talent in the industry
- We foster a collaborative working environment that celebrates and supports diversity
- We are committed to developing and empowering our people to help drive the needs of the business
- We are a results-oriented company, with a focus on the delivery and execution of business objectives



## Sustainability

We care for the environment and communities we operate in and take personal responsibility for creating and maintaining a sustainable business.

- We are recognized by our stakeholders as an ethical, reliable, and valued partner
- We build relationships and partnership based on respect with our local communities
- We are committed to honest and open disclosure and continuous improvement of our sustainability practices as we strive to be the developer of choice



## Health, Safety & Risk

We protect and care for the people, communities, and environments in which we do business. We actively manage risk at all levels of the business.

- Our workplaces are free of fatality, injury and occupational illness
- We believe strong environmental stewardship is centered in all aspects of our business
- Our risk management processes ensure that we measure, report and mitigate risk in everything we do



## Business Excellence

We are a high-performing organization and are always looking for ways to optimize our assets and business opportunities.

- We create sustainable value through continuous improvement, reliable asset management, operational effectiveness and efficiency
- We are accountable to deliver the priorities in a balanced scorecard which allows us to achieve sustainable value added growth and maximize free cash flow
- We focus on creating value for our shareholders in everything we do
- We have robust Operational Excellence (OE) process and systems to monitor, measure and support continuous improvement in the business



## Innovation

We are committed to innovation at all levels of the business and are industry leaders in project delivery and step-change solutions.

- We are focused on seeking out innovative opportunities to improve our process, procedures and business
- We embrace the challenges and risk that come with innovation
- We take personal accountability to drive meaningful change throughout the business
- We are tech savvy, keeping abreast of the latest developments, and implement new technology in a careful, pragmatic, and measured, value accretive manner



## Growth

We take a disciplined approach to achieving meaningful and sustainable growth. We employ a robust framework for evaluating, managing and implementing value-creating growth opportunities.

- We have first-class teams and systems that provides a pipeline of growth opportunities
- We are focused on our growth strategy and take a pragmatic approach to evaluate exploration targets and development project value realization strategies
- We execute projects in a disciplined, pragmatic and efficient manner

# 2022 Sustainability Performance

The table below aligns the sustainability performance focus areas in key categories such as Governance, Health and Safety, Economic Performance, People, Environment and Community Relations.

## Our 2022 Sustainability Performance

| Focus Areas | 2022 Focus Areas | Notes |
| --- | --- | --- |
| Governance | Full implementation of Environment, Safety and Health, and Social Standards through compliance with Integrated Management System (IMS) Development and implementation of training for updated policies | Achieved – organization achieved IMS internal review at sites |
| | Development and implementation of training for updated policies | Achieved – online training of key policies implemented throughout the year |
| Health and Safety | Achieve zero fatalities | Not Achieved – fatality occurred at Puna in Jan. 2022 |
| | 5% improvement in Total Recordable Injury Frequency (TRIF) | Not Achieved – TRIF remains key target for 2023 |
| Economic Performance | Meet target production in 2023 | Not Achieved – SSRM issued revised guidance targets in 2022 and closed the year meeting revised guidance targets |
| People | Continue to advance the inclusion and development framework across the organization | Achieved – continue to advance and prioritize diversity in the organization |
| Environment | 10% decrease in Total Environmental Incidents (TEI) | Achieved – the organization surpassed its goal of 10% reduction in TEI |
| | Complete third-party closure reviews | Achieved – reviews completed for Puna and Çöpler |
| | Development of water strategy plan | Achieved – implementation of water strategy continues to be a key focus area in 2023 |
| | Public disclosure of CDP Climate and Water Security Scores | Achieved – completed CDP submissions on climate and water security |
| | Establish an action plan by 2025 to achieve net zero emissions targets | In progress – analysis of program options for carbon abatement completed. Continues to be a key focus area in 2023 |
| Community Relations | Update site-based grievance mechanisms and grievances tracking to better align reporting and improve resolution | Achieved – tracking of site grievances updated and now tracked electronically |
| | Update site community contributions to align, measure and maximize positive impacts | Achieved – site community plans updated, and contributions aligned with community investment standard |

# Performance Focus Areas for 2023

Looking ahead, we aligned key performance sustainability metrics with key material topics to identify the targets against which our site and corporate performance will be evaluated. We set objectives to drive improvement in key areas and to ensure our teams are working towards a common goal. The table below builds on the work completed in 2022 and sets out our ESG and sustainability-linked performance focus areas for 2023.

| Focus Areas | 2023 Key Focus Areas |
| --- | --- |
| Governance | Advance maturity of IMS practice and improve standards |
| Health and Safety | Continuous improvement in safety performance and implementation of key safety initiatives* |
| People | Continue to advance the inclusion and development framework across the organization |
| Economic Performance | Meet target production for 2023 |
| Environment | Implement Water Management Plan* |
| | Establish action plan by 2023 to achieve net zero emissions target* |
| | Apply to become signatory company to the International Cyanide Management Code |
| Social Performance | Increased local economic participation |

* Key areas of consideration for long-term ambitions quantitative targets that will require third party verification

# Material Topics

In 2022, we maintained the methodology for the materiality assessment process to help us identify those sustainability-related aspects that are most important to our business.

## Methodology

The methodology included a peer and industry benchmarking review of sustainability aspects common to the mining industry.

### This included:

- International standards and guidelines, such as the Global Reporting Initiative (GRI) topic-specific disclosures, the Sustainability Accounting Standard Board's (SASB) materiality map for the metals and mining industry

- Industry association frameworks such as the World Gold Council's Responsible Gold Mining Principles, the International Council on Mining and Metals' responsible mining principles, and the Mining Association of Canada's Toward Sustainable Mining

- Risks identified by the World Economic Forum

- Community grievance logs and Environmental Impact Assessment and baseline work

- Sustainability-related risks identified in site-level risk registers, maintaining strong governance and transparency

The graphic below provides a visual representation of the priority given to the assessed topics.

## SSRM Materiality Matrix

○ High priority topics    ○ Medium priority topics    ○ Lower priority topics

*Significance of topic to stakeholders*

Grievance mechanisms ○

Local procurement ○

Stakeholder engagement ○

Community Development ○

○ Climate change
Biodiversity ○

Anti-corruption and bribery ○

Water ○

Health & Safety ○
Tailings ○

Local employment ○

Ethics ○

Human rights ○

○ Mine closure

Waste ○

○ Air quality

○ Security

○

○ Artisanal mining

○ Diversity and inclusion

○ Permitting and compliance

○ Investment in infrastructure

○ Transparency in government payments

○ Production

○ Resettlement

○ Supply chain management
○ Employees and people development

*Significance of topic to SSRM*

15

16



# Maintaining Strong Governance and Transparency

# Our Approach

At SSR Mining, the ultimate responsibility for our sustainability programs and performance sits with the Board of Directors. The Board is supported in this regard by a dedicated Environment, Health, Safety and Sustainability Committee.

On behalf of the Board, the Committee oversees, monitors and reviews our practice and performance in areas of safety, health, environment, community and stakeholder relationships and environmental management (including areas of water management and climate change). The Committee meets at least four times a year formally and additional meetings are held as required throughout the year.

Sustainability is a key responsibility for group executives and senior leadership. We have a dedicated group-level Senior Vice President of Environment, Health, Safety and Sustainability who provides strategic guidance and oversight to our site-level teams. To reflect our commitment to the environment, safety, health and sustainability, 20% of the annual short-term incentive plan is linked to achieving our sustainability targets each year.

## Our Governance Structure



## Our Board Structure

| Size | 9 |
| --- | --- |
| Independent directors | All Directors are considered independent except for the CEO |
| Separate Chair and CEO | Yes |
| All committees independent | Yes |
| Gender split | 33% Women 67% Men |
| Board diversity policy | Yes |
| Annual say on pay | Yes |
| Board, committee and director evaluations annually | Yes |

## Our Board Structure

| | Audit Committee | Compensation and Leadership Development Committee | Corporate Governance and Nominating Committee | Environment, Health, Safety and Sustainability Committee |
| --- | --- | --- | --- | --- |
| A.E. Michael Anglin | | | ● | ● |
| Rod Antal | | | | |
| Thomas Bates Jr. | ● | Chair | | |
| Brian R. Booth | ● | | | ● |
| Simon A. Fish | | ● | Chair | |
| Leigh Ann Fisher | ● | ● | | |
| Alan P. Krusi | | | ● | Chair |
| Kay Priestly | Chair | | ● | |
| Karen Swager* | | | | ● |

*Ms. Swager was appointed to the Board of Directors of SSR Mining in January 2023.

Further information about the Board and its committees can be found in the governance section of our website and in our Proxy statement. Committee participation is listed for the independent directors.

# Our Sustainability Governance Framework

The bedrock of our sustainability governance is our organizational values and policies. We have a suite of sustainability-related policies that meet or exceed the legislative requirements in the countries where we work and that align with a range of international standards and guidance. Our current policies received board approval in 2021 and SSRM focused on implementation over the course of that year. Our policies are approved by the board annually.

Our policies are supplemented by a series of subject-specific management standards. How our policies and management standards are implemented on the ground is set out in site-specific management plans, which are tailored to the unique operating context and regulations of each site. Implementation of the Integrated Management System (IMS) was included as a key performance metric.



## Reporting

By transparently reporting our sustainability performance, acknowledging areas for improvement and holding ourselves accountable for the results, we build trust with stakeholders.



## Targets

Setting clear targets drives improvement and challenges us to continually better ourselves. It also helps stakeholders understand and assess our performance on the issues that matter most to them.



## Metrics and indicators

Enable us to track our performance and manage any issues that arise.



## Systems

High-quality, effective management ensures the correct processes are followed, enables collaboration and drives a consistent approach to risk management across the business.



## Plans and procedures

Detailed planning for how policies are implemented on the ground and tailored to the unique characteristics of the site or project helps to ensure a consistent approach.



## Policies

Policies aligned with our vision and values drive commitment to sustainability and good governance across all operations.

## SSR Mining's Integrated Management System

SSR Mining has incorporated best practices across our business to develop an integrated Environment, Health, Safety and Sustainability (EHSS) management system (IMS). The IMS integrates all policies, standards, plans, procedures and processes across the key areas of safety and health, community relations and the environment into a single complete framework. The IMS provides organizational structure, responsibilities and practices for implementing and maintaining a desired level of sustainability performance. It is designed to apply across the entire mining life cycle. Through its implementation, we will be able to deliver on our commitments, measure and monitor our lasting positive impact. The IMS also helps us to ensure a shared understanding of objectives and minimum standards from our corporate offices through to each site across our business.

The implementation of the IMS has followed key phases. As part of the first phase of implementation of the IMS, each site performed a gap assessment against these standards and developed actions to address any findings in order to ensure compliance. In 2022, the sites focused on achieving full compliance with these standards. In 2023, as the system matures, we will focus on embedding the IMS into all areas of operation and adopt a robust and cross functional approach to verify ongoing conformance to the standards across the sites.



# External Certifications and Recognition

Together with our management approaches, our internal standards were developed based on a number of key external industry standards and practices, including the expectations of the International Council of Mining & Metals (ICMM), the Mining Association of Canada's Towards Sustainable Mining protocols, guidance from the International Finance Corporation (IFC) Performance Standards and the World Gold Council. This approach ensures a comprehensive and up-to-date IMS. To further our commitment to operational excellence, we will continue to monitor the advancement of sustainability initiatives to ensure we remain a responsible Company in the countries where we do business.

## A summary of our external initiatives and commitments

| | |
|---|---|
| **External Standards** | Extractive Industries Transparency Initiative (EITI) (Puna); International Cyanide Management Code certification (Marigold); ISO Certification (Çöpler) |
| **Industry Associations** | Camara Argentina de Empresarios Mineros (CAEM) |
| **Membership Organizations** | Catalyst Accord |

"We believe in a safe, respectful, inclusive workplace that supports our employees and contractors and helps us attract and retain a diverse workforce. We want our business to be innovative and productive, and we know we need diversity to help us achieve this."

— Michael Sparks,
*Executive Vice President, Chief Legal and Administrative Officer*

# Board Diversity

We recognize the benefits that diversity provides to our Board of Directors. A diverse mix of skills, expertise, experience, perspectives, ages and characteristics leads to a diversity of thought, a deeper understanding of opportunities, issues, and risks and stronger decision-making. We also recognize that the promotion of a diverse Board makes prudent business sense and promotes better oversight and corporate governance. Three of SSRM's Non-Executive Directors are women.

Our Board Diversity Policy promotes the benefits of – and need for – Board diversity. The policy outlines our commitment to a merit-based system for Board composition within a diverse and inclusive culture that solicits multiple perspectives and views and is free of conscious or unconscious bias and discrimination. Our Corporate Governance and Nominating Committee reviews our Board Diversity Policy annually and assesses its effectiveness in promoting a diverse Board.

The Company is a member of the Catalyst Accord 2022 and the 30% Club Canada. These initiatives are aimed at accelerating the advancement of women in the workplace with a target goal of at least 30%

representation of women on public-company boards. In 2022 and in early 2023, the Board of Directors added two members who are women, bringing the total female representation on the Board to over 33%.

SSR Mining has adopted a Diversity Policy which requires the Company to establish specific diversity initiatives, programs and targets. SSRM's Corporate Governance and Nominating Committee oversees the diversity initiatives at the Board level and the Compensation and Leadership Development Committee oversees such initiatives across the Company.

SSR Mining's Corporate Governance and Nominating Committee reviews the Diversity Policy available on our website annually and assesses its effectiveness. SSR Mining and the Board of Directors are committed to establishing measurable diversity objectives and assessing on an annual basis the achievement against these objectives, including the representation of women at all levels of the organization.

# Ethics and Anti-corruption

We take a zero-tolerance approach to bribery and corruption. Every SSR Mining employee, and anyone authorized to work on our behalf, is expected to conduct business legally and ethically and to comply with our Code of Business Conduct and Ethics, Anti-Corruption Policy and all applicable laws. Principally, these include the Corruption of Foreign Public Officials Act (Canada) and the Foreign Corrupt Practices Act (United States).

In 2022, there were no legal actions taken against SSR Mining or its subsidiaries in relation to anti-competitive or

anti-trust behavior.

Annually, all directors, officers and employees are required to acknowledge that they have read and understand the Code of Business Conduct and Ethics, the Anti-Corruption Policy and other Corporate Governance Policies. All employees and Board members complete periodic training on the Code of Business Conduct and Ethics. In 2022, 100% of our corporate employees and board completed training on our Code of Business Conduct and Ethics.

Case No. 1:24-cv-00739-DDD-TPO    Document 60-12    filed 12/17/24    USDC Colorado
pg 17 of 50

# Risk Management

SSR Mining faces many inherent, enterprise-wide risks including extended enterprise, financial, operational, regulatory, reputational, strategic, talent and technological. SSRM's enterprise risk management approach obtains input from operations, subject matter experts and upper-level management with direct oversight from the Board of Directors. The Board as a whole and all Board committees meet periodically with members of senior management to discuss the relevant risks and challenges facing SSR Mining.

Management is responsible for managing the day-to-day risk following the operational risk management framework. Effective risk management is a source of sustainable business benefit and a fundamental way we deliver value for our stakeholders. Sustainability-related processes and policies form part of SSR Mining's wider risk frameworks. Our risk management process is designed to assess, manage and act on relevant risks that could have a material impact on the Company and its stakeholders.

## Five-step Risk Management Process

The risk management process involves five steps



1 IDENTIFY RISK

2 ASSESS RISK

3 CONTROL RISK

4 VERIFY RISK

5 MANAGE CHANGE

## Examples of Risk Assessment

| Risk Assessment | Purpose of the Assessment | Example of Potential Risk Identified |
|---|---|---|
| Tailings Risk Assessment | Identify and analyze conditions or events associated with tailings facilities that could impact communities, environment and or safety and health of our workforce | Uncontrolled process water discharge |
| Physical Climate Risk Assessment | Identify current and emerging physical risks to our operations from climate change | Increased forest fire events in region |
| Project Risk Management | Identify and control risks to effective project management and execution | Identification of impacts to schedule |
| Quarterly Risk Assessment | Identify and analyze risks associated with projects that could negatively affect site success | Lack of skilled workforce |
| Critical Risk Assessment | Identify and analyze critical risks associated with tasks that could negatively affect safety | Fatality risk prevention |
| Annual Risk Assessment | Identify and assess risks that could negatively impact business success | Evolving risks such as geopolitical developments or potential pandemic |



# Whistleblower Policy

We have a specific Whistleblower Policy which sets out the procedure for both formal and informal reporting of concerns. We also maintain anonymous channels for any employee to communicate concerns or complaints without fear of negative consequences. Our complete Whistleblower Policy is available on our website. The policy also includes a clear "no retaliation" provision for all reports made in good faith.

# Payments to Government

We are committed to being a good corporate citizen and developing strong partnerships with the countries where we operate. This is reflected by our commitment to pay the required taxes and royalties and reporting these payments in a transparent and accountable manner.

As part of our Canadian legal requirement under the Extractive Sector Transparency Measures Act (ESTMA), we report our payments to all levels of government in Canada and abroad. Our annual ESTMA reports are available on the SSR Mining website.

# Human Rights

At SSR Mining, we have zero tolerance for human rights violations. As a mining company, we understand that our operations and activities may impact a broad range of human rights within the Company and in local communities. We recognize our roles and responsibilities in respecting and protecting the human rights of those affected by our activities.

Our commitment to respect human rights is codified in our Human Rights Policy, which is aligned with the 'Protect, Respect, Remedy' framework of the United Nations Guiding Principles on Business and Human Rights and reflects the changing social context in which we operate. Our Human Rights Policy compels us to assess and remedy potential human rights issues and seek constructive dialogue with stakeholders and community members impacted by our activities.

At SSR Mining, we assess potential Human Rights issues, take measures to proactively address them and establish a dialogue with stakeholders impacted by our activities. Examples of due diligence include:

 Human rights training and capacity building

 Identification of salient human rights issues

 External reporting

 Site-based complaints and response systems

 Procedures and Standards

| Formal Channel for Grievances: Community Response Mechanisms | |
| --- | --- |
| Purpose | Provide an easily accessible site-level process for community stakeholders to provide feedback to us |
| Key Policies | IMS, Sustainability Policy |
| Communication Channels | Varies by site: examples include community drop boxes, offices, telephone lines, email and text messages, dedicated QR code |
| Primary Users | Local communities and external stakeholders |

To implement our policy and better understand and manage potential risks, historically, SSR Mining conducted an internal review of salient human rights that considered impacts across a range of topics, including:

- Working conditions
- Environmental issues
- Security arrangements
- Vulnerable groups
- Indigenous relations
- Supply chain management

In 2023, we will review the assessments and their potential impact at all our sites.

# Building a Safe, Healthy and Competent Workforce



# Introduction

Our employees are the foundation of our business success. Transforming world-class ore deposits into best-in-class mines requires the talent and dedication of a highly competent and motivated workforce and a safe, healthy working environment. Most recently, our ability to successfully navigate through a global pandemic underscores our commitment to a safe workplace and the resilience and dedication of our employees and business partners.

# Our Approach

At SSR Mining, health and safety have always been and will always be a foundational value. Mining as an industry has a range of inherent risks and failure to implement to develop and implement robust standards can result in serious and life-altering injuries, loss of life and damage to assets. However, we believe that with appropriate controls, sound management of factors to minimize risk and robust employee engagement, the majority of safety incidents are preventable.

Our number-one objective, above anything else, is to reduce harm and reduce incidents that hurt our employees and business partners. It is clear from our performance in 2022 that we have more work to do in both of these areas. Safety begins with leadership and engagement, identifying and controlling risk, the elimination of hazards, improving ongoing training and responding appropriately when the unexpected happens.

Safety at SSR Mining is governed by our Health and Safety Policy which sets out a commitment to:

- A safety culture that addresses safety and health both as a company and a personal value for us and those we work with
- Protect the health and safety of employees and our business partners at all stages of the mine life cycle
- Provide employees and contractors with a safe working environment free from uncontrolled hazards
- Implement effective safety, health and security systems at all operations
- Evaluate the health and safety implications of business decisions
- Measure and monitor the safety and health performance of our operation against set objectives and targets
- Promote initiatives that foster a safety culture
- Promote wellness and healthy lifestyles for our employees, local communities and those we work with

Our management approach to Safety and Health is overseen by our Senior Vice President, Environment, Health, Safety and Sustainability with support from our Director of Health & Safety and dedicated site-level teams, which include subject matter experts at each operation and each project.

# Our Commitment to Safety

We remain committed to the principle of safe production and firmly believe occupational illnesses and injuries are preventable and we will continue to provide a workplace that fulfills such objectives.

Safety initiatives taken in 2022:

- Strengthened capacity of EHSS department
- Joined the Flight Safety Foundation Basic Aviation Risk Standard (BARS) program – improving safety at our exploration and our fly-in/fly-out operations

- Improved the implementation our Critical Risk Management system at sites, based on ICMM guidance, to further minimize the potential risk for injury or fatalities
- Implemented a focused Leadership in the Field initiative to address safety performance at sites

# Health and Safety Management

Our Health and Safety policy applies to all employees and contractors working across our business. The policy is backed up by robust enterprise and site-specific safety management plans and systems which align with the international best practice standards OHSAS18001 and ISO45001.

## Risk Management

We regularly assess the safety and health-related risks across each part of our mines. These assessments ensure that we are aware of the specific risks in each part of the mine and inform us that the most appropriate critical controls are in place.

Further to this, our safety plans follow a risk mitigation hierarchy of control which includes the identification of risk, assessment of controls and the implementation of controls.

## Employee Engagement

We encourage our staff to think proactively about safety and health risks and to take responsibility for their own safety and for the safety of their colleagues. We empower our workers to challenge their supervisors if they believe

that appropriate safety measures or equipment are not in place, and all workers have the right to refuse work on the grounds of safety or health risk.

## Training

Safety education and training are an important part of induction and ongoing development for all employees and contractors. Additional job-specific safety training is provided and followed by competency reviews to ensure employees have the knowledge, skills and practical experience to conduct their work safely and effectively. Examples include heavy equipment operation, the safe use of chemicals, dealing with spills, working at height and hot work.

## Occupational Hygiene

We strive to ensure parity between our approach to managing safety risks and those related to occupational health hazards. Significant progress has been made in the improved characterization of workplace exposures and associated controls. Our site teams include occupational hygienists who also coordinate with occupational medical specialists.

# Performance

Our number-one objective, above anything else, is to reduce harm and the incidents that hurt our employees and business partners. It is clear by our performance in 2022 that we have more work to do. Puna suffered a fatality in January 2022, when a vehicle contracted to transport mine personnel home at the end of rotation left a public road approximately 20 kilometers from the mine. While this incident did not occur at our operations, it took place while people were in our care, and as such, we treated it as our own. A full investigation was carried out following the incident to identify the root case and any necessary corrective actions. Following the investigation, key changes were made to the transport of personnel during the rainy season.

The safety performance at our operations also saw a decline this year. Total Recordable Injury Frequency (TRIF) per million hours worked, increased from 2.47 in 2021 to 3.97 in 2022. To improve performance and realign with our targets, we developed and implemented a safety remediation plan during the year. Key aspects of the plan include:

- Employee Engagement

  In 2022, we initiated a company-wide initiative to engage leaders and workers to discuss safety. This initiative, called Leadership in the Field, or LIF, has been further enhanced with a focused design to facilitate quality conversations between leaders and workers which focus on timely and collaborative health and safety topics within the workplace. As part of this initiative, training modules were developed, and the initiative is being introduced and cascaded into the organization by key senior operational leaders.

- Embedding the Integrated Management System (IMS)

  The Integrated Management System provides a strategic roadmap for the implementation and embedding of health, safety, environment and community standards throughout the business. These standards have been initially introduced, and in 2023, the focus will be on integrating these standards into the operating system of our business units through an integrated approach within our operations. Additionally, a robust cross business audit process is being introduced which includes a strong learning and awareness component for operational and functional leaders.

- Development of a Three-Year EHSS Strategy

  The intent of this strategy will be to identify and agree to specific key emphasis areas for 2023 through 2025. This strategy will provide for a consistent and effective framework for operational sites to develop and implement site-specific plans that are aligned with the strategy. In 2023, all sites are completing site-specific safety plans focused on safety performance improvement.

- Improving Incident Reporting and Investigations

  As a business, our reporting routines are moving to a stronger focus on leading indicators. We also realize that reporting and investigations are critical parts of reducing harm as they allow for sharing of information. The improvement in reporting and investigation of key incidents is a focus across SSR Mining as the organization emphasizes the importance of prevention, mitigation and communication of the types of incidents that cause harm. Changes to incident reporting and investigations include key target dates for investigations, completion and final review with senior leaders and sharing lessons learned throughout all operations.

## 2022 Total Recordable Injury Frequency (TRIF)[1]

| | |
|---|---|
| Çöpler | 2.18 |
| Marigold | 6.97 |
| Seabee | 17.92 |
| Puna | 1.61 |
| **SSRM (per 1 million hours)** | 3.97 |

[1]Rolling 12 month average (Jan. 1-Dec. 1)



# Occupational Health

We recognize that there is more to ensuring worker and community health and well-being than simply working to prevent injuries.

At SSR Mining, we are taking a proactive approach to health through environmental, biological and medical monitoring and quantifying occupational exposure risk. Assessing these risks will allow for exposure reduction or elimination. SSR Mining's goal is to minimize health risks to employees, business partners, visitors and communities. Examples of such occupational health risks include exposure to dust and fumes, chemicals, noise, ergonomics and communicable and non-communicable diseases.

Puna, which is a silver-lead-zinc mine, has strict controls in place to ensure that a limited number of people are exposed to lead. The site is currently undertaking a detailed exposure study to understand where the highest exposures are. Controls include:

- Women of child bearing age are not assigned to work in areas with known lead exposure.
- All workers that are exposed have blood tests.
- All workers in the plant are required to wear respirators.

As a strategic long-term priority, we will monitor our global standards to improve how we manage the material health and hygiene risks facing the business.

# Emergency Preparedness

Making sure we are adequately prepared for emergencies is a key part of our commitment to providing a safe environment, both for our people and the communities we work in. While the details of Emergency Plans vary by site, the fundamentals of our approach are consistent: well-trained teams, appropriate equipment, effective communication and clear protocols.

Each site develops and manages emergency response activities, with the focus on surface or underground rescue and response. Our rescue teams coordinate activities in their regions to encourage mutual aid, share best practices and generally improve performance.

For example, at our Çöpler Mine in Türkiye, there are three dedicated emergency response personnel complemented by a team of 86 trained workers. A minimum of 20 trained emergency response workers are present on-site at any one time. Our Marigold Mine in Nevada has partnered with Valmy's Volunteer Fire Department to coordinate emergency responses in Humboldt County. Members of Marigold's Emergency Response Team (ERT) are enrolled as Valmy Volunteer Firefighters and have received necessary training to respond to fire emergencies.

Mock drills are performed periodically throughout the year to ensure all workers know what to do in the event of an emergency, and we have a target of a three-minute emergency response time.

As part of emergency preparedness in 2022, we also finalized a detailed communication strategy to manage crisis communications within the organization at the local, regional, national and international level. We modeled the plan to suit various expected emergency scenarios, which will help in engaging with our stakeholders quickly, truthfully and accurately.

# Wellness at Work

For general wellness care, our workers and contractors can access non-occupational health services through their respective national healthcare systems (Canada), through Company-supported health insurance coverage (USA), or Company-sponsored insurance coverage from their respective employers (Argentina and Türkiye).

We also run health-related campaigns on-site aimed at helping our workforce improve their overall well-being. Topics such as smoking cessation, healthy eating, weight management and fatigue management are regularly communicated and discussed in pre-shift meetings.

# Training Our Talent

Our success as a business is underpinned by the skill, commitment, and dedication of our workforce. Our achievements, despite the ongoing challenges of a post-pandemic world, are a testament to the resilience, dedication and talent of our team.

Our approach to the development of our people is to strategically and continuously invest in training and education to ensure we meet our business and operational needs both now and in the future. At SSR Mining, talent development goes deeper than straightforward training initiatives. We want our people to explore their interests and abilities in the context of work. We provide a range of technical skill development, leadership and business literacy skills, training on procedures and standards, and career development.

# Valuing Our Workforce

People are our core strength. More than any other factor, our success depends on their capabilities and commitment. We focus on attracting and retaining experienced and skilled talent with a culture that puts safety at its core and supports people to reach their potential.

We believe that transparent communication with workers and unions is critical to the effective execution of our operations. We do not impose restrictions on union representation, and we respect the rights of freedom of association and collective bargaining. In total, 37% of our workforce are union members and have collective bargaining agreements in place. In 2022, we enjoyed positive labor relations across all sites. As an example, at our Çöpler Mine we invite union and workforce representatives to attend site level EHSS committee meetings on a regular basis.

In 2022, SSR Mining undertook several initiatives designed to positively impact its workforce. For its United States-based workforce, the Company adopted a revised U.S. Parental Leave Policy for Births and Adoptions. Under the revised policy, eligible employees are entitled to six consecutive weeks of fully paid parental leave in a rolling 12-month period. In addition, mothers who have given birth are entitled to an additional six to eight weeks of fully paid leave, as determined by the applicable health care provider, under the Company's Short-Term Disability Policy. The Company also undertook a comprehensive redesign of its global performance management review process to ensure employees across our operations are being evaluated on a consistent and standardized basis.



"At SSR Mining, we value the engagement of our workforce and are committed to providing a healthy and safe workplace to ensure an overall 'Safe for Life' emphasis."
— Patrick James,
*Senior Vice President, Environment, Health, Safety and Sustainability*

Case No. 1:24-cv-00739-DDD-TPO    Document 60-12    filed 12/17/24    USDC Colorado
pg 24 of 50

# Diversity and Inclusion

SSR Mining recognizes that a workforce composed of many individuals with a mix of skills, experience, perspectives, backgrounds and characteristics leads to a more robust understanding of opportunities, issues and risks and to stronger decision-making. Given the broad geographic footprint of the Company's operations, we benefit from a meaningfully diverse workforce.

The Company and the Board of Directors are committed to establishing measurable diversity objectives and assessing on an annual basis the achievement against these objectives, including the representation of women at all levels of the organization. The Company has adopted a Diversity Policy which requires the Company to establish specific diversity initiatives, programs and targets and the CLD Committee oversees diversity initiatives across the Company. We recognize the industry-wide challenge of attracting women to the mining industry. In accordance with our policies, we actively seek to increase the number of women we employ at our operations.

We strive to foster an open and inclusive workplace environment and strongly support the principle that all individuals should have an equal opportunity to participate in our company and achieve their full potential. We are committed to providing and maintaining a work environment built on mutual trust and respect, where diversity and inclusion are valued and where every member of our workforce feels welcome.

In alignment with our Code of Conduct, the Human Rights Policy and the Diversity Policy, everyone at SSR Mining shall:

1. Treat each other and all members of the outside community with respect and courtesy
2. Maintain a workplace free from all forms of harassment
3. Never permit factors like race, religion, color, gender, sexual orientation, age, nationality or ethnicity to determine decisions about hiring, employment promotions, pay rates, transfers, layoffs or terminations (or condone decisions by others determined by such factors)
4. Never permit physical disabilities to determine work-related decisions, unless the disability prevents a person from safely doing a job and the disability cannot be reasonably accommodated

With operations across four countries, our workforce is comprised of people from a wide range of backgrounds and a broad set of skills, values and experiences. We value this diversity and the organizational strength and innovative thinking it brings to our business.

Mining is traditionally a male-dominated industry, and to help redress this, a key focus at SSR Mining is to promote and encourage women to join our workforce at the mine and, once employed at the mine, to progress in their careers.



# Our Commitment to Our Employees

Our commitment to our employees is embedded in SSRM's key policies, including the Code of Business Conduct and Ethics, the Diversity Policy and the Human Rights Policy, where the respect for the rights and dignity of others is an integral part of our commitments to individuals and to promoting a positive work environment. To achieve this, we:

- Do not tolerate discriminatory conduct in the workplace
- Provide a fair and non-discriminatory employee grievance system
- Value diversity and treat all employees and contractors fairly, providing equal opportunity at all levels of the organization without bias
- Employ and promote employees on the basis of merit
- Provide fair and competitive compensation
- Maintain the confidentiality of collected personal and private information about employees
- Recognize the right of employees to freedom of association
- Provide appropriate training and development opportunities
- Consult, communicate and provide appropriate support to employees

The table below summarizes the total full-time workforce of the Company by location and gender:



In addition to gender diversity, SSR Mining maintains self-reported ethnicity information for our United States-based and Canadian-based workforce:

| 2022 US Workforce Ethnicity Self-Disclosure | | | | | | |
|---|---|---|---|---|---|---|
| Hispanic or Latino | White | American Indian or Alaska Native | Asian | Black or African American | Two or More Races | Prefer Not to Answer |
| 48 | 475 | 11 | 8 | 4 | 9 | 9 |

| 2022 Canada Workforce Ethnicity Self-Disclosure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hispanic or Latino | Non-Indigenous & Non-Visible Minority | Indigenous | Asian | Black | Native Hawaiian or Other Pacific Islander | Other | Two or More Races | Prefer Not to Answer |
| 5 | 121 | 110 | 11 | 2 | 1 | 65 | 9 | 79 |

Additional information regarding human capital management can be found in the Company's 2023 Proxy Statement.

## 2022 Gender Representation Levels

**Board**

 33%

 67%

**Corporate Office**

45%

55%

**Entire Business**

14%

86%



# CEO Action Initiative

SSR Mining's President and CEO Rodney Antal joined CEO in Action. This initiative is a CEO-driven business commitment to advance diversity and inclusion within the workplace.

The CEO in Action pledge outlines a specific set of actions the signatory CEOs will take to cultivate a trusting environment where all ideas are welcomed, and employees feel comfortable and empowered to have discussions about diversity and inclusion, including the following:

• Make our workplaces trusting places to have complex and sometimes difficult conversations about diversity and inclusion.

• Implement and expand unconscious bias education. Unconscious bias education enables individuals to begin recognizing, acknowledging and minimizing any potential blind spots they might have but wasn't aware of previously.

• Share best practices and key learnings. Companies have established programs and initiatives around diversity and inclusion. Yet, we know that many companies are still developing their strategies. We will commit to helping other companies evolve and enhance their current diversity strategies and encourage them, in turn, to share their successes and challenges with others.

• Create and share strategic inclusion and diversity plans with our Board of Directors to prioritize and drive accountability around diversity and inclusion. Given the shared responsibility for driving strategies that help companies thrive, boards and CEOs play an important role in driving action together to cultivate inclusive cultures and talent.



# Building our Positive Impact on Communities

US$2.5 M in annual community investments

Maintained strong local employment at all operations

# Introduction

Community engagement is the cornerstone of our approach to community relations.

We engage local communities as early as possible in the mine life cycle to create the strong foundation needed for the development and operation of a mine. All our exploration projects and operations have context-specific local community engagement processes to deliver robust, transparent and trust-based stakeholder consultation.

# Our Approach: Developing Strong Community Relations

The objective of our community relations approach is to contribute positively to the communities, regions and countries we operate in, and at closure, to leave behind a positive economic legacy. We see this as both the responsibility of any modern mining company and the right thing to do. It also helps to deliver the social license necessary to run our operations.

Open and honest community engagement is fundamental to our approach. We engage local communities as early as possible in the mine life cycle to create the strong foundation needed for the development and operation of a mine. All our exploration projects and operations have context-specific local community engagement processes to deliver robust, transparent and trust-based stakeholder consultation and we work hard to develop transparent and participatory engagement mechanisms to:

- Deliver information regarding operations in a timely manner.
- Provide access to company representatives, who will listen, respond and act on community concerns.
- Resolve grievances in a fair and reasonable manner.

Responsibility for policies and activities are monitored and governed by the Safety and Sustainability Committee of the Board of Directors, which helps ensure compliance with applicable laws, legislation and policies.

"As guests in the countries where we operate, SSRM has a responsibility to the communities where we live and work, from the moment we arrive to the moment we leave. We recognize sustainable mining requires collaborative planning with local communities to ensure lasting social and economic benefits beyond the life of the mine."

— Dominique Ramirez,
*Director, Sustainability*

## Key Community Activities Throughout the Mine Lifecycle

### At the Exploration Stage

As contact with community members starts, so do discussions and dialogue to gain their trust and support. Activities include discussions to facilitate opportunities for people living in nearby communities, negotiations for land access, assistance to traditional owner groups to build their capacity to negotiate and support or contributions to local initiatives.

### At the Construction Stage

- Implementation of programs to help integrate new employees and contractors and their families into the community (if not hired locally).
- Partnering and collaborating with government and other organizations to ensure the delivery of services (such as childcare, education and housing) to communities impacted by construction activity.
- Providing employment, training and business opportunities for local people in the construction phase and beyond.

### At the Project Development Stage

Initiation of community needs analyses and social baseline studies in collaboration with key stakeholders to plan the company's community development and engagement programs.

### At the Operations Stage

- Working in collaboration to allocate and distribute community development funding in line with community needs analyses.
- Implementing or supporting initiatives that address identified community needs.
- Building the capacity of local organizations (such as through the provision of funding and in-kind support to volunteer and not-for-profit organizations).
- Providing training, employment and business development opportunities for local people.
- Partnering and collaborating with other organizations to deliver improved services for the community.
- Supporting or funding a community visioning exercise.

### At the Closure Planning Stage

- Working with communities to help them define a post-mining future or providing support for the community to undertake these processes independently.
- Identification of viable alternative uses for mine land and project infrastructure.
- Helping to build the capacity of local people to utilize opportunities presented by mine closure.
- Evaluation of appropriate alternative structures, such as trusts and foundations, to provide economic benefits beyond the life of the mine.

As part of the Integrated Management System, SSR Mining sites develop a formal community relations strategy and plan based on each community's specific needs, including planning for when the mine is no longer operational. During this transition, sites are required to continue their engagement strategies as well as manage grievances.

Case No. 1:24-cv-00739-DDD-TPO    Document 60-12    filed 12/17/24    USDC Colorado
pg 28 of 50

# Grievance Management

All our operations have grievance mechanisms in place to enable local communities and other stakeholders to formally lodge grievances and raise issues and concerns with us. Our grievance mechanisms are informed by the requirements of the UN Global Compact and the International Finance Corporation and are governed by our internal grievance management standard. We track the number of community grievances lodged and aim to resolve all grievances through the mechanism within 30 days of receipt. Carefully tracking grievances helps us to understand and address community concerns before they escalate.

The Çöpler Mine's grievance mechanism is an important part of its local stakeholder engagement program and overall governance of sustainability. It also provides valuable insight into the performance of our community development and engagement work. During 2022, we undertook a deep dive review and audit of the Çöpler grievance mechanism against our internal standard. The review indicated that while grievances were being resolved, the documentation process was not being fully followed, and an action plan of steps to take were developed to make grievance management at Çöpler more robust. During 2022, we also established a grievance mechanism at our Marigold Mine in Nevada. Lodging points are available both online and physically in the nearby towns of Battle Mountain and Valmy.

| 2022 | Received | Resolved |
|---|---|---|
| Çöpler | 13 | 11 |
| Seabee | 2 | 2 |
| Marigold | 1 | 1 |
| Puna | 3 | 3 |
| Total SSRM | 19 | 17 |

## Communities Located Near Our Operations

### Seabee

Seabee is a fly-in/fly-out mine and defines five communities as local based on proximity to the mine. We focus our engagement and outreach efforts on these communities.

### Çöpler

Çöpler classifies communities on a four-scale ranking. Impacted, Affected, Zone 3 and Zone 4. Seven local villages are classified as "Impacted" and a further three as "Affected." The wider province of Erzincan is classified as Zone 3, and Türkiye is classified as Zone 4.

### Marigold

While the Marigold mine is not directly adjacent to a local community, the community relations team has identified local communities in the surrounding area for the focus of engagement activities.

### Puna

There are six communities identified as "direct impact" and are closest to our operations and associated infrastructure. We define a further eight communities as 'indirect impact."



# Community Engagement at the Çöpler Mine

At the Çöpler Mine, we have a wide-ranging Stakeholder Engagement Program (SEP) which sets out the ways in which we engage with our stakeholders and ensures regular communication with stakeholder groups throughout the year. Some of the elements included in the Çöpler Mine SEP are:

- Quarterly results presentations to shareholders and local authorities and an annual presentation of results and performance to local communities
- Regular meetings with local mayors, Muhktars and other community representatives
- Inviting trade union representatives to visit and attend meetings on site
- Community grievance mechanism
- Attendance at local industry and investor conferences

At the Çöpler Mine in 2022, we held 358 engagements with local community members. These included meetings with shareholders, analysts, local communities, authorities, contractors, government representatives and trade union officials. Some of the key topics discussed included the Social Development Fund (SDF), exploration activities, cyanide awareness, local procurement and contracting opportunities and job creation.

## Community Investment

We recognize the important role our operations can play as catalysts for social and economic development in the communities we operate in and beyond. All our operations support a wide range of community development initiatives, which are based on local socioeconomic, environment and community needs.

Community investment is an approach that is integrated in our Environment and Sustainability Policy. The policy outlines our commitment to social sustainability and community development by:

- Building appropriate community engagement and development systems to prioritize support for sustainable development, including equitable access to jobs, training and education opportunities.

We support local social and economic development in three key ways:

- Hiring from the local community,
- Prioritizing local suppliers, and
- Providing support for community projects and initiatives.

Our management approach to Community Investment and Development is overseen by our Senior Vice President, Environment, Health, Safety and Sustainability with support from our Director of Sustainability and at an operational level by dedicated site Community Relations.

## Hiring Locally

For local communities, employment opportunities are a primary benefit of our presence. Hiring workers from the communities nearest our mines and the countries we operate in is one of the most important contributions we make to local social and economic development. We strive to maximize local hiring at all our operations. Our approach varies based on the cultural and geographic context of each site.

At all our mines, we strive to recruit wherever possible from the nearest communities. If we cannot find the appropriate skills or qualifications within these communities, we look to the wider region and neighboring provinces before looking to national employees and, ultimately, expatriates. We also provide skills development programs for our workers, contractors and local communities to help them develop the skills they need.

The Çöpler Mine in Türkiye has set specific targets for local and in-country employees; aiming to hire 90% of our unskilled workers from communities; 80% of semi-skilled workers from communities; and 80% of our skilled workers from Türkiye.

At Marigold, a significant majority of the workforce are residents of Nevada.

At Seabee, five local communities (as defined by their proximity to the site) are the focus of hiring efforts. Seabee also hires employees and contractors who identify as Indigenous. In 2022, approximately 23% of Seabee employees self-identifiy as Indigenous and 91% of employees are considered local (this figure includes Indigenous employees).

Puna Operations has defined 14 local communities based on their proximity. 48% of Puna's workforce is considered local.

## Prioritizing Local Suppliers

We recognize our supply chain can act as a massive lever to multiply the economic benefits of our presence. Like our hiring strategy, our procurement processes prioritize local companies.

# Investing in Local Community Projects

Each year, we contribute to the development of our local communities by making direct investments in community infrastructure and social programs.

## 2022 Community Investment by Theme[1]



| | |
|---|---|
| 1% Health | 0% Water Infrastructure |
| 4% Education | 1% Community Engagement |
| 51% Arts, Culture, Sport | 11% Other |
| 2% Environment | 4% Value of Scholarships |
| 14% Economic Development | 2% Compensation Payments |
| 10% Infrastructure | |

[1]Items listed are approximate and totals differ due to rounding.

## 2022 Community Investment by Category (USD)

| | Çöpler | Puna | Seabee | Marigold | Total |
|---|---|---|---|---|---|
| Health | – | $9,730 | $3,846 | $15,000 | $28,576 |
| Education | $51,320 | $29,797 | $8,461 | $10,772 | $100,350 |
| Arts culture, sport | $1,244,199 | $20,470 | $14,948 | $8,560 | $1,288,177 |
| Environment | $49,999 | $6,111 | – | $500 | $56,610 |
| Economic development | $60,910 | $281,354 | $19,999 | $10,700 | $372,963 |
| Infrastructure | $17,460 | $241,460 | – | – | $258,920 |
| Water infrastructure | – | – | – | – | – |
| Community engagement | – | $3,457 | – | $7,160 | $10,617 |
| Other | $14,977 | $257,978 | – | – | $272,955 |
| Value of scholarships | $34,782 | $2,737 | $21,538 | $50,000 | $109,057 |
| Compensation payments | – | $42,558 | $385 | – | $42,943 |
| Total | $1,473,647 | $895,652 | $69,177 | $102,692 | $2,541,168 |



# Development Funds

Alongside the direct investments we make, we have dedicated social development funds at our Puna Operations and Çöpler Mine. These funds aim to support sustainable projects in the local communities to help diversify economic activity in the local area and reduce reliance on the mine.

## Marigold

The mine provides support to the University of Nevada, Reno and has been contributing to it since 2012 through royalties. During 2022, Marigold provided 38 scholarships including 16 to women. Recipients were dependents of Marigold employees and students from local communities. Through the Colorado School of Mines, we provide an annual Women in Mining Scholarship to help a student to advance her career.

## Puna

In rural Jujuy, near our Puna operations, we partner with local schools to improve educational outcomes. Since 2012, we have supported the renovation of six local schools. In collaboration with the Argentina Ministry of Education, we helped to create a program to enable community members, including our employees, to complete their secondary education. In 2022, twenty scholarships were awarded to community members from regions near Puna and two of the scholarships were awarded to women.

## Seabee

We fund a breakfast program in the Gorden Deny School in the nearby town of La Ronge, in partnership with the Breakfast Club of Canada. This program provides a nutritious breakfast in an inclusive, caring environment for more than 200 students. In 2022, we provided a total of 10 scholarships, including five to women.

## Çöpler

In 2022, we provided 1,398 scholarships to local community members. These ranged from scholarships for vocational high school students to scholarships that would provide support towards a Master's degree. Approximately 60% of the scholarships that were awarded were distributed to women.

## Argentina Community Development Fund

Puna Operations partnered with the local and regional government to invest in local communities through a Social Development Fund (SDF). This innovative partnership between the mine and host communities aims to promote financial inclusion and create opportunities for local entrepreneurs and support a wide range of social and community development projects.

Management of the fund will be participatory in nature, and the board of directors will consist of representatives of local communities to evaluate, approve and deliver financing for the projects. In 2022, an initial contribution of US$100,000 was made to get the fund up and running, which represents 10% of the annual contribution.

## Çöpler's Social Development Fund

Çöpler's SDF aims to provide financial support to local entrepreneurs so they can set up or grow their own businesses. Projects are selected based on a set of development priorities agreed in consultation with the community and aligned with local government development plans and priorities. The SDF is funded from contributions by the Company of US$2 for every ounce of gold produced annually by the Çöpler Mine, thereby linking the benefits we share with the community to our success as a company and is in addition to other community investments made directly by the company.

To date, the Çöpler Sustainable Development Fund has distributed more than US$500,000 to encourage entrepreneurship around the mine.



# Building our Environmental Stewardship

Water Strategy Plan developed

Net Zero roadmap advanced

89% water used or recycled

401,280 t CO2-e produced

Being responsible environmental stewards is a critical part of our business. By using natural resources and energy efficiently, recycling waste and working to protect biodiversity, we deliver long-term value to all stakeholders and leave a positive legacy.

# Our Approach

Our approach to environmental management is set out in our Environment and Sustainability Policy. The policy outlines our commitment to minimize our impact on the natural environment and to proactively manage those impacts which cannot be minimized.

We manage our operations in strict compliance with all relevant environmental standards. We take precautionary measures to avoid negative impacts on ecosystems wherever possible. When adverse impacts do occur, integrated programs are implemented to aid recovery of the affected area. We include environmental considerations in every stage of the mine lifecycle to ensure we are reducing as far as possible the impact of our operations. We strive for continuous improvement in our environmental performance.

Our management approach to responsible environmental stewardship is overseen by our Senior Vice President, Environment, Health, Safety and Sustainability with support from our Directors of Environment, Health and Safety and Sustainability. Additionally, there are dedicated teams at each operating site and project, which include subject matter experts in a variety of disciplines.

One way we monitor our environmental performance is by tracking the number of environmental incidents that occur because of our activities, even when they are minor and contained within the mine site. In 2022, we updated the classifications system across the Company, following a significant incident that occurred at Çöpler.

# Environmental Incidents

One of the key ways we monitor our environmental performance is by tracking the number of environmental incidents that occur as a result of our activities. We track all environmental incidents linked to our operations regardless of size. Incidents are classified based on severity of consequence and impact.

In June 2022, Türkiye's Ministry of Environment, Urbanization and Climate Change ("Ministry of Environment") temporarily suspended operations at the Çöpler mine site as a result of a leak of leach solution containing approximately 8kg diluted cyanide. The leak occurred from a pipeline that pumps diluted cyanide solution to Çöpler's heap leach pad. The Ministry of Environment visited the site and ordered remediation and improvement initiatives to be undertaken. SSR Mining completed these initiatives and received the required regulatory approvals from Türkiye's government authorities in September 2022, at which time all operations were restarted at the Çöpler Mine.

Monitoring results shows there were no significant impacts to the receiving environment or risk to human health. We completed a full clean up and remediation of the impacted area and undertook an investigation to understand the root cause of the incident.

# Adapting to Climate Change

At SSR Mining, we acknowledge that climate change and extreme weather are material issues across the mining industry and for our broader society. We are committed to being part of the global solution to the climate change challenge.

In 2020, we made a commitment to immediate climate action, releasing a commitment to climate change that sets a net zero operational greenhouse emissions goal by 2050. With increasing concerns about the industry's impact on climate change and a growing ESG focus from stakeholders, we started a process to move to net zero. To date, each operation has completed a climate change physical risk assessment. As a result of this physical risks analysis finalized in 2021, several examples of risks and opportunities are outlined as follows:

| Risk | Description | Potential Opportunities |
| --- | --- | --- |
| Increased temperatures | Climate models show exposure to this risk impacting ice roads in northern locations | Alternative site access ways and transportation options |
| Potential flooding events and overall water availability | Projected trends in maximum rainfall suggest a potential increase in this hazard | Innovations that result in reduced water consumption |
| Extreme weather events | Projected trends in drivers of wildfires causing potential impacts to infrastructure and diminishing air quality | Robust dust and air quality monitoring programs and collaboration with communities |

Our journey to net zero emissions won't be linear. It will vary depending on production cycles, national infrastructure constraints and company growth opportunities.

Our strategic approach to climate change and climate risk is informed by three key principles; understanding the risks, assuring and reducing to the extent practicable our impacts on climate change and disclosing our performance.

In 2022, we progressed the work of understanding opportunities for emissions reduction potential at each one of our sites and developed an internal assessment and visualization tool that will allow us to better support operational decision-making and maintain a focus on the performance of each operation. SSRM's vision to achieve its net zero commitment by 2050 is to deliver the greatest emissions reductions for the most efficient cost and operational strain.

## SSRM's Principled Approach to Decarbonization

 **Create value** for investors, customers, employees and community stakeholders; consider how decisions impact each group

 **Focus on actionable** pathways that SSRM can pursue in the short, medium and long-term for existing and new operations

 Assess **broader industry and community impacts**, especially in relation to those without the resources or abilities to address climate change themselves

 **Enable outcomes** by embedding decarbonization goals and objectives into business systems

Our focus in 2023 will be to refine the identified options to disclose milestone short-term targets as well as SSRM's broader road map of strategic actions to help reduce the company's carbon footprint and improve energy management, include the following initiatives:

- Establishing a Climate Change Technical Coordinating Committee to identify opportunities to reduce Greenhouse Gas (GHG) emission intensity and identify risks, opportunities, priorities and associated costs.
- Undertaking climate change management and reporting to meet the requirements of the Taskforce on Climate-Related Financial Disclosures (TCFD).

## To Build the Road Map, We Advanced the Following:



### Setting the Baseline

Worked to understand the baseline emission for our expanded company.



### Understanding the Risks

A physical risk assessment was conducted at the Çöpler Mine to align the understanding of the formal approach to assessing climate risk.



### Disclosing our Progress

The Carbon Disclosure Project (CDP) is a globally recognized organization who conducts environmental, social and governance (ESG) reporting with the goal of sustaining economies and the health of the globe. This year, over 18,000 companies disclosed through CDP, making it the largest and most comprehensive dataset on environmental action – particularly related to climate and water risks. We have submitted responses to the CDP questionnaire since 2020 and have worked to align our climate change disclosures with the requirements of the TCFD. For both Climate and Water, our CDP rating was a B-

# Energy and Greenhouse Gas Emissions

## Performance

The energy we use is our most significant source of greenhouse gas emissions and a significant operational cost for our business. By striving to use energy as efficiently and as practically as possible, we can reduce our emissions and deliver cost savings to the business.

At each site, we track our energy data and emissions data to understand our total consumption and emissions as well as the sources. This helps us target areas to improve efficiency and reduce emissions. Our Marigold and Çöpler Mines together account for more than 80% of our group emissions and 70% of energy use. The energy we consume is primarily diesel, followed by purchased electricity from national grids while the emissions emanate from mobile diesel followed by stationary diesel.

In 2022, our total energy use was 4,724,530 GJ, our scope 1 (direct) emissions were 308,333 tonnes of $CO_2$-e, and our scope 2 (indirect) emissions were 92,947 tonnes of $CO_2$-e. Our total scope 1 & 2 emissions for 2022 were 401,280 tonnes of $CO_2$-e.

## 2022 Energy Consumption (GJ)[1]

| | Electricity Purchased | Natural Gas | Diesel | Propane | HFO | Bio-diesel | Anfo | Emulsion | Gasoline | Aviation Fuel | Electricity self generated | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Çöpler | 860,352 | – | 493,682 | – | – | – | 6,552 | 1,571 | – | – | – | 1,362,156 |
| Puna | – | 501,632 | 366,566 | – | – | – | 4,248 | 3,093 | – | – | – | 875,539 |
| Marigold | 169,327 | – | 1,837,816 | 46,006 | – | – | 16,604 | 2,037 | 23,178 | – | 220 | 2,095,188 |
| Seabee | 195,633 | – | 131,583 | 51,181 | 3,681 | – | 3,128 | – | 4,582 | 1,856 | – | 391,646 |
| **SSRM** | 1,225,312 | 501,632 | 2,829,647 | 97,188 | 3,681 | – | 30,533 | 6,701 | 27,760 | 1,856 | 220 | 4,724,530 |

[1] Items listed are approximate and totals differ due to rounding.

## Our emissions (Tonnes of $CO_2$-e)



## 2022 Tonnes of $CO_2$-e Emissions by Location

| | Direct Emissions (Scope 1) | Indirect Emissions (Scope 2) | Total Emissions |
|---|---|---|---|
| Çöpler | 88,452 | 69,722 | 158,174 |
| Marigold | 150,063 | 16,622 | 166,686 |
| Puna | 56,521 | - | 56,521 |
| Seabee | 13,297 | 6,603 | 19,899 |
| **SSRM** | 308,333 | 92,947 | 401,280 |

## 2022 Site Total Emissions as a Percentage of SSRM Total



● Çöpler 39%   ● Puna 14%   ● Marigold 42%   ● Seabee 5%

## Emissions by Source (Tonnes of $CO_2$-e)



Lime neutralization | Roaster | Lime kiln | Other | Purchased elec | Natural gas | Stationary diesel | Mobile diesel | Propane | HFO | Biodiesel | Anfo | Emulsion | Gasoline | Av gas

## 2022 Tonnes of $CO_2$-e Emissions by Location



■ Direct GHG Emissions (Scope 1)   ■ Indirect GHG Emissions (Scope 2)

## 2022 Electricity Consumption (KWh) by Source

| | Electricity Purchased (Grid) | Electricity Self-Generated | Electricity Self-Generated by Renewable Sources | Electricity Self-Generated (non-grid) | Total Electricity Consumption |
|---|---|---|---|---|---|
| Çöpler | 238,986,580 | 0 | 0 | 0 | 238,986,580 |
| Marigold | 47,035,187 | 1,156,103 | 61,232 | 0 | 48,191,290 |
| Puna | 0 | 52,459,000 | 0 | 0 | 52,459,000 |
| Seabee | 54,342,606 | 215,114 | 0 | 0 | 54,557,720 |
| **Total** | 340,364,373 | 53,830,217 | 61,232 | 0 | 394,194,590 |



# Responsible Water Management

Our mines rely on ready access to a steady supply of fresh water to operate. Access to water is also a fundamental human right. With populations growing and climate change impacting the predictability of water supplies, ensuring we use water efficiently is crucial to our social license to operate and a key business consideration.

Our aim is to use water as efficiently as possible and our commitment to responsible water use is codified in our Environmental and Sustainability Policy.

From the high-alpine regions of Türkiye to the Nevada desert, our operations span a range of climates, which means the actions we take on the ground to fulfill this commitment vary by site. Our environmental impact studies and assessment include comprehensive water management plans that are tailored for each operation. We maintain comprehensive water quality monitoring programs to help ensure that we meet all applicable regulatory requirements. The plans include establishing baseline water conditions and provisions for ongoing water samplings and test. All operations use water for processing and we strive to reuse and recycle as much water as we can.

Our main consumptive uses of water are:

- Dust suppression (water is sprayed across on haul roads and across operations at all our mines to help reduce dust pick up)
- Entrainment (water locked in tailings)
- Evaporation

# Our Approach

During 2022, we worked to develop a global water strategy to help ensure we manage water as a vital resource for our operations and communities. Part of this work included reviewing and refining our active water balance models across all sites, establishing a water working group to share best practices and discuss common challenges, and improving our alignment to international and industry best practice disclosure frameworks including the International Council on Mining and Metals' (ICMM) Water Accounting Framework (WAF). We also continued to disclose to the CDP's Water Security Questionnaire, receiving a B- score.

# Pillars of SSRM Water Strategy

**EFFICIENT:**
Optimizing water management to reduce freshwater withdrawal, consumption and discharge.

**RESPONSIBLE:**
Managing and mitigating negative impacts on water quality and quantity.

**SUSTAINABLE:**
Operating as water stewards in partnership with external stakeholders to meet current and future needs.







## Efficient:

- Aligning water reporting to the ICMM Water Accounting Framework.
- Linking a portion of company performance bonuses to achieving water management targets.
- Reviewing operational balances against Water Accounting Framework to identify opportunities for reuse and recycling.
- Reviewing and understanding the cost of water management.
- Enhancing reporting of metrics and KPIs; setting public targets and tracking performance against them.

## Responsible:

- Establishing and maintaining robust water monitoring networks for quality and quantity.
- Identifying water risks and opportunities and developing and implementing mitigation strategies.
- Integrating risks into site and corporate risk registers as appropriate.
- Monitoring infrastructure to guarantee appropriate containment.
- Considering water management at closure, during operational life and at planning for new operations.

## Sustainable:

- Proactively engaging with stakeholders to solicit feedback on water use and availability.
- Sharing monitoring results with communities during regular participatory sessions.
- Collaborating with stakeholders to form partnerships to address water issues and opportunities.
- Engaging with governments and other stakeholders on water policy, regulations and permitting.
- Developing a communications plan to inform stakeholders of water successes, opportunities and challenges.

# Our Primary Water Sources

## Çöpler

Çöpler is near the culturally significant Euphrates River. All water used by the Çöpler Mines is governed by strict permitting rules regarding abstraction and discharge under Turkish regulations. Çöpler's main water source is groundwater.

## Marigold

Marigold is in an area with exposure to water scarcity. The site's primary source of water is groundwater.

## Puna

At our Puna Operations, water must be removed from the pit and teams must manage water runoff from surface waste rock facilities. Most of the water used by Puna operations is drawn from local pumping wells. Some of it is used for dust suppression around pits and haul roads.

## Seabee

Most of the water used by Seabee is drawn from a nearby lake. Water must be removed from the underground workings.

# Performance

In 2022, to support the advancement of our water strategy, and to better align our metrics with best practices, we implemented the Water Accounting Framework. This tool defines an appropriate set of consistent water reporting metrics for the mining and metals industry, which are based on the Minerals Council of Australia's (MCA's) Water Accounting Framework for the Mineral Industry (WAF), to drive consistent metrics that are benchmarkable at all scales.

We strive to maximize the amount of water we reuse and recycle; in 2022 our water reused and recycled rate was 89%. Our total water withdrawal for 2022 was approximately 6.4 million m³, which was predominantly drawn from fresh water sources.

All water we discharge to the environment meets all applicable discharge requirements.

## Defining Water Use Terms

- Water used is all water used through mining activities
- Water reused and recycled: water that is reused or recycled within the site for operational use
- Withdrawal is water received and used for operation or stored
- Water diverted is water which enters a site and is released into the environment without being used
- Discharge is water removed from the facility and discharged to the water environment or third party
- Consumption is water used by the facility and not returned to the water environment or third party e.g., dust suppression or human consumption



"In 2022, SSRM designed and formalized a global, cross-functional water strategy to ensure water is treated as a vital resource that is critical to our operations and communities. We strive to manage our water in a manner that is efficient, responsible and sustainable."

— Meg Burt,
*Director, Environment*

## 2022 Water Performance (m³)

| | Çöpler | Marigold | Puna | Seabee | SSRM |
|---|---|---|---|---|---|
| **WITHDRAWALS** | | | | | |
| Surface Water – Fresh | 223,735 | 139,218 | 1,156,945 | 151,453 | 1,671,351 |
| Surface Water – Other | 0 | 0 | 0 | 0 | 0 |
| Total Surface Water | 223,735 | 139,218 | 1,156,945 | 151,453 | 1,671,351 |
| Ground Water – Fresh | 2,511,033 | 2,009,975 | 47,006 | 134,514 | 4,702,528 |
| Ground Water – Other | 0 | 0 | 0 | 0 | 0 |
| Total Ground Water | 2,511,033 | 2,009,975 | 47,006 | 134,514 | 4,702,528 |
| Produced Water | 0 | 0 | 0 | 0 | 0 |
| Third Party Water | 0 | 0 | 57 | 0 | 57 |
| Total Withdrawals | 2,734,768 | 2,149,193 | 1,204,008 | 285,967 | 6,373,936 |
| **WATER DIVERTED** | | | | | |
| Water Diverted | 0 | 3,684,838 | 18,044,313 | 305,834 | 22,034,985 |
| **WATER DISCHARGED** | | | | | |
| Surface Water High Quality | 115,200 | 0 | 0 | 0 | 115,200 |
| Surface Water Low Quality | 0 | 0 | 0 | 178,448 | 178,448 |
| Total Surface Water | 115,200 | 0 | 0 | 178,448 | 293,648 |
| Ground Water High Quality | 0 | 0 | 0 | 0 | 0 |
| Ground Water Low Quality | 0 | 0 | 0 | 0 | 0 |
| Total Groundwater | 0 | 0 | 0 | 0 | 0 |
| Supply to a 3rd party | 0 | 0 | 0 | 0 | 0 |
| Total Water Discharged | 115,200 | 0 | 0 | 178,448 | 293,648 |
| **WATER CONSUMPTION** | | | | | |
| Consumption as Evaporation | 838,438 | 915,447 | 1,017,231 | 0 | 2,771,116 |
| Consumption as Entrainment | 3,223,203 | 127,595 | 370,321 | 52,317 | 3,773,436 |
| Other Consumption | 374,112 | 334,176 | 624,547 | 158,607 | 1,491,442 |
| Total Water Consumption | 4,435,754 | 1,377,218 | 2,012,099 | 210,924 | 8,035,995 |
| Withdrawal Volume to Task | 2,290,847 | 1,118,235 | 1,172,889 | 483,324 | 5,065,295 |
| Reused Volume of Water to Task | 13,622,227 | 27,123,936 | 1,076,028 | 693,850 | 42,516,041 |
| Total Water to Task | 15,913,074 | 28,242,172 | 2,248,917 | 1,177,173 | 47,581,336 |
| **INTENSITY/EFFICIENCY** | | | | | |
| Water Use Efficiency | 86% | 96% | 48% | 59% | 89% |

## 2022 Volumes vs Efficiency



This figure demonstrates the operational need and ability to reuse water (water efficiency) between our sites and how the volumes associated with withdrawal to task (make-up water withdrawn from the environment for use in the operation) and worked water to task (recycled/reused water) on each site is related to this metric.

At sites where we operate heap leach pads efficiency is typically higher given the recirculation of solution in the system. However, water use efficiency is a metric looking at site-wide reuse of water and not just the volumes associated with heap leach pads and tailings facilities.

# Tailings and Waste Management

Tailings are a common waste product generated by the mining process. They typically consist of remnant crushed ore which has been mixed with water and reagents which are neutralized before storage. Tailings are our most significant source of process waste and are a critical area of environmental management for the mining industry.

All our tailings are sent to carefully engineered Tailings Storage Facilities (TSFs). We manage our tailings facilities responsibly and in line with international standards and local regulations to meet site-specific conditions. In February 2019, the International Council on Mining and Metals (ICMM), the Principles for Responsible Investment (PRI) and the UN Environment Programme began developing the Global Industry Standard on Tailings Management (GISTM). The standard, launched in August 2020, was developed through an independent expert panel that reviewed current mining industry global best practices for designing, managing and operating tailings storage facilities. Tailings management is a key component of our Environmental Impact Assessments and our corresponding management plans. We currently have clear procedures in place to ensure alignment with international best practice standards from construction to closure.

During 2022, we continued to align our operations and practices to the expectations of the GISTM.



## Our Approach to Tailings Management:

We use a combination of technology, regular inspections, external oversight and audits to monitor our TSFs:



### Technology

Our technology includes vibrating piezometers, embankment crest prisms and accelerographs to monitor embankment settlement, movement and stability.



### Inspection

Our TSFs are inspected daily for signs of stress or damage by members of the construction team and mine geology departments. Details of each inspection are recorded in daily tailings logs, which are reviewed by the process manager. Members of our Health, Safety and Environment departments also conduct inspections monthly. The groundwater and surface water qualities around each TSF are also monitored at both upstream and downstream locations.



### Annual Inspections

We also have annual site inspections of our TSFs (including all internal monitoring reports) by external, internationally recognized tailings dam specialists who provide a further level or monitoring and compliance governance.



### External Oversight

At the Çöpler mine, an authorized hydraulic structures inspection company is always on-site on behalf of the Ministry of Environment and Urbanization of the Turkish Republic. The TSF design and engineering consultants are also on-site during construction to ensure quality and conformance to the design.



### Audit

External audits are regularly conducted.



### Independent Tailings Review Board (ITRB)

This review is conducted by one or more qualified and internationally recognized experts outside of SSRM and not involved with the preparation of the TSF design. The ITRB provides an expert, independent opinion as to whether or not the TSF design and current and/or anticipated performance demonstrate an acceptable level of care from geotechnical, hydro-technical and environmental perspectives and with reference to acceptable international practice.

# Our Tailings Storage Facilities

## Puna

There are two TSFs at our Puna Operations. The San Miguel TSF is an in-pit TSF where tailings are deposited into the fully mined out San Miguel Pit. This TSF is currently active. The Pirquitas TSF is an HDPE-lined facility that is currently in care and maintenance but which may be used as an emergency alternative to the in-pit disposal or for water storage. The Pirquitas TSF was designed and constructed as a downstream dam.

## Çöpler

At our Çöpler Mine in Türkiye, there is one TSF which is HDPE-lined; a downstream mass filled dam. This TSF is currently active.

## Seabee

Our Seabee Gold Mine has two tailings management facilities: the East Lake and Triangle Lake facilities. Both structures were constructed via the centerline method and are lined with HDPE liner. Both TSFs are currently active.

## Marigold

Our Marigold Mine has one TSF. The TSF was constructed via the centerline method. This facility has been reclaimed and closed for over 20 years. This TSF facility is considered inactive.



"We are very focused on ensuring that we embed a sustainable approach into our mining and business activities. Our sustainable approach means that we care about people, the environment and the communities in which we operate."

— Bill MacNevin,
*Executive Vice President, Operations and Sustainability*

## 2022 Waste Generated and Tailings Deposited (tonnes)[1]

|  | Çöpler | Marigold | Puna | Seabee | Total |
|---|---|---|---|---|---|
| Tailings deposited | 2,368,332 | 0 | 1,600,268 | 281,954 | 4,250,554 |
| Waste Rock mined | 16,758,597 | 72,692,653 | 8,633,726 | 290,988 | 98,375,964 |
| Waste Rock backfilled | 1,332,135 | 34,389,512 | 0 | 189,481 | 35,911,128 |
| Hazardous Waste | 1,427 | 306 | 311 | 0 | 2,045 |
| Non-Hazardous Waste | 1,174 | 2,084 | 0 | 0 | 3,258 |
| Total Waste recycled | 1,732 | 2,068 | 0 | 0 | 3,881 |
| Waste recycled (as % of hazardous and non-hazardous waste) | 67% | 87% | 0% | 0% | 73% |

[1] Items listed are approximate and totals differ due to rounding.

## Cyanide Management

Safe and responsible cyanide management is critical to our operations and our social license to operate. We use cyanide in the plants at our gold operations to separate the gold from the ore. At present, this method of gold extraction is regarded as the safest as well as the most effective and economic. Proper and robust cyanide management is essential to prevent risk to both human health and the environment.

We strive to adhere to good practice for the safe transportation, storage, use and disposal of cyanide. The foundation of our approach to cyanide management is built on strict operating standards and governed by legal requirements. It is also informed by industry best practices and the requirements of the International Cyanide Management Code (ICMC). Some of the measures we take today and will take in the future are:

- Monitoring local water bodies and discharge for potential traces of cyanide
- Formally tracking all incidents involving cyanide
- Training for workers and contractors who handle, transport and dispose of cyanide
- Specialized training and equipment for onsite emergency response teams
- A requirement that all our cyanide suppliers and transporters must be ICMC certified

Our Marigold Mine in Nevada was the first mine certified to ICMC standard, and we are committed to aligning and certifying over time all our operations to ICMC standard.

## Mercury Management

Mercury is naturally present in the ore at our Marigold Mine in Nevada and can be mobilized during processing. If spilled or not properly and carefully handled, mercury can cause serious and significant harm to the environment and could even result in the loss of life. To safeguard against these risks, we have strict handling and packing procedures in place for the transport of mercury and have the following measures in place:

**Retorts:** We have one mercury retort in our processing plant with a condenser to remove large particulate mercury in the exhaust stream before it goes to the scrubber.

**Activated Carbon:** We use activated carbon in the gold recovery process to recover gold that has been dissolved in the cyanide solution; the gold adsorbs onto the carbon prior to being stripped from the carbon via a hot stripping liquid. The carbon also adsorbs mercury if it is present in the solution.

**Scrubbers:** We have two sulfur impregnated carbon scrubbers to collect mercury; the scrubbers are designed to perform in line with Nevada State law.

We dispose of elemental mercury and mercury-contaminated waste at licensed waste facilities. We dispose of about one tonne of elemental mercury every two years and in 2022, we safely disposed of more than 13.5 tonnes of mercury contaminated waste.

# Protecting Biodiversity

The size, scale and location of mining operations mean they can have a negative impact on local biodiversity. Carefully managing and maintaining the range of biodiversity on and near our sites is vital for the ongoing health of our local environment and community livelihoods.

We seek to minimize our biodiversity impacts through a variety of mechanisms throughout a mine's life, starting at the project design and evaluation phases, including;

- **Baseline Assessments:** We undertake comprehensive baseline assessments of flora and fauna, including information on the International Union for Conservation of Nature (IUCN) Red List of Threatened Species, before any operation or expansion takes place.
- **Environmental Impact Assessments:** We conduct EIAs and develop corresponding management plans for every major project. These include site-specific mitigation measures for impacts on land, flora and fauna, within the applicable environmental requirements.
- **Biodiversity Action Plans and Monitoring Studies:** At our Çöpler Mine, we developed Biodiversity Actions Plans (BAPs) for the mine and its associated TSF. We also work with experts from Gazi and Hacettepe Universities to conduct biodiversity monitoring on a quarterly basis. We will consider developing BAPs for our other mines.
- **Enterprise Level Biodiversity Standard:** SSRM has a biodiversity standard aligned with the MAC Biodiversity Conservation Management Protocol.

## Our Biodiversity Footprint

The Seabee Gold Operation and Marigold Mine are not located within or adjacent to protected areas, or areas of high biodiversity value (as defined by national biodiversity strategies). Similarly, the Çöpler Mine is not located within or adjacent to protected areas; however, the region is home to some protected species including Dag Kecisi, a type of wild goat. Other examples of fauna found near Çöpler includes wolves, foxes and lynx. Çöpler also identified a native plant 'Allium Shahinii'. Regional surveys conducted found that the plant had a wide distribution outside the mine lease areas.

Marigold Mine has various management plans in place for protecting biodiversity. They include Bird and Bat Conservation, Eagle Management Plan and Noxious Weeds Management.

At our Puna Operations, we have participatory monitoring programs with members of the local community to help us understand the full range of flora and fauna near our operations.

The International Union for Conservations of Nature (IUCN) is the world's most comprehensive inventory of the global conservation status of plant and animal species. Above are the number of species in each site that are listed by the IUCN.

## IUCN Species

|  | Çöpler | Marigold | Puna | Seabee |
|---|---|---|---|---|
| National Conservation Species | 55 | 0 | 0 | 0 |
| IUCN i. Critically endangered | 0 | 0 | 0 | 2 |
| IUCN ii. Endangered | 2 | 1 | 1 | 3 |
| IUCN iii. Vulnerable | 5 | 2 | 3 | 6 |
| IUCN iv. Near threatened | 4 | 2 | 6 | 8 |
| IUCN v. Least concern | 118 | 104 | 18 | 308 |

## Working to Protect the Iconic Sage-Grouse

The greater sage-grouse was once found across 13 western U.S. states and three Canadian provinces, including Nevada, where our Marigold Mine is located. While sage-grouse are not listed as endangered, their habitat and numbers are in decline due to fire, invasive plant species and human impacts, and their population has dropped from millions to an estimated 200,000. That is why SSRM is taking action to help protect and restore sage-grouse habitat.

# Managing Biodiversity in a Protected Area of Argentina

The Chinchillas Mine, which is part of our Puna Operations, is approximately 25 kilometers from the Laguna de Los Pozuelos, a UNESCO-designated protected biosphere reserve and international important wetland under the Ramsar Convention. It is home to a wide range of aquatic birds including three species of Flamingo, Corn, Barcino and Pueno ducks and herds of Vicuña.

Puna Operations undertake and maintain comprehensive monitoring of flora, fauna and limnology biannually and monitor water, soil, noise, dust and vibrations on a monthly basis to make sure we do not affect the reserve. Our monitoring data indicate that Puna Operations have no impact on the reserve or impacts on the reserve's water quality or quantity. On site, a hunting ban and felling ban are enforced, which benefits biodiversity.



# Integrated Mine Closure

Mining operations have a finite life, and their social, economic and environmental impacts—positive and negative—continue long after the mine closes. As a company, we are dedicated to leaving a positive and lasting legacy for the local communities around our mines and restoring and rehabilitating the local environment, leaving behind a minimal environmental impact. Planning for mine closure is an integral part of this.

Each of our mines have closure plans in place aligned with local regulatory requirements and encompass a wide range of environmental, social and economic concerns, including;

- Reclamation and remediation
- Decommissioning
- Public safety
- Social management
- Post-closure monitoring
- Transfer of assets

These plans are regularly reviewed and continually updated throughout the life of the mine.

We also began developing social closure plans for all operating sites to further deliver on our commitments to our host communities.

## Performance of Our Closure Plans

### Marigold

At Marigold, the Company engages in concurrent reclamation practices and provides bonds for all permitted features as part of the State of Nevada permitting process. As of December 31, 2022, Marigold, including the Trenton Canyon and Buffalo Valley properties, had reclamation requirements totaling approximately $49.5 million.

### Seabee

At Seabee, the Company has an approved closure plan and financial assurance held by the Province of Saskatchewan. The closure plan addresses all final reclamation requirements as well as the longer-term post-reclamation monitoring and maintenance phase. As required by the Company's environmental permits, the closure plan is periodically updated.

As of December 31, 2022, Seabee had reclamation requirements totaling approximately $18.7 million USD.

### Çöpler

At Çöpler, the present value of the current closure and reclamation cost estimate as of December 31, 2022, to be spent over a number of years, is approximately $34.7 million.

### Puna

At Puna, including the Chinchillas operation, the present value of the current closure and reclamation cost estimate, to be spent over a number of years, is approximately $59.1 million.

## 2022 Total Footprint

### 3,760.6 ha

**All Operations**

Land distributed and not rehabilitated at the beginning of 2022

### 956 ha

**All operations**

Total land newly disturbed 2022

### 23.6 ha

**All operations**

Total land rehabilitated in 2022

### 4,693 ha

**All operations**

Total land disturbed and not rehabilitated at the end of 2022



# An Active and Engaged Approach to Closure at Puna

Our Puna Operations in Argentina, which began in 2010, are starting to near close, with an estimated five years of life left. We have already begun the work of planning Puna's closure, both from an environmental and social perspective.

During 2022, we held a series of collaborative workshops with attendees from across the mine and broader organization. The workshops asked participants to define what successful closure looks like for Puna from their perspective, taking into consideration both our Corporate Sustainability Goals and good practice guidance from the ICMM, GISTM and the Mining Association of Canada's 'Towards Sustainable Mining Mine Closure Framework'.

The results were then categorized into key themes for focus and used to develop our closure vision for the site.

*A successfully closed Puna Operations will achieve environmental and returning land use expectations that improves industry and SSRM's reputation in the region through economic, sustainable closure and allows for the development of socioeconomic opportunities driven by the community.*

This closure vision formed the foundation of subsequent workshops that included opportunity and risk framing, challenges identification and prioritizations, and resulted in the development of a comprehensive interdependency schedule for SSR Mining to follow in the development of the mine closure plan.



# GRI/SASB
# Content Index

# GRI Content Index[1]

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Governance** | | |
| **General (GRI 102)** | | |
| 102-1 | Name of the organization | SSR Mining Inc. |
| 102-2 | Activities, brands, products, and services | Gold |
| 102-3 | Location of headquarters | Denver, Colorado |
| 102-4 | Location of operations | Argentina, Canada, Türkiye, United States of America |
| 102-5 | Ownership and legal form | 2022 Annual Report (10-K) |
| 102-6 | Markets served | 2022 Annual Report (10-K) |
| 102-7 | Scale of the organization | Pages 7-8 |
| 102-8 | Workforce by Composition | Page 41 |
| 102-10 | Significant changes to the organization and its supply chain | 2022 Annual Report (10-K) |
| 102-11 | Precautionary principle or approach | At all times, we manage our operations in compliance with, or in excess of, all relevant environmental standards. Precautionary measures are taken to avoid impact to ecosystems wherever possible. When adverse impacts occur, integrated programs are implemented to promote the recovery of the affected ecosystems. |
| 102-14 | Statement from senior decision-maker | Pages 3-4 |
| 102-16 | Values, principles, standards, and norms of behaviour | Pages 11-12, 21-22 |
| 102-17 | Mechanisms for advice and concerns about ethics | Page 24 |
| 102-18 | Governance structure of the organization, including committees under the highest governance body. Identify any committees responsible for decision making on economic, environmental and social impacts | Pages 19-20 2022 Annual Report (10-K) |
| 102-20 | Executive-level responsibility for economic, environmental, and social topics | Page 19 |
| 102-22 | Composition of the highest governance body and its committees | Page 20 |
| 102-23 | Is the chair of the highest governance body also an executive officer? If so, why, and what is their function? | No |
| 102-26 | Role of highest governance body in setting the organization's purpose, values, and strategy related to economic, environmental and social impacts | Page 20 |
| 102-32 | Highest governance body's role in reviewing/ approving sustainability reporting | Page 20 Board of Directors – Environment, Safety, Health and Sustainability Committee |
| **Reporting (GRI 102)** | | |
| 102-40 | List of stakeholder groups | Investors, shareholders, employees, local communities, local governments, regional governments, national governments, regulatory agencies, unions, suppliers and contractors, local businesses, NGOs, royalty holders, mining and professional associations, standards organizations, universities and colleges, media. |
| 102-41 | Percentage of total employees covered by collective bargaining agreements | Page 37 |

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Reporting (GRI 102)** | | |
| 102-46 | Defining report content and topic boundaries | Pages 1,16 |
| 102-47 | List of material topics | Page 16 |
| 102-48 | Restatements of information | No restatements were made in the 2022 Sustainability Report. |
| 102-49 | Changes in reporting | None |
| 102-50 | Reporting period | Jan 01- Dec 31 2022 |
| 102-51 | Date of most recent report | April 2022 |
| 102-52 | Reporting cycle | Annual |
| 102-53 | Contact point for questions regarding the report | sustainability@ssrmining.com |
| 102-54 | Claims of reporting in accordance with the GRI Standards | This report has been prepared in accordance with the GRI Standards: Core option. |
| 102-55 | GRI content index | Included in the Sustainability Report. |
| 102-56 | External assurance | This report has not been externally assured. External assurance may be considered for future reports. |
| **Management Approach (GRI 103)** | | |
| 103-1 | Explanation of material topics and their boundaries | Page 16 |
| 103-2 | Labour grievances filed, addressed, and resolved | Zero |
| 103-2 | Human Rights Grievances filed, addressed, and resolved | No human rights grievances were received. |
| **Economics** | | |
| **Economic Value (GRI 201)** | | |
| 201-1 | Direct economic value generated and distributed -<br>• Revenues<br>• Operating costs<br>• Employee wages and benefits<br>• Donations and other community investments<br>• Retained earnings,<br>• Payments to capital providers<br>• Payments to governments | 2022 ESTMA Report |
| 201-2 | Financial implications and other risks and opportunities due to climate change | Pages 57-58 |
| **Indirect Economic Impacts (GRI 203)** | | |
| 203-1 | Infrastructure investments and services supported | 2022 ESTMA Report |
| **Anti-Corruption (GRI 205)** | | |
| 205-1 | Operations assessed for risks related to corruption | Page 24 |
| 205-2 | Communication and training about anti-corruption policies and procedures | Page 24 |
| 205-3 | Confirmed incidents of corruption and actions taken | Zero |

[1]GRI Metrics included refer to GRI Core Option standards (2018).

| Reference | Topic | Page number and/or notes |
|---|---|---|
| Anti-Competitive Behaviour (GRI 206) | | |
| 206-1 | Number of legal actions for anti-competitive behaviour, anti-trust and monopoly practices | Zero |
| Environment | | |
| Energy (GRI 302) | | |
| 302-1 | Energy consumption within the organization | Page 61 |
| 302-2 | Energy consumption outside of the organization | Page 61 |
| 302-4 | Initiatives to reduce energy consumption (through energy-efficiency or renewable energy) and resultant reductions | Pages 57-58 |
| Water and Effluents (GRI 303) | | |
| 303-1 | Interactions with water as a shared resource | Page 65 |
| 303-2 | Management of water discharge-related impacts | Page 65 |
| 303-3 | Water withdrawal | Page 67 |
| 303-4 | Water discharge | Page 67 |
| 303-5 | Water consumption | Page 67 |
| Biodiversity (GRI 304) | | |
| 304-1 | Operational sites owned, leased, managed in, or adjacent to, protected areas and areas of high biodiversity value outside protected areas | Pages 74-75 |
| 304-2 | Significant impacts on protected areas and areas of high biodiversity value | Pages 74-75 |
| 304-3 | Habitats protected or restored | Pages 74-75 |
| 304-4 | IUCN Red List species and national conservation list species with habitats in areas affected by operations i. Critically endangered ii. Endangered iii. Vulnerable iv. Near threatened v. Least concern | Page 75 |
| Emissions (GRI 305) | | |
| 305-1 | Direct (Scope 1) GHG emissions | Pages 60-62 |
| 305-2 | Indirect (Scope 2) GHG emissions | Pages 58-60 |
| Waste (GRI 306) | | |
| 306-2 | Management of significant waste-related impacts | Page 69 |
| 306-4 | Waste diverted from disposal | Page 71 |
| 306-5 | Waste directed to disposal | Page 71 |
| Environmental Compliance (GRI 307) | | |
| 307-1 | Fines or non-monetary sanctions for non-compliance with environmental laws and regulations | None |

| Reference | Topic | Page number and/or notes |
|---|---|---|
| Occupational Health and Safety (GRI 403) | | |
| 403-1 | Occupational safety and health management system | Page 32 |
| 403-2 | Hazard identification, risk assessment and incident investigation | Page 32 |
| 403-3 | Occupational health services | Page 36 |
| 403-4 | Worker participation, consultation and communication on occupational safety and health | Page 33 |
| 403-5 | Worker training on occupational safety and health | Page 32 |
| 403-8 | Workers covered by an occupational safety and health management system | Page 32 |
| 403-9 | Work-related injuries: numbers and rates of injuries and fatalities and total hours worked | Page 34 |
| Training and Education (GRI 404) | | |
| 404-3 | Percentage of employees receiving regular performance and career development reviews | 100% |
| Diversity and Equal Opportunity (GRI 405) | | |
| 405-1 | Diversity of governance bodies and employees | Page 41 |
| Non-discrimination (GRI 406) | | |
| 406-1 | Incidents of discrimination and corrective actions taken | Zero |
| Child Labour (GRI 408) | | |
| 408-1 | Operations and suppliers at significant risk for incidents of child labour | Zero |
| Forced or Compulsory Labour (GRI 409) | | |
| 409-1 | Operations and suppliers at significant risk for incidents of forced or compulsory labour | Zero |
| Rights of Indigenous Peoples (GRI 411) | | |
| 411-1 | Incidents of violations involving rights of Indigenous Peoples and actions taken | Zero |
| Human Rights (GRI 412) | | |
| 412-1 | Operations that have been subject to human rights reviews or impact assessments | All SSR Mining operations were reviewed. |
| 412-3 | Significant investment agreements and contracts that include human rights clauses or that underwent human rights screening | Zero |

| Reference | Topic | Page number and/or notes |
| --- | --- | --- |
| Communities | | |
| Local Communities (GRI 413) | | |
| 413-1 | Operations with local community engagement, impact assessments and development programs | 100% |
| 413-2 | Operations with significant actual and potential negative impacts on local communities | All mining operations have the potential of negative impacts on communities. |
| Public Policy (GRI 415) | | |
| 415-1 | Value of political contributions by country and recipient/ beneficiary | Zero |
| 419-1 | Fines and non-monetary sanctions for non-compliance with laws and regulations in the social and economic area | Zero |
| GRI Mining and Metals Supplement | | |
| MM-1 | Amount of land (owned or leased, and managed for production activities or extractive use) disturbed or rehabilitated | Page 78 |
| MM-3 | Total amounts of overburden, rock, tailings and sludges and their associated risks | Page 71 |
| MM-4 | Number of strikes and lockouts exceeding one week's duration by country | Zero |
| MM-5 | Total number of operations taking place in or adjacent to Indigenous Peoples' territories and number and percentage of operations or sites where there are formal agreements with Indigenous Peoples' communities | Seabee Gold is located adjacent to the Lac La Ronge Indian Band and the Peter Ballantyne Cree First Nation territories<br><br>Puna is located adjacent to communities considered aboriginal, with predominant Colla ethnicity. Colla people historically occupied the high Puna regions throughout northern Argentina, western Chile and southern Bolivia. No formal agreements are in place with the communities |
| MM-6 | Number and description of significant disputes relating to land use, customary rights of local communities and Indigenous Peoples | Zero |
| MM-7 | The extent to which grievance mechanisms were used to resolve disputes relating to land use, customary rights of local communities and Indigenous Peoples and the outcomes | Page 47 |
| MM-8 | Number (and percentage) of Company operating sites where artisanal and small-scale mining (ASM) takes place on, or adjacent to, the site and the associated risks and the actions taken to manage and mitigate these risks | Zero |
| MM-9 | Sites where resettlement took place, the number of households resettled in each and how their livelihoods were affected in the process | Zero |
| MM-10 | Number and percentage of operations with closure plans | All operations have closure plans. |

## SASB Index Content[1]

| Reference | Topic | Page number and/or notes |
| --- | --- | --- |
| Activity Metric (SASB 000) | | |
| EM-MM-000.B | Total number of employees, percentage of contractors | Page 5 |
| Environment | | |
| GHG Emissions (SASB 110) | | |
| EM-MM-110a.1 | Gross global Scope 1 emissions, percentage covered under emissions-limiting regulations | Pages 61-62 |
| EM-MM-110a.2 | Discussion of long-term and short-term strategy or plan to manage Scope 1 emissions, emissions reduction targets, and an analysis of performance against those targets | Pages 57-59 |
| Air Quality (SASB 120) | | |
| EM-MM-120a.1 | Air emissions of the following pollutants:<br>1. CO,<br>2. NOX (excluding N2O),<br>3. SOX,<br>4. Particulate matter (PM10),<br>5. Mercury (Hg),<br>6. Lead (Pb) and<br>7. Volatile organic compounds (VOCs) | Page 73 (partial) |
| Energy Management (SASB 130) | | |
| EM-MM-130a.1 | 1. Total energy consumed<br>2. Percentage grid electricity<br>3. Percentage renewable | Pages 61-62 |
| Water Management (SASB 140) | | |
| EM-MM-140a.1 | 1. Total fresh water withdrawn<br>2. Total fresh water consumed, percentage of each in regions with High or Extremely High Baseline Water Stress | Pages 65-67 |
| EM-MM-140a.2. | Number of incidents of non-compliance associated with water quality permits, standards and regulations | Page 57 |
| Waste & Hazardous Materials Management (SASB 150) | | |
| EM-MM-150a.1. | Total weight of tailings waste, percentage recycled | Page 71 |
| EM-150a.2 | Total weight of mineral processing waste, percentage recycled | N/A |
| EM-150a.3. | Number of tailings impoundments, broken down by MSHA hazard potential | Page 71 |

[1]SASB Metrics included refer to the Metals & Mining and Coal Operations Standards (2018).

| Reference | Topic | Page number and/or notes |
|---|---|---|
| **Biodiversity** | | |
| **Biodiversity Impacts (SASB 160)** | | |
| EM-MM-160a.1 | Description of environmental management policies and practices for active sites | Pages 57, 74 |
| EM-MM-160a.2 | Percentage of mine sites where acid rock drainage is: 1. Predicted to occur, 2. Actively mitigated and 3. Under treatment or remediation | At all SSRMs sites, potentially acid-forming materials are managed in line with local regulations, industry best practices and (where applicable) IFC Performance Standards. |
| **People** | | |
| **Labour Relations (SASB 310)** | | |
| EM-MM-310a.1. | Percentage of active workforce covered under collective bargaining agreements, broken down by U.S. and foreign employees | Page 37 |
| EM-MM-310a.2 | Number and duration of strikes and lockouts | Zero |
| **Workforce Health and Safety (SASB 320)** | | |
| EM-MM-320a.1. | 1. MSHA all-incidence rate 2. Fatality rate 3. Near miss frequency rate (NMFR) 4. Average hours of health, safety and emergency response training | 1. MSHA is a US-focused metric, SSRM uses the equivalent mining industry metric TRIF (Total Recorded Injuries Frequency) 2. One fatality 3. Not disclosed 4. Not disclosed |
| **Security, Human Rights & Rights of Indigenous Peoples (SASB 210)** | | |
| EM-MM-210a.1. | Percentage of (1) proved and (2) probable reserves in or near areas of conflict | Our Çöpler Mine is located in an area classified as "Level 3 - Violent crisis" on the index from the Heidelberg Institute for International Conflict Research. We use the Heidelberg index as it provides regional-level information and is recommended by the World Gold Council Conflict-Free Gold Standard®. |
| EM-MM-210a.2 | Percentage of (1) proved and (2) probable reserves in or near indigenous land | Seabee Gold is located adjacent to the Lac La Ronge Indian Band and the Peter Ballantyne Cree First Nation territories. Puna is located adjacent to communities considered aboriginal, with predominant Colla ethnicity. Colla people historically occupied the high Puna regions throughout northern Argentina, western Chile, and southern Bolivia. |
| EM-MM-210a.3. | Discussion of engagement processes and due diligence practices with respect to human rights, indigenous rights and operation in areas of conflict | Pages 28, 40 |
| **Communities and Indigenous Peoples** | | |
| **Community Relations (SASB 210)** | | |
| EM-MM-210b.1. | Discussion of process to manage risks and opportunities associated with community rights and interests | Pages 45-50 |
| EM-MM-210b.2. | Number and duration of non-technical delays | Zero |





# Contact Us

**SSR Mining Inc. - Denver Office**

6900 E. Layton Avenue, Suite 1300
Denver, Colorado 80237
USA

U.S. and Canada toll-free: 1-888-338-0046

Telephone: +1-303-292-1299

Fax: 303-221-9524

**Email**

sustainability@ssrmining.com

ssrmining.com