# Exhibit 13

12/15/24, 2:59 PM

SEC FORM 4

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director    10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| 7001 E BELLEVIEW AVE., SUITE 800 | 3. Date of Earliest Transaction (Month/Day/Year) 03/07/2022 | President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DENVER    CO    80237 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares[(1)] | 03/07/2022 | | A | | 66,328 | A | $0[(2)] | 795,390 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units[(3)] | [(3)] | 03/07/2022 | | D | | | 183,970 | 01/01/2022 | [(3)] | Common Shares | 183,970 | $0 | 0 | D | |
| Performance Share Units[(4)] | [(4)] | 03/07/2022 | | A | | 99,492 | | 03/07/2025 | [(4)] | Common Shares | 99,492 | $0 | 99,492 | D | |

**Explanation of Responses:**

1. Includes restricted share units that vest in three equal installments, subject to continuing service of the Reporting Person through the vesting dates, and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Redeemed for a cash payment upon the completion of the performance period applicable to such units pursuant to, and in accordance with, the terms of the plan governing the award of such units.

4. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 03/09/2022 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

001

12/15/24, 3:07 PM                                                           SEC FORM 4

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL |  |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |  |
| --- | --- | --- | --- |
| Antal Rodney | SSR MINING INC. [ SSRM ] | X  Director | 10% Owner |
| (Last)      (First)      (Middle) |  | X  Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 04/04/2022 | President & CEO | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER      CO      80237 |  | X  Form filed by One Reporting Person | |
| (City)      (State)      (Zip) |  | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares[1] | 04/04/2022 | | A | | 358 | A | $0[2] | 795,748 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units[3] | [4] | 04/04/2022 | | A | | 258 | | 01/01/2023 | [4] | Common Shares | 258 | $0 | 79,860 | D | |
| Performance Share Units[3] | [5] | 04/04/2022 | | A | | 301 | | 01/01/2024 | [5] | Common Shares | 301 | $0 | 88,619 | D | |
| Performance Share Units[3] | [6] | 04/04/2022 | | A | | 340 | | 03/07/2025 | [6] | Common Shares | 340 | $0 | 99,832 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Performance share units granted in connection with the Issuer's quarterly dividend.

4. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2023 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 04/06/2022 |
| --- | --- |
| ** Signature of Reporting Person | Date |

002

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

SEC FORM 4

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

003

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director | 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 06/09/2022 | **President & CEO** | |
| (Street) | | | |
| DENVER    CO    80237 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)    (State)    (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 06/09/2022 | | A | | 377[1] | A | $0[2] | 796,125 | D | |
| Common Shares | 06/10/2022 | | S | | 25,000[3] | D | $20 | 771,125 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [4] | 06/09/2022 | | A | | 293[5] | | 01/01/2023 | [4] | Common Shares | 293 | $0 | 80,153 | D | |
| Performance Share Units | [6] | 06/09/2022 | | A | | 316[5] | | 01/01/2024 | [6] | Common Shares | 316 | $0 | 88,935 | D | |
| Performance Share Units | [7] | 06/09/2022 | | A | | 356[5] | | 03/07/2025 | [7] | Common Shares | 356 | $0 | 100,188 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan.

4. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2023 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

5. Performance share units granted in connection with the Issuer's quarterly dividend.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

7. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Rodney Antal            06/13/2022

** Signature of Reporting Person            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

004

SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X  Director | 10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 09/06/2022 | X  Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | | President & CEO | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER   CO   80237 | | X  Form filed by One Reporting Person | |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 09/06/2022 | | A | | 468(1) | A | $0(2) | 771,593 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | (3) | 09/06/2022 | | A | | 404(4) | | 01/01/2023 | (3) | Common Shares | 404 | $0 | 80,557 | D | |
| Performance Share Units | (5) | 09/06/2022 | | A | | 391(4) | | 01/01/2024 | (5) | Common Shares | 391 | $0 | 89,326 | D | |
| Performance Share Units | (6) | 09/06/2022 | | A | | 441(4) | | 03/07/2025 | (6) | Common Shares | 441 | $0 | 100,629 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2023 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 09/08/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

005

12/15/24, 3:12 PM
SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br> **Antal Rodney** | 2. Issuer Name **and** Ticker or Trading Symbol <br> **SSR MINING INC.** [ SSRM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last)  (First)  (Middle) <br> 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/19/2022 | X Director   10% Owner <br> X Officer (give title below)   Other (specify below) <br> **President & CEO** |
| (Street) <br> DENVER   CO   80237 <br> (City)  (State)  (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 12/19/2022 | | A | | 521[1] | A | $0[2] | 772,114 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 12/19/2022 | | A | | 374[4] | | 01/01/2023 | [3] | Common Shares | 374 | $0 | 80,931 | D | |
| Performance Share Units | [5] | 12/19/2022 | | A | | 436[4] | | 01/01/2024 | [5] | Common Shares | 436 | $0 | 89,762 | D | |
| Performance Share Units | [6] | 12/19/2022 | | A | | 491[4] | | 03/07/2025 | [6] | Common Shares | 491 | $0 | 101,120 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2023 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Rodney Antal    12/21/2022

** Signature of Reporting Person       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

006

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person** *

Antal Rodney

(Last)    (First)    (Middle)

6900 E. LAYTON AVE., SUITE 1300

(Street)

DENVER    CO    80237

(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

SSR MINING INC. [ SSRM ]

**3. Date of Earliest Transaction (Month/Day/Year)**

01/04/2023

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

X Director    10% Owner

X Officer (give title below)    Other (specify below)

President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 01/04/2023 | | S | | 15,777[1] | D | $16.61[2] | 756,337 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Shares sold to satisfy tax withholding obligation applicable to the vesting of share-settled restricted stock units.

2. Shares sold on the TSX at a sale price of CAD $22.68.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Rodney Antal    01/04/2023

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

007

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director | 10% Owner |
| (Last)     (First)     (Middle) | | X Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 03/07/2023 | **President & CEO** | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER     CO     80237 | | X Form filed by One Reporting Person | |
| (City)     (State)     (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/07/2023 | | A | | 86,130[1] | A | $0[2] | 842,467 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 03/07/2023 | | A | | 129,196[3] | | 03/07/2026 | [3] | Common Shares | 129,196 | $0 | 129,196 | D | |

**Explanation of Responses:**

1. Includes restricted share units that vest in three equal installments, subject to continuing service of the Reporting Person through the vesting dates, and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 03/09/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

008

SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director      10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)      Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 03/10/2023 | President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DENVER    CO    80237 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | (1) | 03/10/2023 | | D | | | 80,931 | 01/01/2023 | (1) | Common Shares | 80,931 | $9.71 | 0 | D | |

**Explanation of Responses:**
1. Redeemed for a cash payment upon the completion of the performance period applicable to such units pursuant to, and in accordance with, the terms of the plan governing the award of such units.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 03/10/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

009

SEC Form 4

**FORM 4**

| | |
|---|---|
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director     10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/30/2023 | X Officer (give title below)     Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | | President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DENVER   CO   80237 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication | |
| | Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/30/2023 | | A | | 439(1) | A | $0(2) | 842,906 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | (3) | 03/30/2023 | | A | | 451(4) | | 01/01/2024 | (3) | Common Shares | 451 | $0 | 90,213 | D | |
| Performance Share Units | (5) | 03/30/2023 | | A | | 508(4) | | 03/07/2025 | (5) | Common Shares | 508 | $0 | 101,628 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 04/03/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

010

12/15/24, 3:18 PM                                                                 SEC FORM 4

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 06/12/2023 | Executive Chairman |
| (Street) | | |
| DENVER        CO        80237 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | X Form filed by One Reporting Person |
| | | ☐ Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication | |
| | ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 06/12/2023 | | A | | 653[1] | A | $0[2] | 843,559 | D | |
| Common Shares | 06/13/2023 | | F | | 45[3] | D | $15.21[4] | 843,514 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [5] | 06/12/2023 | | A | | 389[6] | | 01/01/2024 | [5] | Common Shares | 389 | $0 | 90,602 | D | |
| Performance Share Units | [7] | 06/12/2023 | | A | | 439[6] | | 03/07/2025 | [7] | Common Shares | 439 | $0 | 102,067 | D | |
| Performance Share Units | [8] | 06/12/2023 | | A | | 558[6] | | 03/07/2026 | [8] | Common Shares | 558 | $0 | 129,754 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Represents shares withheld to satisfy tax withholding obligations with respect to the vesting of restricted stock units.

4. Shares withheld at the price of CAD $20.59.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. Performance share units granted in connection with the Issuer's quarterly dividend.

7. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

8. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

011

/s/ Jasmine Miller, attorney-in-fact for Rodney Antal      06/14/2023

** Signature of Reporting Person        Date

SEC FORM 4

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

012

SEC FORM 4

SEC Form 4

**FORM 4**

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director | 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 09/11/2023 | Executive Chairman | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER   CO   80237 | | X Form filed by One Reporting Person | |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 09/11/2023 | | A | | 722(1) | A | $0(2) | 844,236 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | (3) | 09/11/2023 | | A | | 431(4) | | 01/01/2024 | (3) | Common Shares | 431 | $0 | 91,033 | D | |
| Performance Share Units | (5) | 09/11/2023 | | A | | 485(4) | | 03/07/2025 | (5) | Common Shares | 485 | $0 | 102,552 | D | |
| Performance Share Units | (6) | 09/11/2023 | | A | | 616(4) | | 03/07/2026 | (6) | Common Shares | 616 | $0 | 130,370 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 09/13/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

013

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

Case No. 1:24-cv-00739-DDD-TPO    Document 60-14    filed 12/17/24    USDC Colorado pg 15 of 18

SEC FORM 4

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

014

12/15/24, 3:24 PM    SEC FORM 4

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X Director | 10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 12/11/2023 | Executive Chairman | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER  CO  80237 | | X Form filed by One Reporting Person | |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 12/11/2023 | | A | | 910[1] | A | $0[2] | 845,146 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 12/11/2023 | | A | | 546[4] | | 01/01/2024 | [3] | Common Shares | 546 | $0 | 91,579 | D | |
| Performance Share Units | [5] | 12/11/2023 | | A | | 615[4] | | 03/07/2025 | [5] | Common Shares | 615 | $0 | 103,167 | D | |
| Performance Share Units | [6] | 12/11/2023 | | A | | 775[4] | | 03/07/2026 | [6] | Common Shares | 775 | $0 | 131,145 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Rodney Antal    12/13/2023

** Signature of Reporting Person    Date

015

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

Case No. 1:24-cv-00739-DDD-TPO     Document 60-14     filed 12/17/24     USDC Colorado     pg 17 of 18

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

016

12/15/24, 3:24 PM                                                                         SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Antal Rodney | SSR MINING INC. [ SSRM ] | X  Director | 10% Owner |
| (Last)      (First)      (Middle) | | X  Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 01/02/2024 | Executive Chairman | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DENVER      CO      80237 | | X  Form filed by One Reporting Person | |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 01/02/2024 | | F | | 6,932[1] | D | $10.71[2] | 838,214 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld to satisfy tax withholding obligations with respect to the vesting of restricted stock units.

2. Shares withheld at a price of CAD $14.27.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Rodney Antal | 01/03/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

017