# Exhibit 14

SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

**1. Name and Address of Reporting Person***

White Alison Lynn

| (Last) | (First) | (Middle) |
|---|---|---|

7001 E BELLEVIEW AVE., SUITE 800

(Street)

| DENVER | CO | 80237 |
|---|---|---|

| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**
SSR MINING INC. [ SSRM ]

**3. Date of Earliest Transaction (Month/Day/Year)**
03/07/2022

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Financial Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person

☐  Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares[1] | 03/07/2022 | | A | | 17,411 | A | $0[2] | 50,031 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units[3] | [3] | 03/07/2022 | | A | | 26,116 | | 03/07/2025 | [3] | Common Shares | 26,116 | $0 | 26,116 | D | |

**Explanation of Responses:**

1. Includes restricted share units that vest in three equal installments, subject to continuing service of the Reporting Person through the vesting dates, and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Alison White | 03/09/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

001

12/15/24, 3:28 PM                                                              SEC FORM 4

SEC Form 4

**FORM 4**          **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
                                    Washington, D.C. 20549

| | OMB APPROVAL |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | Director ___ 10% Owner ___ |
| (Last)   (First)   (Middle) | | X Officer (give title below) ___ Other (specify below) ___ |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 03/31/2022 | **Chief Financial Officer** |
| (Street) | | |
| DENVER   CO   80237 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)   (State)   (Zip) | | X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/31/2022 | | S | | 4,223[(1)] | D | $22.07 | 45,808 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Shares withheld to satisfy tax withholding obligation applicable to the vesting of share-settled restricted stock units.

**Remarks:**

|  |  |
|---|---|
| /s/ Jasmine Miller, attorney-in-fact for Alison White | 03/31/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

002

12/15/24, 3:30 PM
SEC FORM 4

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL |  |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* White Alison Lynn |  |  | 2. Issuer Name **and** Ticker or Trading Symbol SSR MINING INC. [ SSRM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |  |
|---|---|---|---|---|---|
| (Last) | (First) | (Middle) |  | Director | 10% Owner |
| 6900 E. LAYTON AVE., SUITE 1300 |  |  | 3. Date of Earliest Transaction (Month/Day/Year) 04/04/2022 | X Officer (give title below) | Other (specify below) |
| (Street) |  |  |  | Chief Financial Officer |  |
| DENVER      CO      80237 |  |  | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |  |
| (City) | (State) | (Zip) |  | X  Form filed by One Reporting Person Form filed by More than One Reporting Person |  |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares[1] | 04/04/2022 | | A | | 170 | A | $0[2] | 45,978 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units[3] | [4] | 04/04/2022 | | A | | 167 | | 01/01/2024 | [4] | Common Shares | 167 | $0 | 49,099 | D | |
| Performance Share Units[3] | [5] | 04/04/2022 | | A | | 89 | | 03/07/2025 | [5] | Common Shares | 89 | $0 | 26,205 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Performance share units granted in connection with the Issuer's quarterly dividend.

4. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Alison White | 04/06/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

003

SEC FORM 4

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br> White Alison Lynn <br><br> (Last)    (First)    (Middle) <br> 6900 E. LAYTON AVE., SUITE 1300 <br><br> (Street) <br> DENVER    CO    80237 <br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> SSR MINING INC. [ SSRM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 06/09/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br><br> Chief Financial Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 06/09/2022 | | A | | 139[1] | A | $0[2] | 46,117 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 06/09/2022 | | A | | 175[4] | | 03/31/2024 | [3] | Common Shares | 175 | $0 | 49,274 | D | |
| Performance Share Units | [5] | 06/09/2022 | | A | | 93[4] | | 03/07/2025 | [5] | Common Shares | 93 | $0 | 26,298 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Alison White | 06/13/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

004

SEC Form 4

**FORM 4**

| |
|---|
| OMB APPROVAL |
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | Director ___ 10% Owner ___ |
| (Last) (First) (Middle) | | X Officer (give title below) ___ Other (specify below) ___ |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 09/06/2022 | **Chief Financial Officer** |
| (Street) DENVER CO 80237 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City) (State) (Zip) | | X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 09/06/2022 | | A | | 173[1] | A | $0[2] | 46,290 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 09/06/2022 | | A | | 216[4] | | 03/31/2024 | [3] | Common Shares | 216 | $0 | 49,490 | D | |
| Performance Share Units | [5] | 09/06/2022 | | A | | 115[4] | | 03/07/2025 | [5] | Common Shares | 115 | $0 | 26,413 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| | |
|---|---|
| /s/ Jasmine Miller, attorney-in-fact for Alison White | 09/08/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

005

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> White Alison Lynn | 2. Issuer Name **and** Ticker or Trading Symbol <br> SSR MINING INC. [ SSRM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) <br> 6900 E. LAYTON AVE., SUITE 1300 <br> (Street) <br> DENVER      CO      80237 | 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/19/2022 | Director ___ 10% Owner ___ <br> X Officer (give title below) ___ Other (specify below) ___ <br> **Chief Financial Officer** |
| (City)      (State)      (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 12/19/2022 | | A | | 193[1] | A | $0[2] | 46,483 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 12/19/2022 | | A | | 241[4] | | 03/31/2024 | [3] | Common Shares | 241 | $0 | 49,731 | D | |
| Performance Share Units | [5] | 12/19/2022 | | A | | 129[4] | | 03/07/2025 | [5] | Common Shares | 129 | $0 | 26,542 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White          12/21/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

006

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | |

**1. Name and Address of Reporting Person***
White Alison Lynn
(Last)    (First)    (Middle)
6900 E. LAYTON AVE., SUITE 1300
(Street)
DENVER    CO    80237
(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
SSR MINING INC. [ SSRM ]

**3. Date of Earliest Transaction (Month/Day/Year)**
03/07/2023

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| | | |
|---|---|---|
| | Director | 10% Owner |
| X | Officer (give title below) | Other (specify below) |

Chief Financial Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/07/2023 | | A | | 22,033[1] | A | $0[2] | 68,516 | D | |
| Common Shares | 03/08/2023 | | S | | 2,439[3] | D | $13.31[4] | 66,077 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | (5) | 03/07/2023 | | A | | 33,050[5] | | 03/07/2026 | (5) | Common Shares | 33,050 | $0 | 33,050 | D | |

**Explanation of Responses:**

1. Includes restricted share units that vest in three equal installments, subject to continuing service of the Reporting Person through the vesting dates, and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Shares sold to satisfy tax withholding obligation applicable to the vesting of share-settled restricted stock units.

4. Shares sold on the TSX at a sale price of CAD $18.26.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White    03/09/2023
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

007

12/15/24, 3:34 PM                                                                 SEC FORM 4

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | |

1. Name and Address of Reporting Person*: White Alison Lynn
(Last) (First) (Middle)
6900 E. LAYTON AVE., SUITE 1300
(Street)
DENVER CO 80237
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol: SSR MINING INC. [ SSRM ]

3. Date of Earliest Transaction (Month/Day/Year): 03/30/2023

4. If Amendment, Date of Original Filed (Month/Day/Year):

5. Relationship of Reporting Person(s) to Issuer (Check all applicable):
Director ☐    10% Owner ☐
X Officer (give title below)    Other (specify below) ☐
**Chief Financial Officer**

6. Individual or Joint/Group Filing (Check Applicable Line):
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/30/2023 | | A | | 200[1] | A | $0[2] | 66,277 | D | |
| Common Shares | 03/30/2023 | | A | | 4,594[3] | D | $15.41[4] | 61,683 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [5] | 03/30/2023 | | A | | 250[6] | | 03/31/2024 | [5] | Common Shares | 250 | $0 | 49,981 | D | |
| Performance Share Units | [7] | 03/30/2023 | | A | | 133[6] | | 03/07/2025 | [7] | Common Shares | 133 | $0 | 26,675 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Shares sold to satisfy tax withholding obligation applicable to the vesting of share-settled restricted stock units.

4. Shares sold on the TSX at a sale price of CAD $20.85.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. Performance share units granted in connection with the Issuer's quarterly dividend.

7. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White        04/03/2023

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

008

Case No. 1:24-cv-00739-DDD-TPO     Document 60-15     filed 12/17/24     USDC Colorado pg 10 of 18

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

009

12/15/24, 3:35 PM                                                    SEC FORM 4/A

SEC Form 4

| | |
|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** |

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | Director | 10% Owner |
| (Last)  (First)  (Middle) | | X  Officer (give title below) | Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 03/30/2023 | Chief Financial Officer | |
| (Street) | | | |
| DENVER  CO  80237 | 4. If Amendment, Date of Original Filed (Month/Day/Year) 04/03/2023 | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)  (State)  (Zip) | | X  Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 03/30/2023 | | A | | 200[1] | A | $0[2] | 66,277 | D | |
| Common Shares | 04/03/2023 | | S | | 4,594[3] | D | $15.41[4] | 61,683 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [5] | 03/30/2023 | | A | | 250[6] | | 03/31/2024 | [5] | Common Shares | 250 | $0 | 49,981 | D | |
| Performance Share Units | [7] | 03/30/2023 | | A | | 133[6] | | 03/07/2025 | [7] | Common Shares | 133 | $0 | 26,675 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Shares sold to satisfy tax withholding obligation applicable to the vesting of share-settled restricted stock units.

4. Shares sold on the TSX at a sale price of CAD $20.85.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. Performance share units granted in connection with the Issuer's quarterly dividend.

7. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

| /s/ Jasmine Miller, attorney-in-fact for Alison White | 04/10/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

010

Case No. 1:24-cv-00739-DDD-TPO    Document 60-15    filed 12/17/24    USDC Colorado pg 12 of 18

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

011

SEC FORM 4

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person***
White Alison Lynn

| (Last) | (First) | (Middle) |
|---|---|---|

6900 E. LAYTON AVE., SUITE 1300

(Street)

| DENVER | CO | 80237 |
|---|---|---|
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**
SSR MINING INC. [ SSRM ]

**3. Date of Earliest Transaction (Month/Day/Year)**
06/12/2023

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Financial Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

**Rule 10b5-1(c) Transaction Indication**

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 06/12/2023 | | A | | 194[1] | A | $0[2] | 61,877 | D | |
| Common Shares | 06/13/2023 | | F | | 12[3] | D | $15.21[4] | 61,865 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [5] | 06/12/2023 | | A | | 215[6] | | 03/31/2024 | [5] | Common Shares | 215 | $0 | 50,196 | D | |
| Performance Share Units | [7] | 06/12/2023 | | A | | 115[6] | | 03/07/2025 | [7] | Common Shares | 115 | $0 | 26,790 | D | |
| Performance Share Units | [8] | 06/12/2023 | | A | | 142[6] | | 03/07/2026 | [8] | Common Shares | 142 | $0 | 33,192 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. Represents shares withheld to satisfy tax withholding obligations with respect to the vesting of restricted stock units.

4. Shares withheld at the price of CAD $20.59.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. Performance share units granted in connection with the Issuer's quarterly dividend.

7. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

8. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White    06/14/2023

012

Case No. 1:24-cv-00739-DDD-TPO    Document 60-15    filed 12/17/24    USDC Colorado
pg 14 of 18

SEC FORM 4

| | |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

013

12/15/24, 3:37 PM                                                SEC FORM 4

SEC Form 4

**FORM 4**

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | Director       10% Owner |
| (Last)    (First)    (Middle) | | X   Officer (give title below)     Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 09/11/2023 | **Chief Financial Officer** |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DENVER    CO    80237 | | X   Form filed by One Reporting Person |
| (City)    (State)    (Zip) | |     Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 09/11/2023 | | A | | 214[1] | A | $0[2] | 62,079 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 09/11/2023 | | A | | 239[4] | | 03/31/2024 | [3] | Common Shares | 239 | $0 | 50,435 | D | |
| Performance Share Units | [5] | 09/11/2023 | | A | | 127[4] | | 03/07/2025 | [5] | Common Shares | 127 | $0 | 26,917 | D | |
| Performance Share Units | [6] | 09/11/2023 | | A | | 157[4] | | 03/07/2026 | [6] | Common Shares | 157 | $0 | 33,349 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White     09/13/2023

** Signature of Reporting Person      Date

014

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC FORM 4

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

015

12/15/24, 3:37 PM                                                SEC FORM 4

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| White Alison Lynn | SSR MINING INC. [ SSRM ] | Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| 6900 E. LAYTON AVE., SUITE 1300 | 3. Date of Earliest Transaction (Month/Day/Year) 12/11/2023 | **Chief Financial Officer** |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DENVER   CO   80237 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 12/11/2023 | | A | | 270[1] | A | $0[2] | 62,349 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Units | [3] | 12/11/2023 | | A | | 302[4] | | 03/31/2024 | [3] | Common Shares | 302 | $0 | 50,737 | D | |
| Performance Share Units | [5] | 12/11/2023 | | A | | 161[4] | | 03/07/2025 | [5] | Common Shares | 161 | $0 | 27,078 | D | |
| Performance Share Units | [6] | 12/11/2023 | | A | | 198[4] | | 03/07/2026 | [6] | Common Shares | 198 | $0 | 33,547 | D | |

**Explanation of Responses:**

1. Includes restricted share units granted in connection with the Issuer's quarterly dividend, that vest subject to continuing service of the Reporting Person through the vesting dates and convert on a one-for-one basis into Common Shares upon vesting.

2. Each restricted share unit represents a contingent right to receive one of the Issuer's Common Shares upon vesting.

3. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2024 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

4. Performance share units granted in connection with the Issuer's quarterly dividend.

5. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2025 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

6. These performance share units represent a contingent right to receive a cash payment from the Issuer in the first quarter of 2026 in an amount determined pursuant to the plan governing such units based on achievement of specified performance criteria over the applicable performance period and subject to continued service through the vesting date.

**Remarks:**

/s/ Jasmine Miller, attorney-in-fact for Alison White        12/13/2023

** Signature of Reporting Person        Date

016

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Case No. 1:24-cv-00739-DDD-TPO     Document 60-15     filed 12/17/24     USDC Colorado
pg 18 of 18

SEC FORM 4

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

017