# Exhibit 15

EX-99.1 2 ssrminingannouncessuspensi.htm EX-99.1



**News Release**

**February 13, 2024**

## SSR MINING ANNOUNCES SUSPENSION OF OPERATIONS AT ÇÖPLER

DENVER – SSR Mining Inc. (Nasdaq/TSX: SSRM; ASX: SSR) ("SSR Mining" or the "Company") announces a suspension of operations at the Çöpler mine as a result of a large slip on the heap leach pad. This event occurred in the morning of February 13, 2024 at approximately 6:30 am EST, and all operations at Çöpler have been suspended as a result.

### Conference Call Information

SSR Mining's senior leadership team will host a conference call this morning to provide an overview of current operations as well as the Company's outlook and long-term growth strategy, as previously planned. Investors, media and the public are invited to listen to the conference call and accompanying webcast.

- Conference call and webcast: Tuesday, February 13, 2024, at 9:00 am EST.

Toll-free in U.S. and Canada:    +1 (800) 319-4610
All other callers:        +1 (604) 638-5340
    Webcast: http://ir.ssrmining.com/investors/events

- The conference call will be archived and available on our website. Audio replay will be available for two weeks by calling:

Toll-free in U.S. and Canada:    +1 (855) 669-9658, replay code 0631
All other callers:        +1 (412) 317-0088, replay code 0631

### About SSR Mining

SSR Mining Inc. is a leading, free cash flow focused gold company with four producing operations located in the USA, Türkiye, Canada, and Argentina, combined with a global pipeline of high-quality development and exploration assets. Over the last three years, the four operating assets combined have produced on average more than 700,000 gold-equivalent ounces annually. SSR Mining is listed under the ticker symbol SSRM on the Nasdaq and the TSX, and SSR on the ASX.

### SSR Mining Contacts:

F. Edward Farid, Executive Vice President, Chief Corporate Development Officer
Alex Hunchak, Vice President, Investor Relations

SSR Mining Inc.
E-Mail: invest@ssrmining.com
Phone: +1 (888) 338-0046

*To receive SSR Mining's news releases by e-mail, please register using the SSR Mining website at www.ssrmining.com.*

Case No. 1:24-cv-00739-DDD-TPO     Document 60-16     filed 12/17/24     USDC Colorado
pg 3 of 3
Document