# Exhibit 17

# Scotiabank™

## Global Equity Research

**Daily Edge | After Close**
Monday, February 19, 2024

### Analyst Team

**Ovais Habib** | Analyst
Scotia Capital Inc. - Canada | 416-863-7141
Charles Ehidiamhen, CFA, MBA, ACA | Associate
Scotia Capital Inc. - Canada | 437-980-8418
Francesco Costanzo | Associate
Scotia Capital Inc. - Canada | 647-539-8279

### Pertinent Data

| Rating | Sector Perform |
|---|---|
| **1-Yr. Target** | **C$12.00** |
| **SSRM-T** | C$6.60 |
| **SSRM-Q** | US$4.91 |
| **1-Yr. Return** | 87.5% |
| **Div. (NTM)** | $0.28 |
| **Div. (Curr.)** | $0.28 |
| **Yield (Curr.)** | 4.2% |
| **NAVPS** | C$16.51 |
| **P/NAV** | 0.40x |
| **Quant Ranking** | 6 |

**Valuation:** 50% 0.90x NAV$_{5\%}$ and 50% 7.0x 2025E CFPS

### Pertinent Revisions

| | New | Old |
|---|---|---|
| **CFPS23E** | $2.28 | $2.31 |
| **CFPS24E** | $0.41 | $0.42 |
| **CFPS25E** | $0.95 | $0.87 |
| **NAVPS** | C$16.51 | C$18.10 |

### Capitalization

| | |
|---|---|
| **Market Cap. (M)** | $1,059 |
| **Net Debt + Pref. (M)** | $817 |
| **Enterprise Value (M)** | $1,876 |
| **Shares O/S (M)** | 217 |
| **Float O/S (M)** | 214 |

### Volume and Closing Price for SSRM-T

Source: FactSet.

---

Gold & Precious Minerals

## SSR Mining Inc.

**SSRM-T:** C$6.60          **Target:** C$12.00          **Rating:** Sector Perform
SSRM-Q: US$4.91

---

## Çöpler Environmental Permit Cancelled; Search and Rescue for Missing Workers Still Ongoing

**OUR TAKE: Negative.** SSR Mining has reported that the **Turkish Ministry of Environment, Urbanization, and Climate Change has cancelled the Çöpler mine's environmental permits** as a result of leach pad material sliding towards the nearby Sabırlı creek, one of two non-permanent creeks in mine area which drain into the Euphrates river (aka Karasu river). At the time of writing, **water and soil samples taken at site do not show signs of contamination as a result of the incident, but environmental monitoring remains ongoing**. All operations at site remain suspended as search and rescue efforts continue for the 9 missing employees. The latest news from the Minister of Energy and Natural Resources indicate that 6 workers are believed to have been trapped in the valley to the east of the leach pad, with a further 3 workers trapped in the Manganese pit to the west of the leach pad. Separately, SSRM reported that 8 Çöpler mine employees have been detained as part of an investigation by local authorities. **The company noted that it will provide further updates on the incident during its FY23 results conference call scheduled for February 21, 2024, at 5pm EST.**

We view the news as **negative** for SSRM, although we expect a negative market reaction to be muted at market open on Tuesday as we believe investors have already priced the Çöpler asset out of the stock entirely. The cancellation of Çöpler's permits increases the uncertainty of a timeline to restart, but a prolonged and/or indefinite suspension is to be expected. We expect the stock to show heightened volatility until such time as a pathway to resuming operations can be determined. **Our NAV estimate for SSRM is C$16.51/share (currently trading at 0.40x P/NAV) using our Scotia price deck, or C$11.15/share (0.59x P/NAV) when attributing zero value for Çöpler (compared to peers trading at 0.75x P/NAV)**. SSRM shares are rated SP with a C$12.00 price target.

**Site Status and Remediation –** The latest technical report notes that as of September 2023, an estimated 59.8 Mt of ore had been stacked on the leach pad (containing ~74 koz of unrecovered extractable gold); reports indicate that the landslide contained ~10 million cubic metres of material, which we estimate could have a tonnage of ~20-30 million tonnes. Near real-time satellite imagery of the mine site shows that the majority of this material has slid to the east of the pad between the leach pad and the TSF (see Exhibit 1), **with some material sliding into the Manganese pit (which has been completely mined out per the latest technical report). The Minister of Energy and Natural Resources noted that ~5 million cubic metres (~10-15 million tonnes by our estimate) can be cleared out and moved to the Marble pit**; we believe this likely refers to the Marble pit failure area (see Exhibit 2) which suffered a pit wall failure in November 2014, and has not since been repaired.

| Qtly Adj EPS (FD) | Q1 | Q2 | Q3 | Q4 | Year | Price/Adj. EPS |
|---|---|---|---|---|---|---|
| **2022A** | $0.29 | $0.30 | $-0.07 | $0.12 | $0.65 | 24.1x |
| **2023E** | $0.10A | $0.35A | $0.26A | $0.26 | $1.00 | 10.6x |
| **2024E** | $-0.02 | $-0.07 | $-0.08 | $-0.08 | $-0.25 | n.m. |
| **2025E** | $-0.07 | $-0.04 | $-0.04 | $-0.04 | $-0.19 | n.m. |
| **(FY-Dec.)** | | **2022A** | **2023E** | | **2024E** | **2025E** |
| **CFPS** | | $1.34 | $2.28 | | $0.41 | $0.95 |
| **Gold Prod (000 oz)** | | 634 | 707 | | 368 | 552 |
| **Price/Cash Flow** | | 11.7x | 4.6x | | 11.8x | 5.2x |
| **EBITDA (M)** | | $372 | $469 | | $125 | $214 |
| **All-In Sustaining Cost ($/oz)** | | $1,312 | $1,454 | | $1,732 | $1,796 |

Historical price multiple calculations use FYE prices. All values in US$ unless otherwise indicated.
Source: FactSet; company reports; Scotiabank GBM estimates. Gold Prod'n shows Au-eqv oz, 100% basis

Production: February 19, 2024, 15:11 ET. Dissemination: February 19, 2024, 15:24 ET.

**For Reg AC Certification and important disclosures see Appendix A of this report. Analysts employed by non-U.S. affiliates are not registered/qualified as research analysts with FINRA in the U.S. unless otherwise noted within this report.**

**Scotiabank**™

Monday, February 19, 2024

**Q4/23 Results Conference Call –** SSRM will report Q4/23 financial results on Wednesday, February 21, 2024, after market close, with a conference call to be held the same day at 5:00 pm EST; dial-in 1 (800) 319-4610 or webcast http://ir.ssrmining.com/investors/events.

**Valuation – At spot prices**, SSRM shares trade at a P/NAV$_{5\%}$ of 0.32x, or 0.50x when attributing zero value for Çöpler, vs. the peer average of 0.62x.

**Scotiabank**™

**Exhibit 1 – Near Real–time Satelite Image of Çöpler Site Highlighting Landslide**



Source: © Capella Space Corp, All Rights Reserved.

**Scotiabank**™

**Exhibit 2 – Çöpler Mine Pits Highlighting Marble Pit Failure Area (in red boundary)**



Source: Company Reports

**Scotiabank.**

**Company Overview**

**Company Description**

SSR Mining Inc. is a precious metals mining company with a diversified portfolio of assets. The company owns and operates the Marigold gold mine in Nevada, the Seabee gold mine in Saskatchewan, and the Puna silver-lead-zinc operation in Argentina. The company also owns two feasibility-stage projects, Pitarrilla in Mexico and San Luis in Peru. In September 2020, the company completed an at-the-money merger with Alacer Gold to add the 80%-owned long-life Copler gold mine in Turkey to the portfolio, in addition to a number of nearby and regional exploration and growth projects.

**Key Risks**

Multiple contraction, commodity prices, technical and operational risks, and geopolitical risks

**Scotiabank.**                                                                            Daily Edge | After Close

Monday, February 19, 2024

## Appendix A: Important Disclosures

| Company | Disclosures (see legend below)* |
|---|---|
| SSR Mining Inc. | J |

I, Ovais Habib, certify that (1) the views expressed in this report in connection with securities or issuers that I analyze accurately reflect my personal views and (2) no part of my compensation was, is, or will be directly or indirectly, related to the specific recommendations or views expressed by me in this report.

**Analysts employed by non-U.S. affiliates are not registered/qualified as research analysts with FINRA in the U.S. unless otherwise noted within this report. These analysts may not be associated persons of Scotia Capital (USA) Inc. and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.**

This document has been prepared by Research Analysts employed by The Bank of Nova Scotia and/or its affiliates. The Bank of Nova Scotia, its subsidiaries, branches and affiliates are referred to herein as "Scotiabank." "Scotiabank" together with "Global Banking and Markets" is the marketing name of the global corporate and investment banking and capital markets business of The Bank of Nova Scotia and its affiliates. Scotiabank, Global Banking and Markets produces research reports under a single marketing identity referred to as "globally branded research" under U.S. rules. This research is produced on a single global research platform with one set of rules which meet the most stringent standards set by regulators in the various jurisdictions in which the research reports are produced. In addition, the Research Analysts who produce the research reports, regardless of location, are subject to one set of policies designed to meet the most stringent rules established by regulators in the various jurisdictions where the research reports are produced.

Scotiabank relies on information barriers to control the flow of non-public or proprietary information contained in one or more areas within Scotiabank into other areas, units, groups or affiliates of Scotiabank. In addition, Scotiabank has implemented procedures to prevent research independence being compromised by any interactions they may have with other business areas of The Bank of Nova Scotia. The compensation of the Research Analyst who prepared this document is determined exclusively by Scotiabank Research Management and senior management (not including investment or corporate banking).

Research Analyst compensation is not based on investment or corporate banking revenues; however, compensation may relate to the revenues of Scotiabank as a whole, of which investment banking, corporate banking, sales and trading are a part. Scotiabank Research will initiate, update and cease coverage solely at the discretion of Scotiabank Research Management. Scotiabank Research has independent supervisory oversight and does not report to the corporate or investment banking functions of Scotiabank.

For Scotiabank, Global Banking and Markets Research Analyst Standards and Disclosure Policies, please visit www.gbm.scotiabank.com/disclosures.

For additional questions, please contact Scotiabank, Global Banking and Markets Research, 4 King St W, 12th Flr, Toronto, Ontario, M5H 1A1.

Time of dissemination: February 19, 2024, 15:24 ET. Time of production: February 19, 2024, 15:11 ET. Note: Time of dissemination is defined as the time at which the document was disseminated to clients. Time of production is defined as the time at which the Supervisory Analyst approved the document.

**\*Legend**

| J | Scotia Capital (USA) Inc. or its affiliates expects to receive or intends to seek compensation for investment banking services in the next 3 months. |
|---|---|

**Scotiabank**™

## Rating and Price Target History

**SSR Mining Inc. (SSRM-T) as of February 15, 2024 (in CAD)**



01-11-2021
Price: 23.44
Rating: SO
Target: 38.50

01-11-2022
Price: 21.42
Rating: SO
Target: 31.00

04-19-2022
Price: 29.98
Rating: SO
Target: 33.50

10-24-2022
Price: 18.70
Rating: SO
Target: 30.00

01-18-2023
Price: 22.46
Rating: SO
Target: 29.50

02-10-2023
Price: 19.43
Rating: SO
Target: 28.50

04-12-2023
Price: 21.16
Rating: SO
Target: 29.50

05-09-2023
Price: 22.97
Rating: SO
Target: 30.00

07-10-2023
Price: 18.69
Rating: SO
Target: 29.00

10-03-2023
Price: 17.42
Rating: SO
Target: 28.00

11-01-2023
Price: 16.29
Rating: SO
Target: 26.00

01-22-2024
Price: 13.08
Rating: SO
Target: 22.00

02-13-2024
Price: 6.08
Rating: SP
Target: 12.00

*Represents the value(s) that changed.
Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage
Source: Scotiabank GBM estimates; FactSet.

**Scotiabank.**

Monday, February 19, 2024

## Definition of Scotiabank, Global Banking and Markets Equity Research Ratings

Scotiabank has a three-tiered rating system, with ratings of Sector Outperform, Sector Perform, and Sector Underperform. Each Research Analyst assigns a rating that is relative to his or her coverage universe or an index identified by the Research Analyst that includes, but is not limited to, stocks covered by the Research Analyst.

The rating assigned to each security covered in this report is based on the Scotiabank, Global Banking and Markets Research Analyst's 12-month view on the security. Research Analysts may sometimes express in research reports shorter-term views on these securities that may impact the price of the equity security in a manner directly counter to the Research Analyst's 12-month view. These shorter-term views are based upon catalysts or events that may have a shorter-term impact on the market price of the equity securities discussed in research reports, including but not limited to the inherent volatility of the marketplace. Any such shorter-term views expressed in research report are distinct from and do not affect the Research Analyst's 12-month view and are clearly noted as such.

### Ratings

**Sector Outperform (SO)**
The stock is expected to outperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Sector Perform (SP)**
The stock is expected to perform approximately in line with the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Sector Underperform (SU)**
The stock is expected to underperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Focus Stock (FS)**
As of April 29, 2019, Scotiabank GBM discontinued the Focus Stock rating. A stock assigned this rating represented an analyst's best idea(s); stocks in this category were expected to significantly outperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that included, but was not limited to, stocks covered by the analyst.

**Other Ratings**

*Under Review* – The rating has been temporarily placed under review, until sufficient information has been received and assessed by the analyst.

*Tender* – As of January 25, 2021, Scotiabank GBM discontinued the Tender rating.

**Risk Ranking**
The Speculative risk ranking reflects exceptionally high financial and/or operational risk, exceptionally low predictability of financial results, and exceptionally high stock volatility. The Director of Research and the Supervisory Analyst jointly make the final determination of the Speculative risk ranking.

### Ratings Distribution

As of January 31, 2024

| Rating | Companies Rated in Each Category | | Investment Banking Service Provided in the Last 12 Months | |
|---|---|---|---|---|
| | Count | Percentage | Count | Percentage |
| Sector Outperform | 274 | 51% | 58 | 21% |
| Sector Perform | 247 | 46% | 45 | 18% |
| Sector Underperform | 20 | 4% | 1 | 5% |

For the purposes of the ratings distribution disclosure FINRA requires members who use a ratings system with terms different than "buy," "hold/neutral" and "sell," to equate their own ratings into these categories. Our Sector Outperform, Sector Perform, and Sector Underperform ratings are based on the criteria above, but for this purpose could be equated to buy, neutral and sell ratings, respectively.

## General Disclosures

This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject Scotiabank to any registration or licensing requirement within such jurisdiction. It is published solely for information purposes; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy.

No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained in this document except with respect to information concerning Bank of Nova Scotia (TSX: BNS; NYSE: BNS). This document is not intended to be a complete statement or summary of the securities, markets or developments referred to in this document. Scotiabank does not undertake to update or keep current the information contained herein, nor make any commitment as to the frequency of publication.

If you are affected by EU MiFID or the onshored UK MiFID regime, you must advise us in writing at trade_supervision@scotiabank.com.

Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups of Scotiabank. Any statements contained in this document attributed to a third party represent Scotiabank's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party. Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwise constitutes a personal recommendation. Investments involve risks, and investors should exercise prudence and their own independent judgement in making their investment decisions and carefully consider any risks involved.

The financial instruments that may be described in this document may not be eligible for sale in all jurisdictions or to certain categories of investors. Instruments such as options, derivative products, and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price, or income of any security or related instrument referred to in this document. For investment advice, trade execution, or other enquiries, clients should contact their local sales representative. The value of any investment or income may go down as well as up, and investors may not get back the full amount invested. Past performance is not necessarily a guide to future performance.

To the full extent permitted by law, neither Scotiabank nor any of its directors, employees or agents accepts any liability whatsoever for any direct or consequential loss arising from any use of the information or this document. Nothing in this document constitutes financial, investment, tax, accounting or legal advice. Investors should seek their own legal, financial and tax advice regarding the appropriateness of investing in any securities or pursuing any strategies discussed in the document. Any prices stated in this document are for information purposes only and do not represent real-time valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect Scotiabank's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by Scotiabank or any other source may yield substantially different results. All pricing of securities in reports is based on the closing price of the securities' principal marketplace on the night before the publication date, unless otherwise explicitly stated.

The Research Analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information.

In the normal course of offering investment and banking products and services to clients, Scotiabank may act in several capacities (including issuer, market maker, underwriter, distributor, index sponsor, swap counterparty, and calculation agent) simultaneously with respect to a product, giving rise to conflicts of interest. Scotiabank uses controls such as information barriers to manage conflicts should they arise. Scotiabank and its affiliates, officers, directors, and employees may have long or short positions (including hedging and trading positions), trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this document.

Recipients of this document should expect that Scotiabank will from time to time perform services (including investment banking or capital market services) in connection with the services and activities described in this document and that they perform services for and engage in transactions with other market participants, including the issuers of certain of the investments underlying the transactions herein.

The information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the information, conduct independent due diligence when making an investment decision and consider the appropriateness of the information, having regard to their objectives, financial situation and needs. For further information, please contact your sales representative.

Scotiabank specifically prohibits the redistribution of this document in whole or in part without Scotiabank's prior written permission, and Scotiabank accepts no liability whatsoever for the actions of third parties in this respect. Images may depict objects or elements that are protected by third-party copyright, trademarks and other intellectual property rights.

**Scotiabank™**

Equity research reports published by Scotiabank are initially and simultaneously made available electronically to intended recipients through its proprietary research website, ScotiaView, e-mail, and through third-party aggregators. The mediums in which research is disseminated to clients may vary depending on client preference as to the frequency and manner of receiving research reports. Institutional clients with questions regarding distribution of equity research or who wish to access the proprietary model used to produce this report should contact Scotiabank at 1-800-208-7666.

A list of all investment recommendations in an equity security or issuer that have been disseminated during the preceding 12 months is available at the following location: www.gbm.scotiabank.com/disclosures.

## Additional Disclosures

Australia: This report is provided in Australia by the Bank of Nova Scotia, an APRA-regulated Authorised Deposit-Taking Institution (Foreign Bank ADI) holding an Australian Financial Services License (AFSL).

Canada: Distributed to eligible Canadian persons by Scotia Capital Inc., a registered investment dealer in Canada.

Chile: This report is distributed by Scotia Corredora de Bolsa Chile Limitada, a subsidiary of The Bank of Nova Scotia.

China: The research report may not be offered, sold or delivered, or offered or sold or delivered to any person for reoffering or resale or redelivery, in any such case directly or indirectly, in Mainland China (excluding Hong Kong, Macau and Taiwan, "China") in contravention of any applicable laws.

This research report does not constitute an offer to sell or the solicitation of an offer to buy any securities in Mainland China (excluding Hong Kong, Macau and Taiwan, "China") to any person to whom it is unlawful to make the offer or solicitation in China.

The issuer does not represent that this research report may be lawfully distributed, or that any securities may be lawfully offered, in compliance with any applicable registration or other requirements in Mainland China (excluding Hong Kong, Macau and Taiwan, "China"), or pursuant to an exemption available thereunder, or assume any responsibility for facilitating any such distribution or offering. In particular, no action has been taken by the issuer which would permit a public offering of any securities or distribution of this document in China. Accordingly, the securities are not being offered or sold within China by means of this research report or any other document. Neither this research report nor any advertisement or other offering material may be distributed or published in China, except under circumstances that will result in compliance with any applicable laws and regulations.

Colombia: This report is distributed in Colombia by The Bank of Nova Scotia ("Scotiabank") or Scotia Capital Inc. ("SCI") through the Representation in Scotiabank Colpatria S.A. and/or Scotia Securities (Colombia) S.A. Sociedad Comisionista de Bolsa authorized by the Financial Superintendence of Colombia via Resolutions 1377 of 2010, 058 of 2014, 226 of 2015 and 1070 of 2021. This document does not contain any type of investment advice nor does it aim to provide advice. This report is prepared by analysts employed by Scotiabank and certain of its affiliates, including SCI. This report is strictly private and confidential and may not be reproduced or used for any other purpose by the recipient of this report or provided to any person or entity other than the recipient of this report.

Hong Kong: This report is distributed by The Bank of Nova Scotia Hong Kong Branch, which is authorized by the Securities and Future Commission to conduct Type 1 and Type 4 regulated activities and regulated by the Hong Kong Monetary Authority.

Japan: This research report is provided for information purposes only and it is not intended to solicit any orders for securities transactions or commodities futures contracts. While we believe that the data and information contained in this research report are obtained from reliable sources, we do not guarantee the accuracy or completeness of the data and information.

Mexico: The information contained in this report is for informational purposes only and is not intended to influence the decision of the addressee in any way whatsoever with respect to an investment in a certain type of security, financial instrument, commodity, futures contract, issuer, or market, and is not to be construed as an offer to sell or a solicitation of an offer to buy any securities or commodities futures contracts. Scotia Inverlat Casa de Bolsa, S.A. de C.V., Grupo Financiero Scotiabank Inverlat, is not responsible for the outcome of any investment performed based on the contents of this research report. The analysis contained in this research report reflects exclusively the point of view of the Analysts responsible for its preparation. The Analysts did not receive any compensation other than from the Financial Entity or Investment Advisor to which they provide their services or from legal entities that belong to the same Financial Group or Business Group.

Peru: This report is distributed by Scotiabank Peru SAA, a subsidiary of The Bank of Nova Scotia. This report is prepared by analysts employed by The Bank of Nova Scotia and certain of its affiliates, including Scotia Capital Inc.

Singapore: For investors in the Republic of Singapore, this document is provided via an arrangement with BNS Asia Limited pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001. If there are any matters arising from, or in connection with this

**Scotiabank**

material, please contact BNS Asia Limited, located at 1 Raffles Quay, #20-01 North Tower, One Raffles Quay, Singapore 048583, telephone: +65 6305 8388.

This document is intended for general circulation only and any recommendation that may be contained in this document concerning an investment product does not take into account the specific investment objectives, financial situation, or particular needs of any particular person, and advice should be sought from a financial adviser based in Singapore regarding the suitability of the investment product, taking into account the specific investment objectives, financial situation, or particular needs of any person in receipt of the recommendation, before the person makes a commitment to purchase the investment product.

BNS Asia Limited and/or its affiliates may have in the past done business with or may currently be doing or seeking to do business with the companies or issuers covered in this report. The information provided or to be provided or actions taken by or to be taken by BNS Asia Limited and/or its affiliates in such circumstances may be different from or contrary to the discussion set out in this report.

United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is distributed by The Bank of Nova Scotia, London branch ("BNS London"), Scotiabank Europe plc, or Scotiabank (Ireland) Designated Activity Company to persons who are eligible counterparties or professional clients. BNS London is authorised by the Prudential Regulation Authority (PRA) and subject to regulation by the Financial Conduct Authority (FCA) and limited regulation by the PRA. Scotiabank Europe plc is authorised by the PRA and subject to regulation by the FCA and PRA. Scotiabank (Ireland) Designated Activity Company is authorised and regulated by the Central Bank of Ireland (CBI).

United States: United States: Distributed to U.S. persons by Scotia Capital (USA) Inc. or by an authorized subsidiary or affiliate of The Bank of Nova Scotia that is not registered as a U.S. broker-dealer (a 'non-U.S. affiliate') to Major US Institutional Investors only. Scotia Capital (USA) Inc. accepts responsibility for the content of a document prepared by its non-U.S. affiliate (s) when distributed to U.S. persons by Scotia Capital (USA) Inc. To the extent that a U.S. person wishes to transact in the securities mentioned in this document through Scotiabank, such transactions must be effected through Scotia Capital (USA) Inc., and not through a non-U.S. affiliate. The information in this document has not been approved, disapproved, or recommended by the U.S. Securities and Exchange Commission ("SEC"), any state securities commission in the United States or any other U.S. or non-U.S. regulatory authority. None of these authorities has passed on or endorsed the merits or the accuracy or adequacy of this document. Any representation to the contrary is a criminal offense in the United States.

™ Trademark of The Bank of Nova Scotia. Used under license, where applicable. Scotiabank, together with "Global Banking and Markets," is a marketing name for the global corporate and investment banking and capital markets businesses of The Bank of Nova Scotia and certain of its affiliates in the countries where they operate, including Scotia Capital Inc., Scotia Capital (USA) Inc., Scotiabank Europe plc, Scotiabank (Ireland) Designated Activity Company, Scotiabank Inverlat S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat, Scotia Inverlat Casa de Bolsa S.A. de C.V., Grupo Financiero Scotiabank Inverlat, Scotia Inverlat Derivados S.A. de C.V. – all members of the Scotiabank Group and authorized users of the mark. The Bank of Nova Scotia is incorporated in Canada with limited liability. Scotia Capital Inc. is a member of the Canadian Investor Protection Fund and regulated by the Investment Industry Regulatory Organization of Canada. Scotia Capital (USA) Inc. is a broker-dealer registered with the SEC and is a member of FINRA, NYSE, NFA and SIPC. BNS London is authorised by the Prudential Regulation Authority ("PRA") and subject to regulation by the Financial Conduct Authority ("FCA") and limited regulation by the PRA. Scotiabank Europe plc is authorised by the PRA and subject to regulation by the FCA and PRA. Scotiabank (Ireland) Designated Activity Company is authorised and regulated by the CBI. Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat , Scotia Inverlat Casa de Bolsa, S.A. de C.V., Grupo Financiero Scotiabank Inverlat, and Scotia Inverlat Derivados, S.A. de C.V., are each authorized and regulated by the Mexican financial authorities.

**© The Bank of Nova Scotia 2024**
This report and all the information, opinions, and conclusions contained in it are protected by copyright. This report may not be reproduced in whole or in part, or referred to in any manner whatsoever, nor may the information, opinions, and conclusions contained in it be referred to without the prior, express consent of Scotiabank, Global Banking and Markets. The Bank of Nova Scotia, Scotiabank, and Global Banking and Markets logo and names are among the registered and unregistered trademarks of The Bank of Nova Scotia. All rights reserved.