# Exhibit 20



# EQUITY RESEARCH

## Capital Markets

RBC Dominion Securities Inc.
**Michael Siperco** (Analyst)
(416) 842-3804, michael.siperco@rbccm.com
**Wayne Lam**, CFA (Analyst)
(416) 842-7840, wayne.lam@rbccm.com
**John Robertson** (Associate)
(416) 842-9998, john.robertson@rbccm.com

Royal Bank of Canada, Sydney Branch
**Alexander Barkley**, CFA (Analyst)
+61 2 9033 3068, alexander.barkley@rbccm.com

February 20, 2024

# SSR Mining Inc.

## Outlook worsens at Copler; lower target and downgrade to Underperform, Speculative Risk

**Our view:** We have further reduced our NAV8% estimate for SSRM by 51% to $3.70/sh, now assuming zero value/production for Copler/Hod Maden in Turkey. This follows news that Copler's environmental permits have been revoked, and employees have been charged, signalling in our view that valuation risks have increased again as the situation evolves, with ongoing share price volatility. Our target falls to $3.00 from $6.00 on our valuation/estimates ex-Turkey, informing our revised Underperform, Speculative Risk rating. **4Q23 results are expected after market on 22 Feb.**

### Key points:
#### News from Copler continues to worsen
- Updates since Friday's close have not improved, with rescue efforts ongoing, and operations now shut indefinitely after Turkish authorities revoked the mine's environmental permit. SSRM also confirmed that several Copler employees have been charged in relation to the incident.
- While an extended shutdown was expected (and reflected in the initial 50% discount we applied to Copler) the updates in our view reduce the prospect of SSRM realizing value from the mine, or obtaining construction permits for Hod Maden in Turkey.

#### New forecasts exclude Copler and Hod Maden
- Our revised estimates see ~40% annualized lower production through 2026, and ~55% lower production in 2027, when higher production was previously guided to at both Copler/Hod Maden.
- Near term, the impact on production/FCF is relatively muted on previously reduced production guidance at Copler through 2026, and no production at Hod Maden until 2027.
- We model ~$200m in remediation costs (our best guess for now), offset in part by eliminated planned capex at both Copler/Hod Maden (~$400m), and reduced exploration/other expenses.
- The balance sheet is stable, with almost $1bn in total liquidity. We assume a dividend cut of 50% preserving capital, and no longer model $150m of Hod Maden earn-in payments through 2027.

#### Risks skew further to the downside from current levels
- Pending further information, we do not factor in any other potential fines, penalties, litigation costs or environmental liabilities, which represent further potential downside vs. our valuation.
- Longer term, it may be possible to surface value at Copler, either via an (eventual) restart, or a potential asset sale, however at this stage we think the ongoing risks negate more speculative optionality.
- Our NAV8% falls 54% to $3.51/sh, applying our 0.8x target multiple results in our $3.00 target (previously $6.00). The ~40% downside to our target informs our rating change to Underperform, Speculative Risk.
- **On our revised estimates, SSRM trades 1.4x NAV vs. the midcap average of ~0.80x and at a ~50% premium on EV/EBITDA in 2024/25.**

## Underperform (prev: Sector Perform)
**Speculative Risk**
NASDAQ: SSRM; USD 4.91; TSX: SSRM
**Price Target USD 3.00** ↓ 6.00

### WHAT'S INSIDE

| | |
|---|---|
| ☑ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Price Target | Current Price | Upside Scenario |
|---|---|---|---|---|
| | 2.00 | 3.00 | 4.91 | 7.00 |
| | ↓ 54% | ↓ 33% | | ↑ 48% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 216.3 | Market Cap (MM): | 1,062 |
| Dividend: | 0.14 | Yield: | 5.7% |
| NAVPS: | 3.51 | P/NAVPS: | 1.40x |
| | | Avg. Daily Volume: | 5,519,346 |

### RBC Estimates

| FY Dec | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|
| **EPS, Adj Diluted** | 0.69 | 1.06 | 0.36 | 0.53 |
| Prev. | | | 0.38 | 0.67 |
| **CFPS, Adj Diluted** | 0.29 | 1.55 | 0.73 | 0.87 |
| Prev. | | | 1.14 | 1.52 |
| **P/AEPS** | 7.1x | 4.6x | 13.7x | 9.3x |
| **P/CFPS** | 16.9x | 3.2x | 6.8x | 5.6x |
| **P/ACFPS** | 16.9x | 3.2x | 6.8x | 5.6x |

| EPS, Adj Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2022 | 0.31A | 0.31A | (0.07)A | 0.12A |
| 2023 | 0.10A | 0.37A | 0.26E | 0.33E |
| 2024 | (0.02)E | 0.06E | 0.14E | 0.18E |
| Prev. | 0.05E | 0.04E | 0.12E | 0.17E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

**Capital Markets**
**RBC**®

SSR Mining Inc.

### Removing Copler and Hod Maden from our SSRM valuation

- **We had previously assumed a 50% risk adjusted valuation for Copler**, pending further information on the scale of the disaster, and the potential response.
- **Since then, SSRM disclosed that Turkish authorities have revoked Copler's environmental permit** and charged several Copler/SSRM employees in relation to the disaster, including reportedly, SSRM's Turkey country head.
- **In our view, an outcome that provides nearer-term visibility into an eventual re-start of Copler is increasingly unlikely**, and our model now reflects no production from Copler from the date of suspension, and no value in our NAV8% estimate for SSRM.
- **Similarly, we assume that permits for Hod Maden construction (40% SSRM, ~300km away from Copler in Turkey)** will not be granted as a consequence of the Copler disaster, and have reduced the value of the development project to zero in our NAV (and assume no capital spending).

### Precedent suggests a long, expensive road back, if at all

- **Our view is driven by the immediate revocation of the environmental permit, rather than waiting for the results of a full investigation, as well as confirmation of the charges against Copler mine employees/management.** This indicates to us the seriousness of the disaster on the ground (both immediate from the landslide and potential other impacts, risks to the heap leach pad or Copler pit wall stability), and the seriousness with which the Turkish government is treating the disaster, as well as its willingness to take apparent control of the site and assume responsibility of remediation and monitoring efforts.
- **The majority of mining disasters with significant loss of life over the last several decades in Turkey have occurred at coal mining operations**, and primarily at operations owned by the state-controlled coal mining company. These include Zonguldak in 2010, Collolar in 2011, Soma (Eynez) in 2014, Amasra in 2022. Based on publicly available information, all of these mines were closed and have not resumed operations since, with criminal charges in most cases, and convictions in several.
- **Most directly comparable in our view to the situation at Copler is the 2011 Collolar coal mine disaster**, in which a pit wall failure killed nine workers, shutting the mine immediately without re-opening since. 8 years later the mine was tendered for sale by the owners (a Turkish conglomerate), however its current status is unknown, but not producing to the best of our knowledge.
- **We have also considered the outcomes of other mine disasters** on what we see as a similar scale, including:
  - **The 1995 tailings dam failure at Omai in Guyana**, resulting in a cyanide discharge into the Omai River, with operations resuming within several months.
  - **The 2000 Baia Mare tailings dam failure in Romania**, spilling cyanide and other contaminants into the tributaries of the Danube River. The mine was never re-started, and estimates of the remediation costs range between $200-500m.
  - **The 2014 Mount Polley tailings dam failure in BC, Canada,** with operations suspended for ~12 months, and management citing remediation costs of $70m.
  - **The 2015 Mariana (Samarco) tailings dam failure in Brazil**, killing 19 and destroying two villages. Immediate fines and cost estimates ranged from $100-400m, with an eventual agreement to a US$4.8bn fine, amidst ongoing lawsuits seeking tens of billions in damages from the operators.
- **While there have been a range of outcomes for similar disasters historically, we think recent incidents have seen governments and regulators treat failures far more seriously than in the past**, especially when lives are lost and environmental contamination occurs. While still too early in our view to have confidence in any specific outcome or costs, we think it is prudent to assume that at a minimum, investors will have little visibility into realizing any value for SSRM's Turkish assets for an extended period (if ever), with significant risk of costs, fines, legal and



SSR Mining Inc.

environmental liabilities beyond the $200m we currently model through 2026.

### Impact on our estimates

- **Our revised estimates see ~40% annualized lower production through 2026**, and ~55% lower production in 2027, when higher production was previously guided to at both Copler/Hod Maden.
- **In the near term, the impact is muted** given previously reduced production guidance at Copler through 2026, and no production at Hod Maden until 2027.
- **We model only a -$120m impact on cumulative net FCF through 2026**, now modestly negative over the period. 2027+ however, our FCF forecasts fall +50%.
- **That forecast assumes ~$200m in remediation costs** (based on our best guess for now), as well as eliminated planned capex at both Copler and Hod Maden (~$400m), and reduced exploration and other expenses.
- **We have left our estimates for Marigold, Seabee and Puna unchanged**, inline with the guidance provided on 13 Feb.

### Exhibit 1 - Summary of RBC operating and financial estimates, new vs. previous, 2024-2027

| | Unit | 2024E Prior | 2024E Revised | 2024E Change | 2025E Prior | 2025E Revised | 2025E Change | 2026E Prior | 2026E Revised | 2026E Change | 2027E Prior | 2027E Revised | 2027E Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating estimates** | | | | | | | | | | | | | |
| **Gold Equivalent Production** | | | | | | | | | | | | | |
| Marigold | 000oz | 167 | 167 | 0% | 167 | 167 | 0% | 230 | 230 | 0% | 255 | 255 | 0% |
| Copler (100%) | 000oz | 212 | 30 | (86%) | 222 | 0 | (100%) | 250 | 0 | (100%) | 378 | 0 | (100%) |
| Seabee | 000oz | 79 | 79 | 0% | 80 | 80 | 0% | 71 | 71 | 0% | 71 | 71 | 0% |
| Puna | 000oz | 113 | 113 | 0% | 107 | 107 | 0% | 26 | 26 | 0% | 0 | 0 | - |
| Hod Maden | 000oz | 0 | 0 | - | 0 | 0 | - | 25 | 0 | (100%) | 65 | 0 | (100%) |
| **Total AuEq production** | 000oz | 571 | 389 | (32%) | 575 | 354 | (39%) | 578 | 328 | (43%) | 737 | 326 | (56%) |
| Gold production | 000oz | 458 | 276 | (40%) | 469 | 247 | (47%) | 551 | 302 | (45%) | 730 | 326 | (55%) |
| Silver production | moz | 9.3 | 9.3 | 0% | 8.5 | 8.5 | 0% | 2.1 | 2.1 | 0% | 0.0 | 0.0 | - |
| **Costs (consolidated)** | | | | | | | | | | | | | |
| Cash costs (AuEq) | US$/oz | 1,254 | 1,217 | (3%) | 1,220 | 1,220 | 0% | 1,236 | 1,296 | 5% | 1,063 | 1,106 | 4% |
| AISC (AuEq) | US$/oz | 1,616 | 1,675 | 4% | 1,563 | 1,646 | 5% | 1,579 | 1,679 | 6% | 1,316 | 1,390 | 6% |
| **Financial Summary (consolidated)** | | | | | | | | | | | | | |
| Revenue | US$m | 1,175 | 804 | (32%) | 1,245 | 770 | (38%) | 1,168 | 669 | (43%) | 1,360 | 619 | (54%) |
| EBITDA (adj.) | US$m | 306 | 221 | (28%) | 391 | 250 | (36%) | 308 | 161 | (48%) | 482 | 230 | (52%) |
| EPS (basic, adj.) | US$/sh | 0.38 | 0.36 | (6%) | 0.67 | 0.53 | (21%) | 0.41 | 0.29 | (30%) | 0.64 | 0.51 | (20%) |
| OCF/sh (basic, pre-WC) | US$/sh | 1.14 | 0.73 | (37%) | 1.52 | 0.87 | (43%) | 1.24 | 0.56 | (55%) | 1.95 | 0.99 | (49%) |
| Total free cash flow | US$m | 15 | (72) | nmf | 47 | 36 | (25%) | 7 | 4 | (44%) | 304 | 154 | (49%) |
| Total capex | US$m | 219 | 219 | 0% | 263 | 143 | (46%) | 247 | 111 | (55%) | 94 | 48 | (49%) |

Source: RBC Capital Markets estimates

### Exhibit 2 - SSRM production 2023-2028 assuming no contribution from Copler/Hod Maden



Source: RBC Capital Markets estimates



SSR Mining Inc.

- **Our consolidated operating NAV8% falls ~55% to $3.51/sh**, reflecting the NPV of forecast remediation costs at Copler (pending further information), and no value for Hod Maden and other Turkish exploration potential.
- **Our valuation for the other assets in the portfolio is unchanged**, however we had previously reduced our valuations substantially for both Seabee and Puna to reflect the updated technical reports (based on reserves only) for both assets released last week.
- **Assuming no earn-in payments for Hod Maden.** SSRM agreed to an earn-in structure when it acquired up to a 40% interest in Hod Maden from Turkish company Lidya in May 2023. $120m was paid in cash upfront for a 10% interest, with another $150m due in cash payments between a construction decision (previously expected in mid-2024) and commercial production (previously expected in 2027). For now, we assume those payments will not be made and SSRM will retain its 10% interest only.

**Exhibit 3 - NAV and target price changes**

| NAV and target | Previous | | Revised | | Change |
|---|---|---|---|---|---|
| **NAV** | **US$m** | **$/sh** | **US$m** | **$/sh** | |
| Marigold | 749 | 3.46 | 749 | 3.46 | 0% |
| Copler | 476 | 2.20 | (131) | (0.61) | (128%) |
| Seabee | 115 | 0.53 | 115 | 0.53 | 0% |
| Puna | 101 | 0.47 | 101 | 0.47 | 0% |
| **Total operating NAV** | **1,441** | **6.66** | **834** | **3.85** | (42%) |
| Hod Maden (10%*) | 229 | 1.06 | (7) | (0.03) | (103%) |
| Other assets | 133 | 0.62 | 68 | 0.31 | (49%) |
| Corporate | (159) | (0.73) | (135) | (0.62) | - |
| **Total NAV** | **1,645** | **7.60** | **760** | **3.51** | (54%) |
| NAV multiple | 0.8x | | 0.8x | | 0% |
| **Target** | **US$6.00** | | **US$3.00** | | (50%) |
| **Rating** | **Sector Perform - Spec** | | **Underperform - Spec.** | | ↓ |

\* Reflects current SSRM ownership of Hod Maden, as part of the earn in agreement to reach 40% with
  additional payment of $150m after a construction decision and before commercial production

Source: RBC Capital Markets estimates

- **Our new $7.00 upside scenario considers the potential for the following:**
  - (Eventual) visibility into a potential re-start at Copler, which could take years, or a potential sale at a future point. Our unaffected NPV8% for Copler (based on the updated technical report released the morning of the disaster) was ~$1bn (~$4.00/sh), however that reflected expansion plans and heap leach production forecasts that can no longer be relied upon. The risk of legal/environmental liability also limits in our view the potential value of Copler to a third party, pending more certainty and investigation.
  - The possibility that Hod Maden could be delayed significantly, but eventually see construction. Hod Maden accounted for ~$1.00/sh in our NAV prior to its exclusion with this update, which assumed SSRM would hold a 40% stake. Potential could exist for a sale of SSRM's existing 10% interest and the earn-in right.
  - Longer mine life/revised mine plans at Marigold, Seabee and Puna, assuming increased focus and capital on the remainder of the portfolio.
- **Our downside scenario of $2.00** assumes further risk of fines, litigation and environmental liabilities beyond the $200m we currently model and beyond the residual potential value of Copler/Hod Maden to SSRM.

 

SSR Mining Inc.

## The balance sheet should be able to weather the storm

- Given cash flows expected from other operations, assumed eliminated project capex/ payments at both Copler and Hod Maden (net of expected remediation costs) and the current liquidity position, we see only moderate balance sheet risk ex-Copler through 2026, primarily from potential fines, penalties and remediation liabilities beyond our forecast.
- As of YE23, SSRM had $492m in cash ($262m net), with $500m undrawn on its revolving credit facility (total liquidity of $992m).
- At spot, we model ~$450m of operating cash flow through 2026 (excluding Copler). Uses of cash include:
  - ~$250m in sustaining capital at Marigold, Seabee and Puna
  - Our assumed $200m in Copler remediation costs
  - ~$30m in annual dividends (assuming a 50% dividend cut, ~$90m through 2026)
- This excludes previously planned project capex of ~$400m at Copler/Hod Maden, and $150m of scheduled earn-in payments at Hod Maden.

### Exhibit 4 - 2024 guidance: Change YoY and vs. RBCe and consensus estimates

| Metric | Unit | FY/23 Actual | Guidance 2024 | YoY | Forecasts RBCe | Cons. | Variance vs. RBCe | vs. cons |
|---|---|---|---|---|---|---|---|---|
| Gold production | 000oz | 590 | 430 - 480 | (23%) | 276 | 350 | (39%) | (23%) |
| Silver production | moz | 9.7 | 8.75 - 9.50 | (6%) | 9.3 | 9.2 | 1% | 1% |
| Gold equiv. prod. | 000oz | 707 | 540 - 600 | (19%) | 389 | 447 | (32%) | (22%) |
| Cash costs - AuEq | US$/oz | 1,091 | 1,220 - 1,270 | 14% | 1,217 | 1,186 | (2%) | (5%) |
| AISC - AuEq | US$/oz | 1,449 | 1,575 - 1,625 | 10% | 1,675 | 1,629 | 5% | 2% |
| Capex | $m | 215 | 240 | 12% | 219 | 208 | (9%) | (13%) |
| **Copler** | | | | | | | | |
| Gold production | 000oz | 221 | 200 - 220 | (5%) | 30 | 146 | (86%) | (31%) |
| Cash costs | US$/oz | 1,165 | 1,410 - 1,450 | 23% | 1,803 | 1,414 | 26% | (1%) |
| AISC | US$/oz | 1,375 | 1,550 - 1,590 | 14% | 2,142 | 1,651 | 36% | 5% |
| Capex | $m | 79 | 106 | 35% | 115 | 51 | 8% | (52%) |
| **Marigold** | | | | | | | | |
| Gold production | 000oz | 278 | 155 - 175 | (41%) | 167 | 177 | 1% | 7% |
| Cash costs | US$/oz | 1,062 | 1,300 - 1,340 | 24% | 1,319 | 1,281 | (0%) | (3%) |
| AISC | US$/oz | 1,373 | 1,535 - 1,575 | 13% | 1,540 | 1,535 | (1%) | (1%) |
| Capex | $m | 85 | 38 | (55%) | 35 | 51 | (7%) | 33% |
| **Seabee** | | | | | | | | |
| Gold production | 000oz | 91 | 75 - 85 | (12%) | 79 | 80 | (1%) | 0% |
| Cash costs | US$/oz | 939 | 990 - 1,030 | 8% | 998 | 1,006 | (1%) | (0%) |
| AISC | US$/oz | 1,357 | 1,495 - 1,535 | 12% | 1,532 | 1,492 | 1% | (2%) |
| Capex | $m | 38 | 42 | 10% | 40 | 47 | (6%) | 13% |
| **Puna** | | | | | | | | |
| Silver production | 000oz | 8.4 | 8.75 - 9.50 | 9% | 9.3 | 8.9 | 1% | (2%) |
| Cash costs | US$/oz | 13.54 | 11.50 - 13.00 | (10%) | 12.96 | 13.08 | 6% | 7% |
| AISC | US$/oz | 15.41 | 14.75 - 16.25 | 1% | 14.95 | 15.84 | (4%) | 2% |
| Capex | $m | 15 | 17 | 10% | 15 | 25 | (11%) | 45% |

Source: Company reports, Visible Alpha, RBC Capital Markets estimates

### Exhibit 5 - SSRM 5-year guidance (2024-2028) vs. revised RBC estimates

| | Unit | 2023 Actual | 2024 SSRM | 2024 RBCe | 2025 SSRM | 2025 RBCe | 2026 SSRM | 2026 RBCe | 2027 SSRM | 2027 RBCe | 2028 SSRM | 2028 RBCe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Copler - gold | 000oz | 221 | 200 - 220 | 30 | 205 - 225 | 0 | 240 - 260 | 0 | 370 - 400 | 0 | 380 - 415 | 0 |
| Marigold - gold | 000oz | 278 | 155 - 175 | 167 | 155 - 175 | 167 | 220 - 240 | 230 | 240 - 270 | 255 | 220 - 250 | 236 |
| Seabee - gold | 000oz | 91 | 75 - 85 | 79 | 80 - 90 | 80 | 65 - 75 | 71 | 65 - 75 | 71 | 60 - 80 | 71 |
| Puna - silver | moz | 9.7 | 8.8 - 9.5 | 9.3 | 8.0 - 8.8 | 8.5 | 1.2 - 2.0 | 2.1 | - | - | - | - |
| Hod Maden (40%) | 000oz AuEq | - | - | - | - | - | - | - | 25 - 55 | 0 | 65 - 80 | 0 |
| **Total - AuEq** | **000oz** | **707** | **540 - 600** | **389** | **540 - 600** | **354** | **540 - 600** | **328** | **700 - 800** | **326** | **725 - 825** | **307** |

Source: Company reports, RBC Capital Markets



**Capital Markets**

SSR Mining Inc.

| SSR Mining | | | | | Price Target: $3.00 | | Rating: Underperform, Speculative Risk | |
|---|---|---|---|---|---|---|---|---|
| RBC Capital Markets / Michael Siperco (416) 842-3804 | | | | | | | | |
| | | | | | Share Price ($/sh): | $4.91 | Implied Return (%): | (38.9% ) |
| NASDAQ: SSRM | Market Value (M $): | | | $1,001 | 2023E Dividend ($/sh): | $0.28 | Implied All-In Return (%): | (33.2% ) |
| TSX: SSRM | Adjusted Market Value (M $) | | | $1,019 | NAV ($/sh): | $3.51 | P/NAV (x) | 1.40x |

| All USD unless noted | | | | Year Ended December 31 | | All USD unless noted | | | | Year Ended December 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RATIO ANALYSIS** | | 2022 | 2023E | 2024E | 2025E | **REALIZED & FORECAST PRICES / REVENUE SPLIT** | | 2022 | 2023E | 2024E | 2025E |
| Earnings - Adjusted ($/sh) | USD | $0.69 | $1.06 | $0.36 | $0.53 | Gold Price | $/oz | $1,817 | $1,945 | $2,035 | $2,140 |
| P/E Multiple | x | 7.1x | 4.6x | 13.7x | 9.3x | Revenue share - gold | % | 81% | 80% | 68% | 67% |
| Cash Flow - Reported ($/sh) | USD | $0.29 | $1.55 | $0.73 | $0.87 | Revenue share - gold & silver | % | 96% | 96% | 95% | 95% |
| P/CF Multiple | x | 17.2x | 3.2x | 6.8x | 5.6x | | | | | | |
| Free Cash Flow ($/sh) | USD | $0.10 | $0.59 | ($0.35) | $0.17 | | | | | | |
| FCF Yield (%) | x | 2% | 12% | (7% ) | 4% | | | | | | |
| EBITDA - Adjusted ($/sh) | USD | $1.72 | $2.05 | $1.08 | $1.23 | | | | | | |
| EV/EBITDA | x | 2.4x | 2.0x | 3.8x | 3.4x | | | | | | |
| Debt/Total Capital | % | 8.6% | 8.0% | 7.5% | 7.0% | | | | | | |
| **INCOME STATEMENT (M$)** | | 2022 | 2023E | 2024E | 2025E | **PRODUCTION & CASH COSTS** | | 2022 | 2023E | 2024E | 2025E |
| Revenue | USD | $1,148 | $1,415 | $804 | $770 | **Consolidated basis** | | | | | |
| Operating Costs | USD | ($1,137) | ($1,359) | ($785) | ($694) | Gold equivalent production | 000oz | 624 | 707 | 389 | 354 |
| **EBITDA** | **USD** | **$395** | **$458** | **$221** | **$250** | Gold | 000oz | 522 | 590 | 276 | 247 |
| DD&A | USD | $181 | $210 | $104 | $90 | Silver | 000oz | 8,408 | 9,688 | 9,252 | 8,545 |
| **EBIT** | **USD** | **$577** | **$668** | **$325** | **$340** | Total cash costs - AuEq | $/oz | $928 | $1,091 | $1,217 | $1,220 |
| Other Income/Expenses | USD | ($334) | ($441) | ($217) | ($190) | All-in sustaining costs - AuEq | $/oz | $1,339 | $1,449 | $1,675 | $1,646 |
| **EBT** | **USD** | **$243** | **$227** | **$108** | **$151** | | | | | | |
| Taxes | USD | ($30) | ($20) | ($49) | ($57) | | | | | | |
| **Net Income - Reported** | **USD** | **$213** | **$208** | **$59** | **$94** | | | | | | |
| Adjustments | USD | ($68) | $10 | $14 | $14 | | | | | | |
| **Net Income - Adjusted** | **USD** | **$145** | **$217** | **$73** | **$108** | | | | | | |
| Weighted average diluted shares | M | 230 | 223 | 204 | 204 | | | | | | |
| **CASH FLOW STATEMENT (M$)** | | 2022 | 2023E | 2024E | 2025E | | | | | | |
| **Cash Flows from Operating Activities** | | | | | | | | | | | |
| Net Income | USD | $213 | $208 | $59 | $94 | | | | | | |
| DD&A | USD | ($181) | ($210) | ($104) | ($90) | | | | | | |
| Taxes Paid | USD | $0 | ($31) | ($66) | ($73) | | | | | | |
| Non Recurring/Other | USD | $181 | $499 | $259 | $248 | | | | | | |
| **Operating Cash Flow** | **USD** | **$213** | **$465** | **$148** | **$178** | | | | | | |
| Changes in Working Capital | USD | ($147) | ($119) | $0 | $0 | | | | | | |
| **Net Operating Cash Flow** | **USD** | **$66** | **$346** | **$148** | **$178** | | | | | | |
| **Cash Flows From Investing Activities** | | | | | | **OTHER DATA** | | | | | |
| Capital Expenditure | USD | ($138) | ($215) | ($219) | ($143) | Issued Shares | M | 203.9 | | | |
| Other | USD | ($99) | ($114) | $8 | $5 | Issued Shares (fully diluted) | M | 216.3 | | | |
| **Net Investing Cash Flow** | **USD** | **($236)** | **($329)** | **($211)** | **($138)** | | | | | | |
| **Cash Flows From Financing Activities** | | | | | | | | | | | |
| Equity Issues (net of costs) | USD | ($100) | ($45) | $0 | $0 | | | | | | |
| Net Borrowings | USD | ($116) | ($95) | ($12) | ($12) | | | | | | |
| Dividends Paid & Other | USD | ($56) | ($53) | ($36) | ($29) | | | | | | |
| **Net Financing Cash Flow** | **USD** | **($272)** | **($193)** | **($48)** | **($40)** | **NET ASSET VALUE** | DR (%) | M $ | $/sh | NAV (%) | |
| Increase (Decrease) in Cash | USD | ($442) | ($176) | ($111) | ($0) | Marigold - USA | 8.0% | $749 | $3.46 | 90% | |
| **Cash at End of Year** | **USD** | **$655** | **$482** | **$371** | **$370** | Copler - Sulfides - Turkey | 8.0% | ($131) | ($0.61) | -16% | |
| Operating Free Cash Flow | USD | $23 | $131 | ($72) | $36 | Seabee - Canada | 8.0% | $115 | $0.53 | 14% | |
| Net Free Cash Flow | USD | ($92) | $37 | ($83) | $24 | Pirquitas - Argentina | 8.0% | $101 | $0.47 | 12% | |
| **BALANCE SHEET (M$)** | | 2022 | 2023E | 2024E | 2025E | **Sub-Total** | **8.0%** | **$834** | **$3.85** | | |
| Cash & Equivalents | USD | $655 | $482 | $371 | $370 | Exploration/Equity Holdings | | $61 | $0.28 | | |
| Other Current Assets | USD | $687 | $720 | $720 | $720 | **Sub-Total** | | **$895** | **$4.14** | | |
| PP&E & Mining Interests | USD | $3,549 | $4,358 | $4,678 | $4,911 | Cash & Working Capital | | $352 | $1.63 | | |
| Other Long Term Assets | USD | $329 | $347 | $347 | $347 | Corporate G&A | | ($117) | ($0.54) | | |
| **Total Assets** | **USD** | **$5,221** | **$5,906** | **$6,116** | **$6,348** | Debt & Leases | | ($230) | ($1.06) | | |
| Current Liabilities | USD | $275 | $160 | $154 | $148 | Other | | ($139) | ($0.64) | | |
| Long Term Debt | USD | $333 | $334 | $328 | $322 | **Total Net Asset Value** | | **$760** | **$3.51** | | |
| Other Long Term Liabilities | USD | $1,067 | $1,587 | $1,585 | $1,584 | | | | | | |
| **Total Liabilities & Minority Interest** | **USD** | **$1,675** | **$2,080** | **$2,067** | **$2,054** | | | | | | |
| Shareholder Equity | USD | $3,546 | $3,826 | $4,049 | $4,295 | | | | | | |
| **Total Liabilities & Shareholder Equity** | **USD** | **$5,221** | **$5,906** | **$6,116** | **$6,348** | | | | | | |
| **FINANCIAL RATIOS** | | 2022 | 2023E | 2024E | 2025E | | | | | | |
| Return on Equity (ROE) | % | 4.1% | 5.9% | 1.9% | 2.6% | | | | | | |
| Return on Capital (ROIC) | % | 3.7% | 5.5% | 2.0% | 2.7% | | | | | | |

Gold equiv. prod. (000oz) chart (2023, 2024E, 2025E, 2026E, 2027E, 2028E): ■ Marigold ■ Seabee ■ Puna ■ Copler

Source: Company Reports, RBC Capital Markets estimates



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Most immediately, the company faces a number of evolving issues at its Copler mine in Turkey, following the failure of the heap leach. The incident has resulted in a number of presumed fatalities (rescue efforts are ongoing).

Beyond the immediate effects of the landslide, is the potential for environmental degradation through the discharge/seepage of cyanide into the surrounding area. The ministry has been conducting a number of ongoing samples and so far they have turned up negative in the test areas.

The company is working with officials on a remediation plan and are currently focused on a long term storage solution for the material.

**Does the company integrate ESG considerations into its strategy?**

- The company continues with its materiality assessment to identify ESG topics of interest. International standards are in line with SSR through the Global Reporting Initiative (GRI) and the Sustainability Accounting Standard Board (SASB).
- SSR integrates the Taskforce on Climate-Related Financial Disclosures (TCFD) into its environmental management considerations as well as an internal GHG committee to identify risks and opportunities to the reduction of emissions.

**What is diversity like at board / management level?**

- 3 of 10 board members are female, and a board diversity policy is in place.
- 1 of 6 executive leadership positions is occupied by a female.
- As of 2022:
  - 14% of total employees were female, 45% of corporate office employees were female and 33% female representation on the board, and SSR participates in various local and group-wide initiatives aimed at encouraging female hires and advancement.
  - SSR is committed to maximizing their local hiring across all operations. Initiatives at Copler are specifically targeting higher levels of local skilled/unskilled hiring. Seabee's employee base consists of 23% Indigenous individuals and 91% of the employees are local. Puna's local employees consists of 48% of the workforce.

**How will SSRM ensure management is accountable to ESG goals?**

- 20% of annual short-term incentive plan payouts are linked to the achievement of sustainability targets with board level oversight.
- The company created a group-level VP-level position responsible for ESG oversight and strategic guidance for site-level teams.

**How is SSRM working to reduce climate change and energy emissions?**

- SSR reported 308kt of Scope 1 and 93kt of Scope 2 emissions in 2022, with roughly 40% generated by Copler and 42% generated by Marigold. 3/4 operations are on grid power (excluding Puna).
- In the past two years, SSR ensured that each operation completed a physical risk assessment regarding climate change to identify opportunities and strategies to mitigate carbon emissions.

**What is SSRM's approach to managing tailings risk?**

- SSRM manages 5 TSFs (two lined facilities at Seabee, two at Puna where one is lined as a downstream dam, one at Copler as a downstream mass filled dam).
- All facilities are monitored and inspected daily, with additional external oversight at Copler as mandated by the Turkish government due to seismic risk.



- Compliance audits are conducted regularly on all TSF designs and plans vs. the Global Industry Standard on Tailings Management (GISTM). Additionally, the Independent Tailings Review Board (ITRB) is an expert third party that assesses TSF design capabilities and maintenance from the perspective of geotechnical, hydro-technical and environmental.



SSR Mining Inc.

## Target/Upside/Downside Scenarios

SSR Mining Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

**Our $3.00 price target** is derived by applying a 0.8x multiple to our NAV8% estimate (LT gold/silver prices of $1,700/oz / $22.50/oz). Our target multiple is inline with intermediate peers, and our price target reflects the removal of Copler and Hod Maden from our valuation/estimates. Our price target informs our Underperform, Speculative Risk rating. We assign a Speculative Risk qualifier to reflect the real-time nature of the disaster, with significant potential volatility in the near term as risks are better understood.

### Upside scenario

**Our $7.00 upside scenario** assumes some realization of value from Copler/Hod Maden, in the event of visibility into an eventual restart, or a sale of the assets/interests to a third party. We also contemplate the potential for revised mine plans and more focus on the other three assets to drive higher valuations over time.

### Downside scenario

**Our downside scenario of $2.00** primarily assumes higher remediation costs or other liabilities flowing from Copler, beyond our $200m modelled costs and any residual value from the Turkish assets.

### Investment summary

We see further potential downside until the full extent of the disaster at Copler is understood. We think our base case and downside scenarios are supported by a strong balance sheet and ongoing operations ex-Turkey, however further risks exist from potential fines/litigation/environmental liabilities that could impact those forecasts.

### Potential catalysts and share price drivers

- 4Q23 financial results and conference call (planned for 22 Feb)
- Additional updates from Copler (ongoing)
- Hod Maden updated FS and construction decision (planned for mid-2024)

### Risks to rating and price target

Aside from commodity and operating risks typical of producers, we highlight the following potential risks:

- **Copler risk.** The suspension of operations following the collapse of a portion of the heap leach pad is a substantial ongoing risk that could lead to a prolonged (or permanent) shutdown, significant remediation costs, and ongoing share price volatility as more information is disclosed.
- **Balance sheet risk.** While we see only moderate risk to the balance sheet assuming no production from Copler/ Hod Maden, should there be additional fines, penalties, litigation or environmental liabilities beyond our forecast or the residual value of Copler/Hod Maden, there could be future costs that we do not currently model.

**Michael Siperco** (416) 842-3804; michael.siperco@rbccm.com     9



## Company description

SSR Mining is a mid-tier precious metals producer with gold mines in Canada (Seabee), the US (Marigold), and Turkey (Copler), as well as a silver mine in Argentina (Puna). The company's shares are listed on the Toronto Stock Exchange (SSRM), NASDAQ (SSRM), and ASX (SSR).

# Required disclosures

## Non-U.S. analyst disclosure

One or more research analysts involved in the preparation of this report (i) may not be registered/qualified as research analysts with the NYSE and/or FINRA and (ii) may not be associated persons of the RBC Capital Markets, LLC and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of SSR Mining Inc..

RBC Dominion Securities Inc. makes a market in the securities of SSR Mining Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from SSR Mining Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to SSR Mining Inc..

RBC Capital Markets has provided SSR Mining Inc. with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Dec-2023 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 829 | 57.17 | 253 | 30.52 |
| HOLD [Sector Perform] | 575 | 39.66 | 154 | 26.78 |
| SELL [Underperform] | 46 | 3.17 | 6 | 13.04 |





Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List. As of April 3, 2023, U.S. RBC Wealth Management's quarterly reports will serve as the primary communication for its models and will highlight any changes to the model made during the quarter.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**SSR Mining Inc.**
**Valuation**

**Our $3.00 price target** is derived by applying a 0.8x multiple to our NAV8% estimate (LT gold/silver prices of $1,700/oz / $22.50/oz). Our target multiple is inline with intermediate peers, and our price target reflects the removal of Copler and Hod Maden from



our valuation/estimates. Our price target informs our Underperform, Speculative Risk rating. We assign a Speculative Risk qualifier to reflect the real-time nature of the disaster, with significant potential volatility in the near term as risks are better understood.

### Risks to rating and price target

Aside from commodity and operating risks typical of producers, we highlight the following potential risks:

- **Copler risk.** The suspension of operations following the collapse of a portion of the heap leach pad is a substantial ongoing risk that could lead to a prolonged (or permanent) shutdown, significant remediation costs, and ongoing share price volatility as more information is disclosed.
- **Balance sheet risk.** While we see only moderate risk to the balance sheet assuming no production from Copler/Hod Maden, should there be additional fines, penalties, litigation or environmental liabilities beyond our forecast or the residual value of Copler/Hod Maden, there could be future costs that we do not currently model.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of Quick Takes can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities



**SSR Mining Inc.**

discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member CIRO). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To persons receiving this from Royal Bank of Canada, Hong Kong Branch:**
This document is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission. This document is not for distribution in Hong Kong, to investors who are not "professional investors", as defined in the Securities and Futures Ordinance (Cap. 571 of Hong Kong) and any rules made under that Ordinance. This document has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Past performance is not indicative of future performance. WARNING: The contents of this document have not been reviewed by any regulatory authority in Hong Kong. Investors are advised to exercise caution in relation to the investment. If you are in doubt about any of the contents of this document, you should obtain independent professional advice.

**To persons receiving this from Royal Bank of Canada, Singapore Branch:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This publication is not for distribution in Singapore, to investors who are not "accredited investors" and "institutional investors", as defined in the Securities and Futures Act 2001 of Singapore. This publication has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2024 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2024 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2024
Copyright © Royal Bank of Canada 2024
All rights reserved