IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Civil Action No. 1:24-cv-00739-DDD-SBP

KARAM AKHRAS, Individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

SSR MINING INC.,
RODNEY P. ANTAL, and
ALISON WHITE,

    Defendants.

**NOTICE OF ERRATA**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff RAD Investment LLC, by and through its counsel, hereby files this Notice of Errata to correct the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "AC") (ECF No. 54). The Corrected AC in both clean and redline are attached hereto as Exhibits A and B, respectively. As reflected in Exhibit B, the Corrected AC should be corrected to read:

- Paragraph 83 should read "¶¶ 78-82"
- Paragraph 86 should read "¶¶ 84-85"
- Paragraph 89 should read "¶¶ 87-88"

No other changes have been made.

DATED: February 6, 2025

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  /s/ *Pavithra Rajesh*
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: rprongay@glancylaw.com
E-mail: prajesh@glancylaw.com

Daniella Quitt
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 521- 8007
E-mail: dquitt@glancylaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of February 2025, I electronically filed the **NOTICE OF ERRATA** with the Clerk of the Court by using the CM/ECF system which will send notification to all counsel of record.

*/s/ Pavithra Rajesh*
Pavithra Rajesh