IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00739-DDD-TPO

KARAM AKHRAS, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

SSR MINING INC., RODNEY P. ANTAL, and ALISON WHITE,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed July 17, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, SSR Mining Inc., Rodney P. Antal, and Alison White, and against Plaintiff, Karam Akhras, Individually and on behalf of all others similarly situated, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiff's Complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this <u>17th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk